# EXHIBIT "A"
## AFFIDAVIT OF HERVE JAUBERT

## AFFIDAVIT OF HERVE JAUBERT

State of Florida
County of Martin

  Before me, the undersigned authority, this day personally appeared Herve Jaubert, who, after being first duly sworn, deposes and says under penalty of perjury that the following facts are true and correct and are given and based upon personal knowledge:

1. My name is Herve Jaubert. I am a Lawful Permanent Resident of the United States. My wife is Helen Jaubert.

2. It was my understanding from my discussions and emails with Mr. James Miller and Sultan Ahmed bin Sulayem before I left Florida for Dubai, that I would receive a portion of the profits of the new business venture in Dubai that would be based in Dubai and funded by Dubai World. I am not an attorney; my native language is French. I am fluent in English, however, I cannot claim fluency as to English slang or legal terms. Before I left the United States to go to Dubai in November 2004, I was repeatedly was told by James Miller and Mr. bin Sulayem that I would receive a share in the profits in the new venture. I understood that James Miller was acting as Dubai World's authorized representative.

3. I hereby affirm that the emails from James Miller to myself were received by me at my email address and that the other emails that are presented in connection with the Opposition to the Motion for Summary Judgment on Defendant's Claims were sent by me if so indicated or received by me if so indicated or were emails that were sent or received in the ordinary course of business (either in Florida or Exomos or similar); I have reviewed and verified each one.

4. I affirm that document DW 0047566-DW0046569, the RDM Memorandum was provided to me in November, 2005 while I was CEO at Exomos.

5. I relied entirely on the representations of James Miller, Sultan Ahmed bin Sulayem, and other Dubai World representatives that I would receive a percentage of the profits in the new venture and based upon these representations of a percentage of the profits, I moved myself and my family to Dubai to act as CEO of the new business for Dubai World.

6. I affirm that the Exomos Financial Plan 2006 was prepared at the request of Exomos in the ordinary course of business.

7. By relying upon the representations of Dubai World representatives, I moved my family to Dubai, gave up my business in Florida, and, in reliance on the representations by Dubai World representatives that the amount of business in the Middle East would have me and the submarine venture in Dubai producing for a very long time, together with the representation that I would receive a percentage of the profits in the venture, I incurred damages when I was forced to flee Dubai. I lost my business in Florida, months of time as a professional engineer after I was fired

1

from Exomos without cause, income from my profession, months that were spent organizing my escape (including hours of preparation, telephone calls, travel expenses), loss of time spent with my family, and all of the physical and mental stress I suffered due to the unjustified and baseless claims of embezzlement and fraud against me.

8. I came to realize when the Exomos Financial Plan 2006 was presented that Dubai World did not intend to honor its obligations to me regarding the share of profits; there was no mention made in any of the financial spreadsheets in that plan for me to receive a portion of the profits.

9. I was asked to terminate Mr. Paul Rodig's employment by Dubai World because it did not want to pay his end of contract benefits.

10. After I was charged in the bullet importation case, my French passport was taken; I was threatened with torture by the police. I was advised by email that by another Dubai World employee that my passport was tied up by GIA after that employee had a telephone conversation with AbdulQader Obaid Ali, who was Chief of Group Internal Audit at Dubai World Corporation ("GIA). I was threatened with imprisonment if I did not pay monies the Group Internal Audit claimed that I owed, despite there being no basis for the claim.

11. After the bullet case was filed in April, 2007, AbdulQader Obaid Ali asked Istithmar, the Dubai World subsidiary that owned the development where I lived, to put a lien on my home.

12. After I was charged with embezzlement in February, 2008, my passport was taken again and I still have not had it returned to me.

13. After I was charged with embezzlement in February, 2008, I was threatened with imprisonment if I did not pay monies that AbdulQader Obaid Ali, Group Internal Audit Chief for Dubai World, claimed that I owed although he knew there was no basis for the claims. I had several telephone conferences with AbdulQader Obaid Ali after February, 2008, including my final conference with him in April, 2008 and he told me I needed to pay what I had agreed to pay (under duress) or I would be imprisoned.

14. I had advised a Dubai World representative that I was bringing bullets for my rifle to Dubai in the container shipped to Dubai, before I left the United States in November, 2004; Dubai World was aware in 2004 that I had bullets contained in the container I had shipped to Dubai.

15. I am not working in the submarine manufacturing business and I have not since fleeing Dubai.

16. I had at least 10 face to face meetings with AbdulQader OBaid Ali in Dubai from April, 2007 through April, 2008; I advised him repeatedly that Sultan Ahmed bin Sulayem, Dubai World Chairman, had approved the 10% handling charge of Seahorse for Exomos purchases through that company, that all inventory could be accounted for, and that the legal fees that Dubai World had paid for Discovery litigation in the US and the fees for shipping my wife's car

had all been approved by Dubai World and by Sultan Ahmed bin Sulaym. Mr. Ali was not interested in my proof or in my explanations, nor was the government auditor.

17.     I spoke often by telephone with Charles K. Wilcox after I was charged in Dubai with the illegal importation of bullets in April 2007 until I fled Dubai in April 2008 and I told him about the threats to me as detailed above.

_____
Herve Jaubert

   The foregoing statement was sworn to, affirmed, and subscribed before me this ___ day of August, 2010 by Herve Jaubert who is personally known to me.

_____
NOTARY PUBLIC

Printed, typed or stamped notary name, commission number, and expiration of commission:

3