# COMPOSITE EXHIBIT "B"
## EMAILS
## 9 PAGES

## herve

| | |
|---|---|
| **From:** | "James N. Miller" <jnmiller@pobox.com> |
| **To:** | "Herve" <caribsub@coqui.net> |
| **Cc:** | "James Dalessio" <jdalessio@rdblaw.com> |
| **Sent:** | Monday, February 09, 2004 10:37 AM |
| **Subject:** | Boat Show |

This is the boat show website: http://boatshow.dwtc.com/

It runs from 17 March 04 until 20 March 04 and Sultan invites you to
Dubai during this time to participate in the show and see the
facilities available to you for the production of your submarines. He
will arrange the trip and meetings. It seems to me this is far too
short of a time to ready and ship GOBY - especially with the long time
necessary to facilitate the Customs paperwork.

Conveniently the Boat Show  is located at the very base of Palm
Jumeirah:

http://www.palmsales.ca/index.html

I am focused on seeing the initial payment for Goby in your account and
distilling the conversations Sultan and I have regarding various joint
venture relationships.

I will try to pass these along as soon as they occur. He is wide open
to all possibilities and very interested in accommodating your concerns
in building the business. I know I am repeating what has been said in
various emails;

a. He understands the need to build or complete some submarines in the
US for legal or registry reasons.
b. He is very keen on building the larger INTRUDER with V hull in Dubai.
c. He is naturally very keen on Sting Ray I & 2 seater.
d. In the case of JV he has no percentage in mind so it is at your
discretion to propose.
e. Sultan is also very interested in your boat design capabilities and
we both are very interested in what might be designed in the way of a
practical underwater hotel off of the Crescent.
f. Are you interested in $4 million (in place of the SBA loan) for
funding future production and development? We weren't sure so I am just
asking
g. Sultan may be on the East Coast of the US sometime between 18 Feb
and 24 Feb. If possible we might be able to meet in Florida to clarify
important objectives before you visit Dubai (should you accept the
invitation) during March.


JIM

3/6/2008

Comp. Ex B   1

> Hello Herve,
>
> I am copying this email to my good friend and Dubai Port Authority /
> Nakheel's local (US) attorney James Dalessio so that he can assist us
> as needed with contracts.
>
> I just got off the phone with Sultan and he proposes that we do the
> following:
>
> 1. Get the GOBY completed as soon as possible. (This means we clear up
> contractual issues and get the "mobilization fee" or first payment
> transferred as soon as possible.)
>
> 2. Get the GOBY shipped to Dubai as soon as possible - airfreight if
> necessary but in any case shipped so that it will arrive soon enough
> for our needs.
>
> 3. Set up a joint venture to build Seahorse Submarines in Dubai. It can
> be 50/50 or 75/25...whatever suits you. Sultan will set up the new
> company with facilities to build all models but especially the 1 and 2
> man "Sting Ray" subs that would be called Palm Sting Rays or Dubai
> Sting Rays or some other beneficial marketing name. Sultan already has
> boat building units (Platinum is one of the companys) as part of his
> operations and they build quality fibreglas vessels.
>
> 4. There is a major boat show in Dubai in April (checking on the
> dates.)and with Goby as a showpiece along with the designs for the
> whole line orders could be easily taken during this show. I am sure the
> press coverage will be unbelievable and there are certainly enough able
> buyers out there.
>
> 5. Sultan is very, very keen on development of the larger INTRUDER that
> would allow for longer, more comfortable rides offshore to the
> deployment area where the vessel then dives.
>
> In many ways this is a match made in heaven; the marine and
> manufacturing genius of Herve Joubert and the dynamic business acumen
> of Sultan bin Sulayem in a location that is central to the world.
>
> Think this over then we'll talk about what it might take to make this
> happen.
>
> Best,
>
> JIM
>
>
> Jim Miller
> 1112 First Street, No.101
> Coronado, CA 92118

3/6/2008

2

**herve**
_____

From:      "James N. Miller" <jnmiller@pobox.com>
To:        "Herve" <caribsub@coqui.net>
Sent:      Monday, March 01, 2004 11:28 AM

We'll get the travel arrangements settled in the next 2 days.

