# EXHIBIT "E"
## FINANCIAL PLAN EXOMOS
## OCTOBER 2006



# Financial Plan –
## Exomos

### October 2006

D☐ P☑ Exhibit
Deponent
Date Rptr
Merrill Legal Solutions
www.merrillcorp.com

DW 0013428

EXOMOS

# 1 Financial Projections and Analysis

## 1.1 Introduction

Ernst & Young ("E & Y") is assisting the management of Exomos ("the Management") in compiling a high level Business Plan for establishing a plant for manufacturing boats/ submersible vehicles/ submarines ("Exomos" or "the Project"). The Study is based on assumptions provided by the Management.

We have assisted the Management to compile the financials for the pre-operating and the initial five-year period of operations (i.e. projected period).

The Project's estimates of projected financial performance and other estimates, opinions, expectations, anticipations, intentions, statements of belief and the likes have been derived from studies and information developed and obtained by or on behalf of the Management.

The Management solely represent that such projections, estimates, expectations, intentions and statement of belief, and the assumptions used in developing such projections, are in good faith, with due care and were reasonable when made. However, actual results may be affected by numerous factors that cannot be quantified at the time of preparation of the projected financial statements.

The estimates of projected financial performance have been prepared using a set of assumptions that include hypothetical assumptions about future events and the Management' actions that may not necessarily expected to occur. Consequently, no representation or warranty, express or implied, is intended or inferred as to the reasonableness or accuracy or completeness of such projected results or the economic return to a prospective investor.

The financial projections comprise the projected Income Statements, projected Balance Sheets, projected Cash Flow statements and significant assumptions and notes.

We have solely relied on the Management' representation that the Project does not have any existing liabilities or other financial obligations that may materially impact the future financial performance of the Project.

This section sets out the assumptions for calculating the project costs, operating costs, revenues and financial projections for the Project.

## 1.2 Financial Feasibility Assumptions

### 1.2.1 General assumptions

The Management have assumed the following:

- The Project is assumed to continue operating as a going concern;
- Responsible ownership and competent business management projections is assumed to be followed;

DW 0013433

EXOMOS

- All assumptions forming the basis of financial projections are assumed to materialize;

- Unless otherwise stated, all applicable laws and regulations have been assumed to be complied with;

- It is assumed that all required licenses, consents, or other legislative or administrative authorities from any government or private entity or organization will be obtained or renewed for use;

- It is assumed that all current laws and regulations, including all environmental regulations, governing the activities of the proposed Project will remain in effect, and no new laws or regulations, either favourable or unfavourable, will be enacted; and

- No bad debts have been assumed.

### 1.2.2   Business Assumptions

- The proposed project is assumed to commence operations after a pre-operating period of thirty months, subject to Promoter's decision to approve and implement the proposed Project, including construction of the sites and a timely appointment and identification of relevant staff and personnel that has been already achieved, in addition to the development of the prototypes and models to be manufactured;

- The proposed Project has been set up as a company in Jebel Ali - Dubai;

- The model is at constant cost assumptions, where cost and revenues reflect the operational results; and

- All figures are in AED unless otherwise stated.

## 1.3   Projected Income Statement

The table below sets out the income statement for the year 0 and the projected five years:

