# EXHIBIT "F"
## EMAIL

Hussain:
On item 1 you are correct.
On item 2, I had top management approval verbally at the time. I often deal with them on these basis. In those days top management was Hamed.

kind regards,
randa

**From:** Hussein Ramadan
**Sent:** Wednesday, March 14, 2007 6:46 AM
**To:** Randa Thomas
**Cc:** AbdulQader Obaid Ali
**Subject:** RE: Copy of TM documents

Dear Randa,

Thanks for your reply.

I reviewed Herve's employment contracts and other documents in his personal file. As a result, I have the following queries:

1. According to your reply "*It is part of his revised package, we don't pay his housemaids directly, but it is built in with his package*". My understanding of this statement is that we are paying for his housemaids indirectly! Am I correct?

2. Regarding customs duty on his personal Hummer, I did not find any written approval in his file besides The Request for Payment, which was signed by you and Herve. I am looking for top management approval.

Would you let me know your views in this regard.

Regards,

Hussein

**Hussein A. Ramadan CPA,
CISA, CFE
Audit Manager – Special Projects**
Group Internal Audit
**Dubai World**
www.dubaiworld.ae



Office 971 4 803 9395
Fax 971 4 881 8999
P.O.Box 17000, Dubai, UAE
Hussein.Ramadan@dubaiworld.ae

Wednesday, March 07, 2007 7:48 AM
**To:** Hussein Ramadan
**Cc:** AbdulQader Obaid Ali
**Subject:** RE: Copy of TM documents

Goodmorning Hussein:
I haven't got used to my blackberry, I did ask the chairman and yes you can make copies of Herve's file.

On your request below, please find response marked in red.

kind regards,
randa

**From:** Hussein Ramadan
**Sent:** Monday, February 26, 2007 12:52 PM
**To:** Randa Thomas
**Cc:** AbdulQader Obaid Ali
**Subject:** Copy of TM documents

Randa,

Any news on the outcome of your meeting with the Chairman regarding copying of TM documents?

4/15/2007

DW 0001577

On a different subject, I need to know the following information relating to Herve Jaubert:
1. Did the organization pay the salary of his two maids? It is part of his revised package, we don't pay his housemaids directly, but it is built in with his package.
2. Did he receive bonus for 2005? No he did n't.
3. Was the organization supposed to pay the Customs duty of his personal Hummer? Yes.

Regards,

Hussein

**Hussein A. Ramadan CPA, CISA, CFE**
**Audit Manager – Special Projects**
Group Internal Audit
**Dubai World**
www.dubaiworld.ae



Office 971 4 803 9395
Fax 971 4 881 8999
P.O.Box 17000, Dubai, UAE
Hussein.Ramadan@dubaiworld.ae

4/15/2007

DW 0001578