# EXHIBIT "G"
## EMAILS/ABUSE OF PROCESS

----- Original Message -----
From: "HERVE JEAN PIERRE JAUBERT (hjaubert)"
To: <ssulayem@aol.com>
Date: Tue, 24 April 2007 18:25:08 +0400
Subject: CID

Dear Sultan,
This is to inform you that during my last questionning by the police regarding my bullets, men claiming to be State Police threatened me to be tortured, locked up in a cave, strapped on a chair, with graphic details, if i did not change my story. They accused me of being some sort of mercenary. This is a scandal and i want to protest vigoursly, I am in shock to see such police behavior and the harassment against me. i have your passport in my file, you endorsed my application for a licence, you knew i brought these guns and ammunition, proof was your comment when i called you, you said, you did not know they were of that caliber, which means you knew at the first place. Again, i brought these guns for sprt shooting, and it was 3 years ago, why now this baseless delation, it can only be from the auditors desperate to accuse me of something.
I am respectfully asking you to intervene, to resolve this. i need to go to the US in July, i need to recover my passport, i have nothing to hide, you have my words i will come back to Dubai after my trip to the US.

Respectfully
Herve Jaubert

101101

101061

Comp. G   1

**From:** Yousuf Kazim <Yousuf.Kazim@nakheel.com>
**Sent:** 28-jun-2007 17:41:25 +0400
**To:** "HERVE JEAN PIERRE JAUBERT (hjaubert)" <hjaubert@emirates.net.ae>
**Cc:**
**Subject:** RE: from Herve
**Attachments:** image001.gif   image002.jpg

Dear Herve,

I had a meeting with AbdulQader, your passport is tied up with GIA, sorry I can't help.

Kind Regards

Yousuf Kazim

Managing Director

Nakheel Joint Ventures

Jumeirah Village & Jumeirah Islands

Nakheel PJSC
P.O. Box 17777
Dubai - United Arab Emirates

Email: yousuf.kazim@nakheel.com

Web: www.nakheel.com

Please note our office working hours: Sunday – Thursday 07:30-16:00 GMT+4

🌱 **Please consider your environmental responsibility - think before you print!**

---

**From:** HERVE JEAN PIERRE JAUBERT (hjaubert) [mailto:hjaubert@emirates.net.ae]
**Sent:** Tuesday, June 26, 2007 2:09 PM
**To:** Yousuf Kazim
**Subject:** from Herve

Dear Yousuf,
Thank you for the opportunity of the last meeting. I really appreciate your efforts to try to resolve the issues, you witnessed the beginning at Exomos, you can speak for me. I don't understand why the police is holding on my passport, I had all the documents and letters to show that I was authorized to come to Dubai with my guns and ammunitions, even Sultan endorsed it. I have to

100532

100576

2

go to the US with my family next month, I would greatly appreciate if you could help release my passport. Mr. Aziz, the CID officer told me they should release my passport before my scheduled trip.

Kind regards .
Herve Jaubert

100533

100577

3

## Adele Carollissen

**From:** Adele Carollissen
**Sent:** Monday, July 09, 2007 3:51 PM
**To:** 'Sherylin'
**Subject:** RE: E-tickets for Miami Travel

Hi Sherylin,

Please could you postpone the travel as Mr. Hervé still has not received back his passport.

The travel dates are as follows:

Departing Dubai — 28th July 2007
Returning to Dubai — 18th August 2007

Is there a cost for changing the dates?

Looking forward to hearing from you.

Kind regards,

Adéle

---

**From:** Sherylin [mailto:sherylin.calma@nakheeltravel.ae]
**Sent:** Sunday, July 08, 2007 9:13 AM
**To:** Adele Carollissen
**Subject:** E-tickets for Miami Travel

Dear Adele,

Seats and child meals are all confirmed. How about limo pick up in Dubai? They do require? Please let me know the location and mobile address.

```
** SEAT DATA **
1. EK 0203 F  14JUL DXBJFK
    1. JAUBERT/HELENMS    KK  2A  N
    2. JAUBERT/SEBASTI+   KK  2B  N
    3. JAUBERT/LUCIEMI+   KK  2E  N
4. EK 0202 F  03AUG JFKDXB
    1. JAUBERT/HELENMS    KK  1E  N
    2. JAUBERT/SEBASTI+   KK  1F  N
    3. JAUBERT/LUCIEMI+   KK  2E  N

** SEAT DATA **
1. EK 0203 F  14JUL DXBJFK
    1. JAUBERT/HERVEMR    KK  2F  N
4. EK 0202 F  03AUG JFKDXB
    1. JAUBERT/HERVEMR    KK  2F  N
```

Regards,

7/9/2007

101097

101057

## Adele Carollissen

| | |
|---|---|
| **From:** | Adele Carollissen |
| **Sent:** | Sunday, August 05, 2007 10:36 AM |
| **To:** | 'Sherylin' |
| **Cc:** | Herve Jaubert |
| **Subject:** | FW: E-tickets for Miami Travel |

*Lavina to get back on response of cash, cheque or in salary.*

*In his September Salary.*

Dear Lavina,

With reference to the correspondence below, Mr. Hervé will not be travelling to the USA. I had sent an e-mail to Sherylin on the 01st August 2007 but I haven't heard back from her.

