# EXHIBIT "H"
## DEPOSITION OF TAREK AHMED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DUBAI WORLD CORPORATION and its
subsidiaries, EXOMOS, NAKHEEL
and PALM MARINE,
                    Plaintiffs,
                                    CASE NO.
v.                                  2:09-CV-14314-MARTINEZ/LYNCH
HERVE JAUBERT, SEAHORSE
SUBMARINES INTERNATIONAL
INCORPORATED, and DOES 1 - 99,
                    Defendants.

_____

DEPOSITION OF TAREK MOHAMED AHMED EL SHABRAWY
            Thursday, April 1, 2010
                    9:00 a.m.
                    Taken at:
            Galleries Building
            CM4, Seventh Floor
            Downtown Jebel Ali
            · Dubai, UAE


Reported by:
Jeanne Bullis
RPR, CSR
JOB No. 134047

Page 1

---

1   APPEARANCES
2
    Appearing on behalf of the Plaintiffs:
3
4       BILL URQUHART, ESQ.
        LAITH D. MOSELY, ESQ.
5       Quinn, Emanuel, Urquhart, Oliver
          & Hedges, LLP
6       865 S. Figueroa Street
        10th Floor
7       Los Angeles, CA 90017
        (213) 443-3000
8       billurquhart@quinnemanuel.com
        laithmosely@quinnemanuel.com
9
10
    Appearing on behalf of the Defendants:
11
12      WILLIAM T. HESS, ESQ.
        Hess & Heathcock
13      40 SE Osceloa Street
        Stuart, FL 34994
14      (772) 223-0209
        whess@hhfirm.com
15
16  INTERPRETER:
17      ZAKARIA SOUBRA
18
    ALSO PRESENT:
19
        GEORGE E. DALTON - Dubai World
20
21
22
23
24
25

Page 2

---

1              I N D E X
2
    Examinations                        Page
3
    TAREK MOHAMED AHMED EL SHABRAWY
4       Direct Examination by MR URQUHART      4
        Cross-examination by MR HESS          25
5
6              E X H I B I T S
7   No.         Description          Page
8   Exhibit No. 1    Case File, Pending Investigation    5
    Exhibit No. 2    Report                       9
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

---

1              P R O C E E D I N G S
2   (Whereupon, the aforementioned witness and interpreter
3              were sworn in.)
4   WHEREUPON,
5       TAREK MOHAMED AHMED EL SHABRAWY
6   having been first duly sworn as noted above, was
7   examined and testified as follows:
8       THE WITNESS:  Yes.
9              DIRECT EXAMINATION
10  BY MR URQUHART:
11      Q.  Good morning.
12      A.  Good morning.
13      Q.  What is your name?
14      A.  Tarek Mohamed Ahmed El Shabrawy.
15      Q.  Would you please spell your name for the
16  court reporter in English?
17      A.  It is written here.  (Indicating.)
18      Q.  So this is the card that I can go out and buy
19  liquor with?
20      A.  Driving license.
21      Q.  No, I know.
22      Where do you reside?
23      A.  Dubai.
24      Q.  Who do you work for?
25      A.  Chartered Dubai.

Page 4

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**TAREK MOHAMED AHMED EL SHABRAWY**                          4/01/2010

