# EXHIBIT "I"
## AFFIDAVIT OF HELEN JAUBERT

## AFFIDAVIT OF HELEN JAUBERT

State of Florida
County of Martin

      Before me, the undersigned authority, this day personally appeared Helen Jaubert, who, after being first duly sworn, deposes and says under penalty of perjury that the following facts are true and correct and are given and based upon personal knowledge:

    1.    My name is Helen Jaubert. I am a Unites States citizen. I am married to Herve Jaubert.

    2.    I have known my husband since 1993.

    3.    I have never seen my husband upset, nervous, or anxious until he was charged with illegally importing bullets into Dubai in April 2007. At the time of his questioning regarding that matter, Herve told me that he was threatened with torture and imprisonment.

    4.    In late February and March 2008, my husband told me that he was being investigated by auditors from Dubai World and that he had been accused of embezzlement.

    5.    He was incredibly nervous, anxious, suffered from insomnia, stopped eating, and was constantly checking his surroundings.

    6.    In March 2008, my husband brought home 2 satellite phones, nautical maps, a road map for Fujeirah, UAE and he bought a dinghy. I bought a burka at the Carrefour department store (extra large) for Herve to don for his escape.

1

7. Herve told me in late February 2008 and in March and early April 2008 that he was told by AbdulQader Obaid Ali, Group Internal Audit Chief, that if Herve did not pay monies to Dubai World, that Herve would be imprisoned.

_____
Helen Jaubert

The foregoing statement was sworn to, affirmed, and subscribed before me this 4 day of August, 2010 by Helen Jaubert who has provided FL DLJ163320647550 as proof of identity.

_____
NOTARY PUBLIC

Printed, typed or stamped notary name, commission number, and expiration of commission:



WILLIAM T. HESS
MY COMMISSION EXPIRES
January 25, 2013
#DD 826007
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

2