# EXHIBIT "J"
## AFFIDAVIT OF CHARLES WILCOX

<u>AFFIDAVIT OF CHARLES K. WILCOX</u>

State of Florida
County of Martin

Before me, the undersigned authority, this day personally appeared Charles K. Wilcox, who, after being first duly sworn, deposes and says under penalty of perjury that the following facts are true and correct and are given and based upon personal knowledge:

1. My name is Charles K. Wilcox. I am a Unites States citizen.

2. I am a retired Special Agent with the Federal Bureau of Investigation (FBI). I was with the FBI for over 25 years. I attended and completed the Reid School of Interrogations and Interview during my tenure at the FBI.

3. I have known Herve Jaubert for at least 8 years.

4. I have had numerous conversations with Mr. Jaubert, both in person and over the telephone; many of these conversations involved highly stressful situations.

5. In situations that I consider to be stressful, Mr. Jaubert was always calm, non-plussed, and very matter of fact in his demeanor.

6. I had many telephone conversations with Mr. Jaubert in 2007 and in early 2008.

7. Mr. Jaubert called me from Dubai after he was arrested for importing bullets to that country. He told me that he was threatened with imprisonment, torture, and that his French passport had been taken from him and kept from him.

8. In my opinion, based upon my years of experience with Mr. Jaubert, he was being honest; he also was frightened, which was very unusual for him.

9.      In 2008, after Mr. Jaubert had been accused of embezzlement in Dubai, he was telephoning me nearly every day from Dubai; he was anxious, afraid, and nervous on the telephone.

10.     Mr. Jaubert told me that his passport had again been taken, that he was being threatened with imprisonment, and that he had been advised by Dubai World auditors that if he paid the money that the auditors sought, then he would not be imprisoned.

11.     During this time, Mr. Jaubert seemed to me to be truly afraid for his family and for himself.

12.     In all of my past dealing with Mr. Jaubert, I have never had an instance when something he has told me did not turn out to be true.

_____
Charles K. Wilcox

The foregoing statement was sworn to, affirmed, and subscribed before me this 4 day of August, 2010 by Charles K. Wilcox who has provided FL DL #W42215151980 as proof of identity.

_____
NOTARY PUBLIC

Printed, typed or stamped notary public, commission number, and expiration of commission:

2