# EXHIBIT "K"
## EMAIL TO SULTAN AHMED BIN SULAYEM

eCompany Webmail      Page 1 of 2

Services: **Home & Personal** . Business . Travellers . Albahhar . UAEnic . e4me . Etisalat

Welcome, HERVE JEAN PIERRE JAUBERT (hjaubert) "hjaubert@emirates.net.ae"

 mail eim.ae     

| Mail | Address Book | Options | Change Skin | Sign Out |
|---|---|---|---|---|
| Get Mail | Compose . SMS Composer . Voice Mail | | | Search . Help . Upgrade |

**Folders**
- 📩 Inbox
- 📝 Drafts
- 📤 Sent
- 🗑 Spam (Empty)
- 🗑 Trash (Empty)
- Y! Yahoo
- Hotmail
- M Gmail
- Pop Mail
- 📁 Manage Folders

116 Messages (0 unread)    *ATTENTION MOHAMMED KHALIFA* (handwritten)

[Reply] [Reply All] [Forward] [Delete] [Move..] [Full Headers]    Close

**From:** "HERVE JEAN PIERRE JAUBERT (hjaubert)" <hjaubert@emirates.net.ae>
**Sent:** 25-Mar-2008 09:17:36 +0400
**To:** <malc@eim.ae>,
**Cc:**
**Subject:** to the attention of Mohammed Khalifa

----- Original Message -----
From: "HERVE JEAN PIERRE JAUBERT (hjaubert)"
To: <ssulayem@aol.com>
Date: Mon, 24 Mar 2008 21:59:11 +0400
Subject: settlement

Dear Chairman,
I had an hearing with the prosecutor on Sunday, my attorney told him that we had a pending proposal settlement with Dubai World so there was no furhter questions regarding the case against me, and such for 1 more week.I want to finish the case and avoid months of prosecution so I accepted to pay to Dubai World the amount of AED3,000,000 which was required by GIA, and for which I proposed the following terms:
AED1,000,000 cashier check upon acceptance of the agreement by Dubai World.
AED2,000,000 payment within 90 days, secured by a lien, guarantee or custody of my 3 contracts on 3 hotel appartments i purchased in Dubailand, or a check.
Upon agreement with Dubai World and receipt of the AED1,000,000 and appartments contracts or liens, and prior to the payment of AED2,000,000, Dubai World accepts to drop the case against me and have my passport released so I can recover my freedom to travel to the US and get a 6% equity loan on my house in Florida to cover my payment for the AED2,000,000.
Upon payment of the AED2,000,000, Dubai World will release my contracts and / or liens on my appartments to myself or my attorney if I am not present in Dubai.
I need to borrough the money to pay to Dubai World the AED2,000,000 rather than selling my hotel appartments. These hotel appartments represent a solid guarantee, they are an investment and a financial effort which I would loose if I sold them early now, OR if I failed to pay Dubai World the AED2,000,000 because of the lienee guarantee.
My equity on these appartments represent AED2,300,000 on the AED5,000,000 market value, which is more than what I have to pay to Dubai World. On handover end of 2009 these appartments will have a AED7,000,000 market value with rent

http://wm3.eim.ae/eim/message.php?folder=Sent&msgno=124&nm=200832591817211591     3/25/2008