# EXHIBIT "N"
## AFFIDAVIT OF PAUL RODIG

## AFFIDAVIT OF PAUL RODIG

State of Florida
County of Martin

  Before me, the undersigned authority, this day personally appeared Paul Rodig, who, after being first duly sworn, deposes and says under penalty of perjury that the following facts are true and correct and are given and based upon personal knowledge:

1. My name is Paul Rodig. I am a United States Citizen.

2. I worked at Seahorse Submarines International Incorporated form September, 2004 through December, 2004.

3. I worked at Exomos, Dubai, UAE, from December, 2004 through July, 2006. I was the Production Supervisor.

4. The Goby submarine was delivered to Dubai. The Goby submarine was operational following its delivery to Dubai. I took it on at dozens of separate dives in Dubai.

5. The Stingray submarine was delivered to Dubai. The Stingray submarine was operational following its delivery to Dubai. I took it on at least 50 dives in Dubai.

6. The Discovery submarine was delivered to Dubai. The Discovery submarine was operational following its delivery to Dubai. I took it on at least 8 dives in Dubai.

7. When Exomos vendors and suppliers invoices needed to be paid, Requests for Payments were submitted from Exomos to The Corporate Office at Dubai World and they were not approved for payment until the Requests for Payment were thoroughly reviewed by The Corporate Office. With invoices that involved large payments (over $ _5,000.00_ ), it would take _minimum of two weeks_ for the payments to be approved by Dubai World Corporate Office.

Sworn to by:

_____
Paul Rodig

  The foregoing statement was sworn to, affirmed, and subscribed before me this _4_ day of August, 2010 by Paul Rodig who has provided _FL license R320685981010_ as proof of identity.

MARY ANN NIEVES
MY COMMISSION # DD 816212
EXPIRES: August 20, 2012
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC

Printed, typed or stamped notary name, commission number, and expiration of commission: