100072

# Explore the depths with EXOMOS
by Ben Smalley

With so many waterfront developments under construction in Dubai, the EXOMOS company has been formed in Jebel Ali to provide future residents and visitors with the ultimate underwater experience.



*Herve Jaubert and Sanil Subair presenting the Stingray at the IDEX 2005.*

When you have bought your luxury villa on The Palm and need that ultimate status symbol to set yourself apart from the Beckhams and Owens next door, look no further than the Stingray – your own personal submarine.

With a starting price of US$37,000, the one and two-man subs are being manufactured by Jebel Ali-based EXOMOS to appeal to the rich and famous who have snapped up holiday homes on the world's largest man-made islands.

The company, which was formed by the Dubai Ports, Customs and Free Zone Corporation (PCFC) following the acquisition of US-based Seahorse Submarines, plans to build 1,000 of the mini-subs over the next five years from a 50,000 square feet manufacturing facility in the Jebel Ali Freezone.

The company's CEO, Herve Jaubert, who also founded Seahorse Submarines, believes personal submarines will soon replace yachts as the 'ultimate must-have toy' and envisages dozens of Stingrays moored at the bottom of the gardens of homes on The Palm, as well as other luxury resorts around the world.

"I believe the time will come when rich people will have their own submarines, just as they have yachts now," he much always the same, but with a submarine it is always an adventure to actually dive under the water.

"If you are living on one of The Palm islands, having a personal, affordable, recreational submarine will be a great thing. You can use it all the time as the weather is beautiful, and it is always interesting and always different."

The Stingray can dive to a depth of 130 feet and has a top underwater speed of 3 mp/h, which makes it ideal for exploring the artificial reefs and wrecks that have been sunk around The Palm to attract fish and other marine life to the area. And, like a jet-ski, the Stingray can be loaded onto a trailer and doesn't need a 'mother ship' or any sort of support vessel to operate.

"Until now all the manufacturers and designers of submersibles have focussed on going deep," says Mr Jaubert. "But I have never believed there was a market for that - the market is in shallow water submersibles. People don't want to go 300m down where it is dark and cold - they want to dive in 50 feet of water because that is where you have the richest marine life and it is safe. It is also less expensive to build shallow water subs and there are less regulatory requirements involved."