SPÉCIAL H$_2$O_2006
PAR MARIE HERMOSO

100077





## Meilleur yellow submarine

### LE GOBY

**SI LA COMBINAISON** en Néoprène ne met pas en valeur votre corps d'athlète, si le masque déforme votre visage et si les bouteilles sont trop lourdes à porter, optez pour le sous-marin pour observer les fonds marins. A Dubai, depuis peu, la société Exomos commercialise ces engins pour le plus grand plaisir des amateurs de grand bleu. Ici, le Goby, un submersible de petite taille pouvant accueillir deux passagers.
Env. 192 000 €. Rens. www.exomos.com

100030