Regarding the joint venture details I understand your concerns and, as
we once discussed, I think it will all be a lot clearer after a few
days in Dubai. More important - you and Sultan can work out these
details face to face. He's certainly in a position to help in funding
at a significant level immediately so it's not just about plants.
Actually, that's the least of issues.

It's about good designs produced by your competent management in a
volume and in a location that makes sense.

And a market - the middle east - that can keep you producing for a very
long time.

I look at this upcoming trip as a way to introduce your products in to
a rapidly expanding market (and take firm orders) and work out the
details of business venture with the Chairman that will allow you to
operate the way you want to in 2004.

This is one of those rare times in business that contracts can be
signed and monies transferred quickly if agreements can be spelled out
since there are only two real principals here - you and Sultan.


On Sunday, February 29, 2004, at 05:48 AM, Herve wrote:

> Hello James,
> So i am making arrangment in my schedule to make myself available to
> travel
> to Dubai, departure March 15.
> As of the Joinventure i dont know what to say yet, i am opened to any
> solutions, but i dont know what the Sultan has to offer. What do i get
> to
> let 50% of the profit on the Intruder's  go?  You mentionned a plant,
> but i
> can have plants anywhere without giving away any percentage on the
> profit.
> So i am not really sure where we are going. could you be more precise
> on
> what the Sultan would bring in that joinventure. I am still looking
> for cash
> to expend the company and so far the only possibility comes from SBA,
> i am
> already preparing all the paperwork and applications to get there, but

100975

101015

> as a
> Gov loan it will take at least 3 months for me to get the first $$.
> Sincerely
> Herve
>
>
>
>
Jim Miller
1112 First Street, No.101
Coronado, CA 92118
(619)962-6800

101016

100976

3/6/2008

A

**William Hess** 

From: James N. Miller [jnmiller@pobox.com]
Sent: Thursday, July 29, 2004 3:34 AM
To:   Herve

Hello Herve,

I have been up to my gills with Chairman. I just got in and got your message.

I can't think of anything else for you to bring. You are the key element in all of this so make sure you make it.

I will be in the same night the way things are going and I am sure we'll be at the same hotel. I'll be checking email the whole way so we can coordinate.

Best,

JIM

Jim Miller

tel: +1 619.962-6800

fax: + 1 619.374-7319

9/6/2009

101606

5

**herve**

| | |
|---|---|
| **From:** | "James N. Miller" <jnmiller@pobox.com> |
| **To:** | "Herve" <caribsub@coqui.net> |
| **Sent:** | Wednesday, October 06, 2004 8:27 AM |

Hi Herve,

We - the small team of attorneys and accountants - are still working hard to pull all of the details together. The MOU (which will directly trigger the payments) is almost ready for your review.

Sultan and I talk almost every day lately and he is always interested in how you are doing and when you will arrive as he is looking forward to it. He's convinced you can design anything. He reiterated that getting the 3rd parties involved (accountants and lawyers) protect everyone long term by their scrutiny and years from now will demonstrate that the arrangement began on a solid platform.

He also told me that today he and Sheik Mohammed announced the final Palm Island. It will be located off Deira near Port Rashid and will be larger than Palm Jebel Ali! Sheik Mohammed ordered that the work begin immediately.

(I knew nothing about this one.)

The next five years are going to be a rocket ride.

Hang in there. I will push until it is done.