DW 0013434

EXOMOS

## Table 1: Income statement

Revenues →   2008 to 2012

| Particulars | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Trimaran | | 10,809,065 | 15,997,883 | 20,019,110 | 39,011,496 | 49,029,221 |
| Proteus | | 24,836,594 | 37,257,892 | 49,277,159 | 49,877,159 | 49,877,159 |
| SPV | | 56,923,619 | 85,385,428 | 170,779,059 | 227,664,474 | 284,616,093 |
| Nautilus Sales Revenues | | 6,605,000 | 11,010,000 | 11,010,000 | 11,010,000 | 11,010,000 |
| Nautilus Operational Revenues | | 3,375,000 | 7,425,000 | 14,175,000 | 20,925,000 | 27,675,000 |
| Total | - | 100,647,768 | 156,065,802 | 265,643,155 | 336,321,828 | 413,009,502 |
| | | | | | | |
| **Cost of Sales** | | | | | | |
| Trimaran | | 9,815,055 | 13,522,583 | 16,930,110 | 37,045,195 | 38,088,221 |
| Proteus | | 13,849,274 | 29,635,412 | 27,780,549 | 27,780,549 | 27,780,549 |
| SPV | | 38,651,299 | 54,121,948 | 136,243,892 | 144,325,194 | 153,406,493 |
| Nautilus Cost of Manufacturing | | 1,773,923 | 2,557,983 | 3,557,999 | 3,557,996 | 3,557,996 |
| Nautilus Operational Costs | | 2,563,910 | 4,174,145 | 6,877,935 | 9,561,765 | 12,285,605 |
| Total | | 63,149,521 | 66,212,053 | 194,490,466 | 212,200,686 | 260,090,834 |
| | | | | | | |
| **Total Gross Profit** | | 37,497,747 | 59,873,549 | 191,162,989 | 127,931,169 | 152,998,865 |
| *Total Gross profit margin* | | *37%* | *38%* | *36%* | *37%* | *37%* |
| | | | | | | |
| **Selling, General & Administrative Expenses** | | | | | | |
| Staff Salaries and Wages* | 34,703,000 | 9,210,983 | 3,474,188 | 5,137,214 | 7,542,702 | 6,816,151 |
| Repair and Maintenance | 4,234,000 | 2,600,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Insurance and legal charges | 4,221,500 | 2,605,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 |
| Other General and administrative expenses | 6,355,000 | 2,550,000 | 2,278,000 | 3,338,250 | 3,352,128 | 4,172,516 |
| End of service benefits | - | 544,837 | 630,514 | 640,311 | 901,726 | 869,478 |
| After sales services/warranties | - | 5,032,383 | 7,804,295 | 13,282,158 | 16,898,091 | 20,650,525 |
| Selling & Distribution/Commissions | | 3,018,418 | 4,682,677 | 7,969,295 | 10,179,855 | 12,390,915 |
| Marketing & Advertising | 10,039,000 | 3,198,258 | 4,956,825 | 8,436,093 | 10,775,854 | 13,115,570 |
| Certification Expenses | | 1,126,525 | 1,109,538 | 1,039,081 | 1,248,076 | 1,457,101 |
| R&D expenses | | 3,019,418 | 4,682,577 | 7,969,295 | 10,179,855 | 12,390,915 |
| Pre-operating expenses | 8,500,000 | | | | | |
| Total | 85,153,000 | 31,848,063 | 39,716,894 | 65,509,810 | 68,095,348 | 76,860,971 |
| | | | | | | |
| **EBITDA** | (88,153,000) | 6,648,684 | 20,157,955 | 44,943,058 | 60,935,723 | 77,268,698 |
| *EBITDA margin* | | *6%* | *13%* | *17%* | *18%* | *19%* |
| | | | | | | |
| +Amortization of Prototypes | | 10,809,029 | 19,890,000 | 19,890,000 | 19,890,000 | 19,899,090 |
| Depreciation expense | 5,424,000 | 4,348,833 | 3,978,119 | 5,205,398 | 6,528,983 | 5,864,527 |
| | | | | | | |
| **Operating profit (EBIT)** | (71,577,000) | (9,297,130) | 6,379,839 | 28,837,661 | 44,806,260 | 60,604,171 |
| | | | | | | |
| Interest expense | (12,125,000) | (10,000,000) | (10,500,000) | (10,500,000) | (10,500,000) | (8,750,000) |
| | | | | | | |
| **Net profit (PAT)** | (84,792,000) | (19,297,140) | (5,120,161) | 18,437,661 | 34,195,260 | 51,854,171 |
| *Net profit margin* | | *-19%* | *-3.3%* | *6.9%* | *10.1%* | *12.5%* |

*Source: The Management.*
*\*Part of the Staff salaries and wages considered as direct labour wages, have been taken to Cost of sales,*

The key highlights of the projected income statement are as follows:

- EBITDA margin increases from 6% in year 1 to 19% in year 5 because of the better utilization of assets and increase in the manufacturing and sales of high margin boats/ submersible vehicles.

- Net profit margin is positive starting from year 3 and reaches 12.6% in year 5.

DW 0013435

+ handwritten notations added 8/4/10
to provide ability to read - ...