Please cancel the booking for Mr. Hervé Jaubert and kindly reimburse the money for the ticket – understanding that there is a AED 350 cancellation fee.

Looking forward to hearing back from you.

Kind regards,

**Adele Carollissen**
**Executive Assistant to CEO**
Palm Marine
P.O. BOX 261489
Dubai, UAE


**PALMMARINE**

Tel: +971 4 88 35 222
Mobile: +971 50 7647758
Fax: +971 4 88 35 228
E-mail: adele.carollissen@palmmarine.ae
Web: www.palmmarine.ae

**Including EXOMOS Submarines**

A group member of Istithmar and Dubai World

---

**From:** Sherylin [mailto:sherylin.calma@nakheeltravel.ae]
**Sent:** Wednesday, July 25, 2007 10:18 AM
**To:** Adele Carollissen
**Subject:** RE: E-tickets for Miami Travel

OK will keep the ticket open.

>-----Original Message-----
>**From:** Adele Carollissen [mailto:adele.carollissen@palmmarine.ae]
>**Sent:** Wednesday, July 25, 2007 9:43 AM
>**To:** Sherylin
>**Subject:** FW: E-tickets for Miami Travel
>
>Hi Sherylin,
>
>They have once again postponed letting Mr. Hervé know about his passport for 1 more week.
>
>Would it be possible to keep his ticket "open" and then will revert back with when he would be going?
>
>I look forward to hearing from you.
>
>Kind regards,

101095

101055

8/5/2007

4

## herve & helen

**From:** "herve & helen" <hjaubert@emirates.net.ae>
**To:** <caribsub@coqui.net>
**Sent:** Thursday, October 04, 2007 7:12 PM
**Subject:** Fw: 40HC container

----- Original Message -----
**From:** Herve
**To:** jimmiller@pbox.com
**Sent:** Friday, October 22, 2004 10:08 AM
**Subject:** Fw: 40HC container

----- Original Message -----
**From:** Sanil Subair
**To:** Herve
**Cc:**
**Sent:** Thursday, October 21, 2004 2:33 PM
**Subject:** 40HC container

Dear Herve,
Please note that you cannot load alcohol in your containers as it is not allowed inbound the UAE, you can buy some here with an expatriate license that we will apply for after you arrive, as of your 3 cases of cartridges for your rifle, I will process Custom clearance when the container gets here and then apply for a license with the police.
Please confirm if you have received the fee proposal with rough cost estimate for your review. Kindly advise your views.

### Sanil Mohd. Subair

**Project Manager - Palm Marine**
**Post Box 18681**
**Dubai**
**United Arab Emirates**
**Tel.**   : +971 4 8830777
**Direct** : +971 4 8830959
**Fax**    : +971 4 8830818
**Mobile** : +971 50 4558278
**Email**  : sanil.subair@dpa.ae, palm.marine@dpa.ae
**Web**    : http://www.palmmarinefzco.com/

----- Original Message -----
**From:** Sanil Subair
**To:** Herve
**Cc:**
**Sent:** Wednesday, October 20, 2004 9:11 AM
**Subject:** Re: Paid Invoice from Scale Reproductions, LLC

The Street address for courier:

101110

10/21/2007

101070

| | |
|---|---|
| **From:** | AbdulQader Obaid Ali |
| **Sent:** | Monday, July 02, 2007 4:56 AM |
| **To:** | Chris O'Donnell |
| **Cc:** | Hussein Ramadan |
| **Subject:** | Herve Jaubert's property |

Dear Chris,

Further to our discussion, I request you to put a lien on behalf of Dubai World on Mr. Herve Jaubert's property at the Palm or any other Nakheel property. No sale or transfer should be authorized without the approval of Internal Audit pending completion of the ongoing investigation.

Please treat this with topmost confidentiality. I would appreciate your urgent action on the same.

Kind regards.

Abdulqader O. Ali
Director
Group Internal Audit and the Business Excellence

1



DEFENDANT'S EXHIBIT NO. FOR IDENTIFICATION DATE: RPTR:

DW 0046497