| | |
|---|---|
| 1   remember the names. | 1   MR URQUHART: You have to let him finish. |
| 2        Q. Do you remember their capacity?  Were they | 2   MR. HESS: Did you finish your answer? |
| 3   internal auditors -- | 3   MR. URQUHART: No, no, you were interrupting him. |
| 4        A. I didn't care about that.  I cared about the | 4   It is creating a jumbled record.  Ask your question, |
| 5   documents.  I was investigating and I wanted to get | 5   pause, let him answer your question and ask the next |
| 6   documents and I got them and attached them to my | 6   one.  She is not going to be able to get this down. |
| 7   report.  I don't care who is who or given. | 7        MR HESS: Bill, you know as well as I do that he |
| 8        Q. Okay.  Did you ever speak with Mr Jaubert | 8   stops testifying as if he is done testifying, and that |
| 9   about any of the items that you investigated, other | 9   is why I continued another question, to help him. |
| 10  than the discussion that you have relayed already | 10  So -- |
| 11  today? | 11       MR. DALTON: Are we off the record? |
| 12       A. I answered this question three times now. | 12       THE COURT REPORTER: No. |
| 13       Q. Other than. | 13       MR. DALTON: Can we go off the record. |
| 14       A. The first and last time, it was a settlement | 14       (Discussion off the record.) |
| 15  meeting. | 15  BY MR HESS: |
| 16       Q. Why is it that you decided not to discuss any | 16       Q. When I say a "physical audit" of Exomos, do |
| 17  of the accusations or the investigations with | 17  you understand what I mean? |
| 18  Mr Jaubert? | 18       A. Actually, no. |
| 19       A. There was no reason to discuss it. | 19       Q. Okay.  If we could have this -- if you would |
| 20       Q. For instance, wouldn't it be relevant to you | 20  do me this favour.  If you don't understand a question |
| 21  if he knew, or if he could give you more information | 21  that I ask you, if you'll just let me know, okay? |
| 22  about why it is that the thermal system was not | 22       A. Okay. |
| 23  delivered? | 23       Q. Thank you. |
| 24       A. Again, please? | 24       Did you actually go to Exomos, their stores, and |
| 25       Q. Wouldn't it be helpful if you knew or if you | 25  inventory each and every item that was contained |
| Page 57 | Page 59 |
| 1   talked to Mr Jaubert about the thermal system and why | 1   there? |
| 2   it wasn't delivered, or what the specifics were? | 2        MR URQUHART: Objection.  It is vague and |
| 3        A. I don't think so. | 3   ambiguous, impossibly broad. |
| 4        Q. It wouldn't be helpful to understand the | 4        MR HESS: You can answer the question. |
| 5   invoicing amounts, a discussion with Mr Jaubert about | 5        A. Yeah, I went there, but what I checked is the |
| 6   that? | 6   items included in the purchase orders, which I put in |
| 7        A. You mean it would be helpful to discuss with | 7   my investigation. |
| 8   him? | 8   BY MR HESS: |
| 9        Q. Wouldn't it be? | 9        Q. Okay.  Do you understand what I mean by -- |
| 10       A. No. | 10  when I say "stores," does that mean warehouse to you? |
| 11       Q. Did you ever conduct a physical audit of | 11       A. From I understand about the store, the |
| 12  Exomos? | 12  warehouse, they basically keep the items. |
| 13       A. What do you mean by "physical audit"? | 13       Q. The physical audit that you just testified |
| 14       Q. Did you ever conduct an audit of the actual | 14  to, is that discussed in your report? |
| 15  items that were in the facility of Exomos?  Physical | 15       A. There is one statement here.  Please, if you |
| 16  items:  Submarines, submarine parts, items that were | 16  can translate this to them. |
| 17  purchased through Seahorse Submarines? | 17       INTERPRETER: "The source of information and the |
| 18       A. I went there and looked through the stores | 18  facts regarding what came in this report. |
| 19  and everywhere in the company. | 19       The information has been gathered from Dubai |
| 20       Q. So you went to the stories and did you | 20  World and Exomos and Palm Marine from the original |
| 21  actually conduct an audit of the stores?  What | 21  documentation, which a copy from this documentation |
| 22  items -- | 22  was attached to support each item that was mentioned |
| 23       A. I checked -- | 23  truthfully and clearly. |
| 24       Q. -- were there? | 24       We also would like to let you know that this |
| 25       A. -- the items which were not delivered -- | 25  report was prepared under what was provided to us from |
| Page 58 | Page 60 |

                                      15 (Pages 57 to 60)