All the Best,

JIM

**James N. Miller**
**jnmiller@pobox.com**
**+1 619 962 6800**
**+971 50 694 6710**



101138

3/6/2008

| From: | "Jim Miller" <jnmiller@pobox.com> |
|-------|-----------------------------------|
| To: | <Hamed.Kazim@tco.ae> |
| Cc: | "Sahia" <sahia.ahmad@tco.ae>; "Herve" <caribsub@coqui.net> |
| Sent: | Sunday, January 16, 2005 12:09 AM |
| Subject: | Employment Agreement for Herve Jaubert |

Good Morning Hamed,

Part 4 of the MOU executed between Istithmar and Herve
Jean Pierre Joubert calls for entering into "an
employment agreement pursuant to which Herve Jaubert
will serve as CEO of Newco. (Now Palm Submarines).
During the term of his employment Herve Jaubert shall
receive twenty percent (20%) of the net profit of Palm
Submarine's operations in addition to a salary,
accomodations, and other benefits to be agreed in an
employment agreement ("the Employment Agreement).
Herve Jaubert agrees to be employed by Palm Submarines
for a minimum period of five years which term may be
renewed by the parties."

As the principals are all in the UAE now I request
that  you please arrange a meeting with Herve Jaubert
as soon as possible in order to work out the details
of this Employment Contract.

His mobile number is 050 656 4843.

Sincerely,


JIM MILLER


8/20/2006


104757

7

companies and government agencies, and also as a dive operations director.
His compensation is no match compared to how many US$5M submersible yacths he will sell.
A lot have been accomplished through the last months which would have taken years otherwise
thanks to what is now my existing team. I need Jim to be part of it.
His position should be: Operation Director, covering, dive operations, training programs, sea trials,
testing, documentaries, outsourcing, sales, PR.


Very Sincerely


Herve Jaubert




**Hamed Kazim**

01/25/2005 10:36 PM

To:     Herve Jaubert/DPA_JAFZA@NOTESDOMAIN

cc:     ssulayem@aol.com
Subject:    Your compensation


Dear Herve,

It was pleasure meeting you a few days back to exchange thoughts on Palm Marine, etc. As promised,
I am outlining below the proposed compensation for your review and finalization.

- Monthly cash salary to you (basic & cash allowances)     US$12,000     ( 5 ,000
- Housing                                 Villa in Garden view with utilities provide by the
  Company until such time you move to your own villa
- Transportation                          Company will provide for maintenance & gas of
  your existing car
- Travel                                  Annual set of 1 ticket for you and your wife to Paris,
  France on business class
- Medical                                 Full medical for you and your wife
- Gratuity                                In accordance with UAE labor law

Bear in mind that the above is in addition to the profit sharing arrangement of 20% of net profit
of the Company.

Please let me know to enable me to finalize the agreement.

With best regards,


Hamed Kazim
Group Chief Financial Officer
The Corporate Office
P O Box 17000, Dubai UAE
Office   + 971-4-390-2800
Fax     + 971-4-390-3812
Mobile  + 971-50-644-9496
Email  hamed.kazim@tco.ae

4406 Y

8

DW 0001601

**Hamed Kazim**
01/25/2005 10:36 PM

To: Herve-Jaubert/DPA_JAFZA@NOTESDOMAIN
cc: ssulayem@aol.com
Subject: Your compensation

Dear Herve,

It was pleasure meeting you a few days back to exchange thoughts on Palm Marine, etc. As promised, I am outlining below the proposed compensation for your review and finalization.

- Monthly cash salary to you (basic & cash allowances)    US$12,000
- Housing                                                  Villa in Garden view with utilities provide
  by the Company until such time you move to your own villa
- Transportation                                           Company will provide for maintenance &
  gas of your existing car
- Travel                                                   Annual set of 1 ticket for you and your
  wife to Paris, France on business class
- Medical                                                  Full medical for you and your wife
- Gratuity                                                 In accordance with UAE labor law

Bear in mind that the above is in addition to the profit sharing arrangement of 20% of net profit of the Company.

Please let me know to enable me to finalize the agreement.

With best regards,


Hamed Kazim
Group Chief Financial Officer
The Corporate Office
P.O.Box 17000, Dubai, UAE.
Office - + 971-4-390-3800
Fax -    + 971-4-390-3812
Mobile - + 971-50-644-8499
Email: hamed.kazim@tco.ae


101140

101100

9