EXOMOS

## 1.5  Costs Assumptions

### 1.5.1  Year 0 expenses

The table below represents the break down of year 0 pre-operating expenses where the 2007 expenses are shown separately:

**Table 6: break down of year 0 expenses**

(AED)

| Particulars | Up to 2006 | Year 0 2007 | Total |
|---|---|---|---|
| Selling, General & Administrative Expenses | | | |
| Staff Salaries and Wages | 21,703,000 | 13,000,000 | 34,703,000 |
| Repair and Maintenance | 2,334,000 | 2,000,000 | 4,334,000 |
| Insurance and legal charges | 2,221,000 | 2,000,000 | 4,221,000 |
| Other General and administrative expenses | 3,856,000 | 2,500,000 | 6,356,000 |
| Marketing & Advertising | 7,039,000 | 3,000,000 | 10,039,000 |
| Pre-operating expenses | 6,500,000 | - | 6,500,000 |
| Total | 43,653,000 | 22,500,000 | 66,153,000 |
| | | | |
| EBITDA | (43,653,000) | (22,500,000) | (66,153,000) |
| | | | |
| Depreciation expense | 2,924,000 | 2,500,000 | 5,424,000 |
| | | | |
| Operating profit (EBIT) | (46,577,000) | (25,000,000) | (71,577,000) |
| | | | |
| Interest expense | (4,375,000) | (8,750,000) | (13,125,000) |
| | | | |
| Net profit (PAT) | (50,952,000) | (33,750,000) | (84,702,000) |

*Source: Management*

### 1.5.2  Manufacturing costs assumptions

Based on detailed costing estimations provided by the Management, the cost of manufacturing was divided into three parts: material cost, labour cost, and product development cost.

*1.5.2.1   Per unit material cost*

Material cost covering the main machinery and equipments needed in the manufacturing process, for each product, is shown in the table below:

**Table 7: Per unit material cost**

(AED)

| No | Per unit material Cost | AED |
|---|---|---|
| 1 | Trimaran | 3,580,658 |
| 2 | Nautilus | 1,346,722 |
| 3 | Proteus | 5,113,570 |
| 4 | Spy | 16,408,400 |

*Source: Management*

DW 0013438

EXOMOS

### 1.5.4.3   Insurance and legal charges

According to assumptions provided by the Management, insurance and legal charges are assumed at a fixed amount of AED 2 million for the first year. They are assumed to increase by 25% in year 2; and then remain constant till year 5.

### 1.5.4.4   Other General and administrative expenses

Other General and administrative expenses comprise of utilities, rental expenses and other miscellaneous expenses and are also inclusive of funds costs (AED 1.2 million) for services provided. Other general and administrative expenses are assumed at AED 2.5 million for year one by the Management and are assumed to increase by 15% every year, during the projected period.

### 1.5.4.5   End of service benefits

End of service benefits are considered for the administrative staff, as well as for the other workers of the Exomos.

End of contract gratuities are set at 21 days pay for every year for the first five years of service and 30 days for every year thereafter. Total gratuity should not exceed two years' wages.

Employees are entitled to pro-rated amounts for service periods less than a full year, provided they have completed one year in continuous service.

The provision for end of service benefits created is calculated as 7% of the total basic salaries, and then the benefits paid out are assumed to be 25% of the provision created.

### 1.5.4.6   After sales service/warranty

According to the Management, after sales service/warranty expenses are assumed at 5% of the total revenues over the projected period.

### 1.5.4.7   Selling & Distribution/Commissions

According to the Management, selling & distribution/commissions expenses are assumed at 3% of the total revenues over the projected period.

### 1.5.4.8   Certification Expenses

Certification expenses have diminishing rates for the first four units manufactured and then the same amount is incurred for every additional unit. Certification expense details for Nautilus, SPV, and Proteus are depicted in the tables below; and 0.5% of revenues are assumed for the Trimaran's certification expense.

DW 0013443

EXOMOS

**Table 23: Balance sheet**

| Particulars | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Exomos Projected Balance Sheet 2008 to 2012 AED** | | | | | | |
| **I. Sources of Funds** | | | | | | |
| **(1) Shareholder's Funds** | | | | | | |
| a) Capital | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 |
| b) Reserves and Surplus | (84,792,000) | (103,969,149) | (108,119,390) | (90,591,540) | (56,875,979) | (5,022,206) |
| c) Statutory Reserve | | | | | | |
| Total | (81,792,000) | (100,969,149) | (105,119,390) | (87,591,540) | (53,875,979) | (2,022,206) |
| | | | | | | |
| a) Shareholders' Loans | 175,000,000 | 200,000,000 | 210,000,000 | 210,000,000 | 175,000,000 | 133,000,000 |
| b) Interest Accrued to Shareholders | 13,125,000 | 23,125,000 | 33,625,000 | 44,125,000 | 54,625,000 | 53,375,000 |
| Total | 188,125,000 | 223,125,000 | 243,625,000 | 254,125,000 | 229,625,000 | 186,375,000 |
| | | | | | | |
| **TOTAL SOURCES OF FUNDS** | 106,423,000 | 122,125,860 | 137,505,700 | 166,133,360 | 175,748,821 | 186,352,792 |
| | | | | | | |
| **II. Application of Funds** | | | | | | |
| **(1) Fixed Assets** | | | | | | |
| a) Gross Block | 58,424,000 | 52,802,825 | 72,745,048 | 76,991,292 | 80,252,939 | 83,422,585 |
| b) Less Depreciation | (6,424,000) | (4,345,833) | (8,323,949) | (13,529,347) | (19,059,010) | (24,912,837) |
| c) Net Block | 51,000,000 | 48,276,990 | 64,421,697 | 63,461,945 | 61,177,929 | 58,566,748 |
| d) Prototype Development | 54,000,000 | 43,200,000 | 32,400,000 | 21,600,000 | 10,800,000 | - |
| Total | 105,000,000 | 91,476,990 | 96,821,697 | 85,061,945 | 71,977,929 | 58,566,748 |
| | | | | | | |
| **(3) Current Assets, loans and advances** | | | | | | |
| a) Inventories | 1,423,000 | 28,087,031 | 36,130,548 | 68,357,589 | 88,672,924 | 107,788,160 |
| b) Sundry Debtors | - | 4,136,189 | 9,414,489 | 10,996,842 | 12,944,733 | 13,972,823 |
| c) Cash and Bank Balances | - | 4,918,939 | 5,479,177 | 11,951,559 | 14,848,348 | 25,969,554 |
| **Less.** | | | | | | |
| **Current Liabilities and Provisions** | | | | | | |
| a) Payables | - | 2,995,195 | 3,853,920 | 6,799,883 | 8,724,274 | 10,888,894 |
| b) Other Payables | - | 1,399,587 | 1,564,834 | 1,892,973 | 1,982,527 | 2,075,209 |
| c) Provisions | - | 498,515 | 881,689 | 1,911,919 | 2,188,213 | 2,907,821 |
| Net Current Assets | 1,423,000 | 30,648,878 | 40,684,003 | 81,361,415 | 103,770,892 | 131,784,043 |
| | | | | | | |
| **TOTAL APPLICATION OF FUNDS** | 106,423,000 | 122,125,700 | 137,505,700 | 166,133,360 | 175,748,821 | 186,352,792 |

*Source: Management*

The key highlights of the projected balance sheet are as follows:

- Exomos has a capital of AED 3 million, and the remaining funding is provided through shareholders loans of AED 175 million in the pre-operating period. In Year 1 additional funding of AED 25 million is required and in Year 2 another 10 million is required.

- Reserves and surpluses are negative during the projected period and no statutory reserves are taken.

- Shareholders loan are paid over a period of five years after a four years grace period and interests are accrued to shareholders.

- Prototype development are amortized over five years.

### 1.7.3   Fixed assets

The fixed assets include plant and machinery, factory building, office building, furniture/ fixture, company vehicles, IT equipments, a submarine testing facility and the owned Nautilus submarines.

The table below shows the years of depreciation and salvage value for the fixed assets:

DW 0013450

EXOMOS

## Table 31: Indonesian scenario projected income statement

| Particulars | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Trataran | | - | - | 26,473,299 | 38,769,548 | 48,948,597 |
| Proteus | | - | - | 50,809,334 | 50,809,334 | 50,809,334 |
| SPY | | 173,228,879 | 259,642,118 | 170,352,118 | 227,138,159 | 283,920,197 |
| Nautilus Sales Revenues | | - | - | 16,515,000 | 11,010,000 | 18,515,000 |
| Nautilus Operational Revenues | | - | - | 7,425,900 | 18,875,000 | 24,300,000 |
| **Total** | **-** | **173,228,879** | **259,642,118** | **265,685,751** | **336,531,449** | **416,482,129** |
| | | | | | | |
| **Cost of Sales** | | | | | | |
| Trataran | | - | - | 16,432,299 | 27,739,548 | 36,586,597 |
| Proteus | | - | - | 28,983,894 | 28,903,694 | 28,903,694 |
| SPY | | 71,883,439 | 107,825,158 | 107,825,158 | 143,788,879 | 179,703,597 |
| Nautilus Cost of Manufacturing | | - | - | 5,436,576 | 3,657,917 | 5,436,876 |
| Nautilus Operational Costs | | - | - | 4,174,145 | 7,791,566 | 16,932,695 |
| **Total** | | **71,883,439** | **107,825,158** | **164,683,172** | **211,869,987** | **262,019,459** |
| | | | | | | |
| **Total Gross Profit** | | **101,344,640** | **152,016,960** | **100,682,579** | **124,671,453** | **154,462,669** |
| Total Gross profit margin | | 59% | 59% | 38% | 37% | 37% |
| | | | | | | |
| **Selling, General & Administrative Expenses** | | | | | | |
| Staff Salaries and Wages | 34,793,000 | 15,173,422 | 17,574,908 | 23,406,654 | 25,119,502 | 26,728,311 |
| Allocation of Direct Labour to COS | | (6,609,729) | (8,948,086) | (14,357,700) | (13,576,809) | (21,524,406) |
| Repair and Maintenance | 4,334,000 | 2,090,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Insurance and legal charges | 4,221,000 | 2,000,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 |
| Other General and administrative expenses | 6,356,000 | 2,500,000 | 2,875,000 | 3,306,250 | 3,802,189 | 4,372,516 |
| End of service benefits | - | 544,887 | 638,694 | 849,311 | 901,728 | 989,476 |
| After sales services/warranties | - | 5,651,404 | 12,992,106 | 13,278,288 | 16,826,572 | 20,824,105 |
| Selling & Distribution/Commissions | | 5,193,842 | 7,755,264 | 7,686,973 | 10,095,943 | 12,494,464 |
| Marketing & Advertising | 16,039,000 | 3,000,000 | 7,795,264 | 7,686,973 | 10,095,943 | 12,494,464 |
| Certification Expenses | | 1,675,500 | 1,034,500 | 1,041,356 | 1,261,559 | 1,651,733 |
| R&D expenses | | 26,787,369 | 31,191,054 | 7,686,973 | 10,095,943 | 12,494,464 |
| Pre-operating expenses | 5,590,600 | | | | | |
| **Total** | **66,153,600** | **58,306,506** | **79,432,909** | **55,722,926** | **65,112,565** | **75,105,056** |
| | | | | | | |
| **EBITDA** | **(66,153,600)** | **45,035,434** | **72,584,051** | **44,980,553** | **59,558,887** | **79,357,614** |
| EBITDA margin | | 26% | 28% | 17% | 18% | 19% |
| | | | | | | |
| Amortization of Prototypes | - | 10,500,000 | 10,500,000 | 10,900,000 | 10,500,000 | 10,600,000 |
| Depreciation expense | 5,424,000 | 4,345,833 | 3,815,833 | 4,882,833 | 5,215,393 | 5,717,233 |
| | | | | | | |
| **Operating profit (EBIT)** | **(71,577,600)** | **29,889,301** | **57,868,218** | **29,276,720** | **43,543,494** | **62,840,381** |
| | | | | | | |
| Interest expense | (13,125,000) | (8,750,000) | (8,750,000) | (7,000,000) | (5,250,000) | (3,500,000) |
| | | | | | | |
| **Net profit (PAT)** | **(84,702,600)** | **21,139,301** | **49,218,218** | **22,276,720** | **38,293,494** | **59,340,381** |
| Net profit margin | | 12% | 19% | 8% | 11% | 14% |

*Source: Management.*

DW 0013456