SEARCH STORIES    HOME    NEWS    EMPLOYMENT    MAGAZINE    DIRECTORIES    CONTACT US

[Go]

### EXOMOS SUBMARINES

by Prof. Joseph Valencic
11/08/2005

Jebel Ali- Under a cloudless sky beaming down on an emerald green, 33 degrees C Arabian Gulf, the Exomos (www.exomos.com) submarine Adventurer vented her main ballast tanks at 11:58 and switched on the six quiet but powerful electrical thrusters. The object of this dive was to set a new underwater distance & endurance record for this unique 3 person submarine. It's sleek, yellow & black-striped hull would take submarine pilot Jim Miller, Exomos COO & Dive Operation Director, & co-pilot Thapa a non-stop underwater track that would cover a wide range of unique Arabian Gulf underwater seascapes a mere meter or two off the bottom. The adventurer submarine has a maximum depth capability of 40 M & a submerged speed of five Knots.



The submarine Adventurer's pilot and co-pilot emerged from their cockpit at 1430 hrs resulting in a mission of over 2.5 hours in duration. All systems performed perfectly especially the new Exobouy Remora, a small towed buoy that provided the submarine crew with precision underwater GPS on a moving map display, crystal-clear underwater VHF communications and real-time color video from a buoy mounted surface camera.

The Adventurer is one of eight submarines designed by Commandant Herve Jaubert & currently being built by Exomos submarine factory located in Dubai. The most unique of their cutting-edge submersible line is the 20 M long Proteus that debut at the Dubai Boat Show in March 2005. A fully-submarine yacht capable of delivering the ultimate in underwater luxury, Proteus can seat up to 14 divers on the fore and aft deck plus eight inside a dry cabin for spectacular viewing.

http://www.exomos.com

### RELATED STORIES

Oceanscience Group Celebrate and Build on UnderwayCTD Success
AXYS Deploys Weather Buoys
Falcon Flies "to the Moon"
UMass, Battelle Join Forces
Cyclops-7 Submersible Fluorometer Available in Plastic
Bluefin To Expand
Huisman Delivers for New Deep Water Construction Vessel
Predator: A New Inspection Class ROV
New Energy Device to Power Oceanographic Equipment
Keppel Delivers Seadrill Rig

HOME | NEWS | RSS | EMPLOYMENT | MAGAZINE | DIRECTORIES | CONTACT US
© 2005-2010 Maritime Activity Reports, Inc.











VIDEOS & WEBINARS CLICK HERE

SUBSCRIBE TO MARINE TECHNOLOGY CLICK HERE

MTR E-NEWS CLICK HERE

VIEW THE LATEST DIGITAL EDITION
June 2010

MARINE TECHNOLOGY
Subsea Defense

UPCOMING EVENTS
OceanTech Expo 2010
CLICK HERE
September 20-24, 2010
**ICES Annual Science Conference 2010**
The ICES Annual Science Conference 2010 hopes to attract outstanding papers from world-renowned researchers, for presentation in the 19 theme sessions....
**CLICK HERE TO SEE MORE EVENTS**

PUT YOUR BANNER HERE!

Marine Sonic Technology, Ltd.
White Marsh, VA

Publication:   Market News
Country:       Pan Arab
Circulation:   N/A
Date:          March 2006
Page:          7

# Exomos builds amazing underwater crafts



> **" With about 75 percent of our planet covered by water, we feel that the innovative submersibles produced by Exomos will open new windows to the sea far beyond just our local Arabian Gulf waters. "**

The Dubai International Boat Show is showcasing eight of the world's finest super yachts as well as the world's first underwater yacht, the revolutionary 20 meter Proteus from Exomos submersibles in Dubai. This fully-submersible yacht, capable of delivering the ultimate in underwater luxury, was first introduced to the world at the 2005 Dubai Boat Show. Configured to seat eight people in a state-of-the-art, fully instrumented dry cabin, Proteus can also seat up to 14 divers on the fore and aft deck.

The capability to transport divers is an important, prominent feature of its law enforcement sibling, the SPV, Submersible Patrol Vessel purpose-built for the Littoral or near-shore, brown' water navy. The SPV, Designed for speed, surveillance and stealth to exacting military standards, is absolutely guaranteed to turn heads with its jet-back hull and radical design superstructure. Its 55 ton weight will be jet propelled on the water surface by three large electric turbine engines with a combined thrust in excess of 3000 HP and underwater by large banks of rechargeable lithium-chromium batteries. The navigation, communication and data monitoring electronics integrated into the fly-by-wire controls system within the dry cabin are some of the most advanced available.



Mr Mohammed Amin,
Senior Marketing Manager

"Man has always had a desire to explore under the ocean's surface... our future lies there," explains the innovative designer and CEO of Exomos, Herve Jaubert. He couples

100318                    100362

PR & Marketing Communications

Publication:   Market News
Country:       Pan Arab
Circulation:   N/A
Date:          March 2006
Page:          8



> *Man has always had a desire to explore under the ocean's surface…our future lies there.*
>
> Herve Jaubert CEO of Exomos.

his extensive marine design knowledge with his first hand experience as French Naval Commander of an elite team of underwater military divers to guide Exomos into creating an entire line of cutting edge submersibles. "These submersibles will provide adventurous, non-diving individuals as well as marine scientists around the world "portals of opportunity" to comfortably and safely explore this breathtaking environment."

"With about 75 percent of our planet covered by water, we feel that the innovative submersibles produced by Exomos will open new windows to the sea far beyond just our local Arabian Gulf waters," states Mr Mohammed Amin, Senior Marketing Manager for Exomos. The entire Exomos product line, from one-person mini-subs to multi-passenger tourist/research submersibles to their flagship 20-passenger Proteus underwater yachts will all be on display at this luxury, super yacht show. In addition their line of cutting-edge submersibles and underwater yachts, Exomos will also display very unique, purpose-specific marine vessels".

## The Exomos products

WIG - Wing-In-Ground effect is a two passenger flying hovercraft. Built entirely of light-weight carbon fiber, the hovercraft "flies' less than two meters above the water or land at an estimated 55 MPH speeds. It is designed to go where conventional water craft never dreamed of going. Riding on a trapped cushion of air, both under the hull skirt and carbon fiber wings, the WIG provides smooth riding comfort over a variety of terrain such as water, sand, grass, ice or snow. Pull back on the joystick and the WIG climbs a little higher to clear large boat wakes or debris. Fly over waves and across land without noticing any change in the smooth ride. The light-weight carbon fibre wings can be removed and the craft operated as a high-tech hovercraft. Best of all you can "hover it" right out of the water and park on land with no dock required.

It is estimated for 70 knot high-speed trimaran. This 10-passenger vessel



Publication: Market News
Country: Pan Arab
Circulation: N/A
Date: March 2006
Page: 9

is powered by twin 1,400 HP turbine engines, complete with afterburners. Designed as a 54 foot long super-Tri this adrenalin pumping vessel shares many of the luxury conveniences with those provided by much slower super yachts. Such features include shock-



mitigating seats, aircraft-like interior, and carbon fiber topsides. This is one of the world's fastest 10-ton displacement pleasure vessels available as a centre cockpit, open deck version and closed cabin version.

Kevlar-Carbon Fiber composite 10-passenger airboat with counter-rotating duct propellers powered by a 650 HP engine. Unique to Exomos, this is one of the only airboats in the world that



features a reverse thrust capability. In shallow water and mangrove swamp areas, the air boat is a giant stride in future transportation technology. The Kevlar bottom provides incredible resistance to abrasion and impact. In the commercial arena it has great potential for airboat ecotours as well a shallow water delivery platform with several tons of carrying capacity.



100320

100364

Publication: Al Bayan
Country: UAE
Circulation: 68,845
Date: 9 March 2006
Page: 3

100339

# عرض أحدث ابتكارات الغواصات في «معرض دبي الدولي للقوارب»



إحدى الغواصات التي تنتجها شركة إكسوس

100295

Publication: Akhbar Al Arab
Country: UAE
Circulation: 55,100
Date: 9 March 2006
Page: 20

# ..و«اكسوبس» تعرض أحدث ابتكاراتها من القوارب

دبي - أخبار العرب: كشفت «اكسوبس»، الشركة العالمية الرائدة المتخصصة للتطورات المتطورة والتي تتميز عن طريق مشاركتها في معرض دبي الدولي للقوارب المنعقد من ١٤ إلى ١٨ مارس الجاري في نادي دبي الدولي للرياضات البحرية، في مشاركتها سيتم عرض مجموعة من أحدث ابتكاراتها القوارب الفاخرة، وتقوم "اكسوبس" بتصنيع جميع منتجاتها من مختلف أنواع القوارب والقوارب في مصانعها في المنطقة الحرة في جبل علي بدبي.

وقال شريف جوبيرت، المدير التنفيذي لشركة "اكسوبس": سنعرض في المعرض تطوراً يستطيع النفخ بوربات من قبل الشركة ويختبر بقوة ٥٥ مليون دولار أمريكي، كما يستم عرض اثنين بي. بي. والتي بلغ وزنها ٥٥ مليون طن وهي تعتبر من أقوى محركات توربينية، مما يعطيها قوة اندفاع كبيرة.



في الماء يبلغ طوله ٢٢ متراً ويتصل تكلفته إلى ٥٠٠ مليون دولار أمريكي، كما يشمل عرض اثنين بي. بي. وهي طلبيات تصنيع ١٠ وحدات من هذا النوع. وتشمل العروضات التي ستشاهد أكسوبس السريعة من طراز كرايسلر التي تصل سرعتها إلى أكثر من ٧٠ ميلاً بحرياً في الساعة، حيث إنها مزوّدة بمحرك توربيني يصل عدد خيوله إلى ١٤٠٠ حصان، وكذلك قاربه هوائي يصل قوته إلى ١٠٠ حصان، ويحمل محركات توربينية نفث قوية إلى الخلف. كما ستعرض الشركة في هذا الحدث الفاخرة، ومن الأمور التي تتميز بتصنيع وخلط سرعتها ٥٥ ميلاً في الساعة، ومن النشاطات التي تنظم الشركة شرحها أكثر من ٢ أقدام من سطح الماء، حيث يبحث

وقال محمد أمين، نائب رئيس المبيعات ومدير التسويق لشركة "اكسوبس": "شهدت شركتنا تطوراً ملحوظاً خلال الأشهر الأخيرة بالإضافة إلى أحدث التقنيات العالمية في مجموعتنا من القوارب الفاخرة، حيث أطلقت الشركة الأول في شركة "اكسوبس" بكافة أنحاء المنطقة.

بدبي، ويعتبر معرض دبي الدولي للقوارب ابتكار جميع منتجاتنا من هذا الحدث التقني، وهذا منتجاتنا للزوّار والمشترين المحتملين الذين سيأتون من كافة أنحاء المنطقة.

Publication: The World & Yachts & Boats
Country: Pan Arab
Circulation: N/A
Date: January – February 2006
Page: 71



### ستينجراي
غواصة شبه مغمورة تتسع لشخص واحد، طولها 2.7 متر وارتفاعها متر واحد. قدرتها في الحركة والمناورة كبيرة. البعد الجديد للغوص المريح الذي تقدمه هذه الغواصة تعطي الراكب رؤية شاملة قدرها 360 درجة.

### مانتاراي
تقدم الغواصة مانتاراي نفس الوظائف التي تقدمها الغواصة ستينجراي إلا أنها تتميز عن الأخيرة بأنها تتسع لراكبين، وتزود راكبيها بمقصورة مريحة وفسيحة.

### جوبي
رغم أن الغواصة جوبي تتميز بجسمها المدمج، إلا أنها مصممة لتستوعب ثلاثة ركاب، إن نوافذها المسطحة تمكن ركابها من مشاهدة مناظر أعماق البحار مشاهدة بانورامية شاملة بمقدار 360 درجة. جهزت جوبي بنظام أمان متقدم تستطيع من خلاله الغوص حتى عمق 140 متراً كحد أقصى، كما أن لديها القدرة على الصمود تحت الماء لمدة ثلاث ساعات تحت الظروف العادية.



### أدفنشرر
تتميز عن جوبي بأنها ذات مساحة أكبر وبالتالي تعطي رؤية خارجية شاملة أكبر، تقدم أدفنشرر طفرة نوعية في دنيا الغوص المترف، إن شكلها الفريد المقتبس من سمكة القرش يفسر قدرتها على المناورة بمرونة في أعماق البحر وكذلك على السطح، كما أن شكلها المميز يمكنها من استكشاف الخنادق تحت الماء والتعرف على آفاق جديدة لعالم الرحلات البحرية.

ليخت غواص يمنح مقتنيه متعة المغامرة لحد أقصى 8 ركاب في المقصورة غير المغمورة في المياه و14 غواص في المقصورة المغمورة. إن ما يلفت النظر فيها هي المقصورة الفسيحة والتصميم الأنيق والأداء البارع.

### ديسكفري
تمتاز الغواصة ديسكفري بركابها السبعة وقدرتها في السير على الشواطئ نتيجة لتصميمها الذي يسهل لها الطفو والسير على اليابسة بأداء عال، وعلى الرغم من طبيعة تصميمها، إلا أنه يمكن إطلاقها من مقطورة على الماء بعمق 4 أقدام فقط.

### لفت رافت
مركب ثنائي الهيكل له إمكانية الغوص جزئياً. وهناك نظام لحفظ التوازن يسمح لها بالغوص والعودة إلى سطح المياه. وتوجد منصة لحمل الغواصات من الحجم الصغير، والقوارب الصغيرة، والغواصين بتجهيزاتهم والضفادع البشرية، ويمكن استخدام لفت رافت لإطلاق أو استرداد المركبات أو الأشياء العائمة، كما أنها تيسر عملية إدخال وإخراج الغواصين من وإلى المياه.

### بروتيوس
بروتيوس بكل معاني الكلمات تعريف

100346

100302



100889

100848







# В ПОИСКАХ НЕМО

**ДАЙВИНГ КАК СПОСОБ ПОЗНАНИЯ ПОДВОДНОГО МИРА ПОЛЬЗУЕТСЯ РАСТУЩЕЙ ПОПУЛЯРНОСТЬЮ. ОДНАКО В ДЕЛЕ ИЗУЧЕНИЯ МОРСКИХ ГЛУБИН ЕСТЬ И АЛЬТЕРНАТИВА ПОГРУЖЕНИЮ С АКВАЛАНГОМ — ПОДВОДНЫЕ ЛОДКИ.**

Арабская компания Exomos с головным офисом в Дубае, известная своими экстраординарными и эксклюзивными плавательными средствами, представила в этом году на Дубайском бот-шоу свой новый и оригинальный проект — подводную лодку «Наутилус». Безусловно, она создана по мотивам романа Жюля Верна «20000 лье под водой». Ее дизайн максимально приближен к литературному прототипу, за исключением внутренней «начинки» — она соответствует последнему слову техники и делает подводные путешествия абсолютно безопасными. Стоит ли говорить, что комфортом на субмарине обеспечены как пассажиры, так и члены команды — это тоже дань времени.

Стоимость проекта оценивается в 3 миллиона долларов. В увлекательное путешествие в царство Посейдона могут отправиться 10 пассажиров. Максимальная глубина погружения — 10 метров. Авторы проекта уверены, что эта подводная лодка станет новой вехой в индустрии водного туризма. Например, морские экскурсии на принципиально новом уровне, удобном и интересном для туристов. Вероятнее всего, «Наутилус» будет катать туристов, приехавших в Дубай. Знаменитый на весь мир «Пальмовый остров» сделает такой способ передвижения востребованным среди многочисленных насыпных островов залива.

Есть у Exomos и ряд других, не менее удивительных проектов, всего линейка доступных субмарин насчитывает 5 моделей, плюс к ним надо добавить еще две уникальные яхты, которые могут свободно ходить как по воде, так и под водой. Ознакомимся с ними поближе.

Одноместная лодка Stingray вызывает ассоциации с бобслеем и подвесными системами парапланов. Горбатая Goby похожа на пиратское судно из мультфильма «Приключения капитана Врунгеля». Мощь есть Proteus напоминает прогулочный катер, а SDV цвета хаки явно служит для высадки подводных десантов. Лодки водоизмещением до 45 тонн могут брать на борт от одного до 24 человек и погружаться на глубину от 18 до 40 метров. Там, на глубине, они развивают скорость 3–6 узлов, на поверхности — от 4 до 25. Хотя субмарины оборудованы радарами, их корпус выполнен из высокопрочных прорезиненных материалов.

Благодаря высоким стандартам безопасности частные подводные лодки — самый надежный на сегодня вид транспорта. Хотя их фюзеляж испытывает то же давление, что и летящий самолет, пассажиры страдают от перегрузок не больше, чем любители дайвинга. Даже на глубине 9 метров экипаж может оставаться сколь угодно долго. Умная система жизнеобеспечения нагнетает в кабину кислород из баллонов, удаляя углекислый газ. Кондиционированный воздух не только высушивается, но также нагревается или охлаждается по желанию пассажиров. Благодаря этим своим качествам лодки Exomos могут использоваться для развлекательных экскурсий, научных погружений и даже в военных целях.

Владельца субмарины и его команду научат всем премудростям управления — сначала в бассейне 15-метровой глубины, а затем и в открытом море. Впрочем, если и после курсов не появилось желания самостоятельно управлять таким экзотическим транспортным средством, компания предоставит механика и капитана.

Получить сертификат Exomos несложно, он дает право сразу же отправляться в путешествие. Не потребуется и лицензии на вождение судна — если, конечно, не возникло мысли промышлять частным подводным извозом. И это не шутка: возможно, именно мини-субмарины станут общественным транспортом будущего.

А то, что именно Дубай становится первым полигоном для производства и испытания подводных лодок туристического класса, даже не удивительно. Второй по величине и значимости город Объединенных Арабских Эмиратов уже стал общепризнанным мировым курортом, а поток туристов и инвестиций в туристический бизнес год от года стремительно увеличивается.

Генеральный менеджер компании Exomos Харви Джоберт говорит, что возрастающее количество туристов со всех концов света ждет от Ближнего Востока восточных чудес, неординарных новинок и необычных новшеств. «Мы осознаем, что завоевать туристический рынок Дубая необходимо чем-то экстраординарным, и субмарины компании Exomos добавят в «копилку чудес» города свежих и удивительных впечатлений».

*/ Константин Спартев, «Акватория красивой жизни»*



Palm Island, Dubai, UAE
During Live TV Broadcast, June, 2003

**Joseph J. Valencic**
*Professor of Marine Science & Technology*
22827 Islamare Lane
Lake Forest, Ca.USA  92630
Phone (949) 587-1079 home/office
E-mail: questtek@yahoo.com



Mechanical Great White for 2-part
National Geographic TV June, 2004

## Current Position
***Research Affiliation*** - Scripps Institute of Oceanography, La Jolla, Ca, and National Science Foundation
***Teaching Affiliation*** - Professor Emeritus of Marine Sciences, SBCC Mission Viejo, Ca.
***Consulting Scientist, Research and Development*** – Exomos Submersibles, Dubai, UAE
***Senior Oceanographer/Marine Scientist*** – Global Marine Monitoring Technology, Ca.
***President*** – Quest-Tek Electronics, Advanced miniature video and computer technologies

## Areas of Expertise
***Oceanography*** - Global experience as professor and field researcher for over 25 years. Developed and taught first Internet Oceanography course fully approved throughout the University of California College System. (Offered for 6 years), Pioneered live underwater broadcasts into California school classrooms.
***Marine Biology/Ecology*** - Extensive knowledge -Authored book on Whales & Dolphins
Consultant to SeaWorld on miniature wireless video systems including new ShamuCam.
***Underwater Archeology*** - Involved in major underwater explorations and Discovery Channel productions, participated in underwater treasure expeditions.
***Marine Research*** – Chief Scientist for California State Crystal Cove Underwater Park, Consultant to State of Ca on Artificial Reef Monitoring,
Involved with National Geographic's Sustainable Seas Expedition, Technical Advisor for the Endangered Species Recovery Council, San Diego, Ca.
***Marine History*** - Lecturer on wide range of topics including - Early Seafarers, History of Navigation, Development of Nautical Charts, History of Marine Discovery, etc.
***Submersibles*** - Utilized, piloted and lectured on submersibles and remotely operated vehicles, ROV's, for undersea research and documentation including 6-Gill Submersible Shark Expedition
***Advanced technologies*** - Featured on cover of Time magazine supplement on Digital
Photography as an innovative pioneer. On team to produce first live full motion color video broadcast from the top of the south summit of Mt. Everest. Developed live interactive video broadcast technology first employed on Cunard Cruises in 1992. Worked with Dr. Bob Ballard on the Jason Project.

  



Lecturer on World Discoverer for the     Deep Worker Sub - National Geographic     Submarine Safari Expedition     Research Scientist for 3 seasons with
National Science
Lost Atolls of the South Pacific, 1997     Sustainable Seas Expedition, May 1999     Zegrahm Expeditions, 2001     Foundation documenting underwater life in

http://www.professorvalencic.com/profjoe                                                      1/16/2010

Antarctica

## Internet Application of Adventure Travel Cruises
Pioneered use of daily web journals from remote field locations to document cruises, see:
http://iserver.saddleback.cc.ca.us/faculty/jvalencic/98sopac
Developed field CR-ROM production capability providing passengers with digital cruise log.

## Enrichment Lecturer Positions
I have lead expeditions or acted as onboard enrichment lecturer in many locations. I have substituted several times as an enrichment lecturer for Dr. Sylvia Earle, Explorer in Residence for the National Geographic Society. Worked with Lecturers Drs. Don Walsh and Fred MacLarren.
*Mediterranean* Summer 1999 - Invited Enrichment Lecturer on Crystal Harmony
*Hornby Island, Canada* Summer 2000 - Expedition Leader/host for Pacific Northwest Submarine Safari with National Geographic Society, Explorers Club, Zegrahm Expeditions and the Denver Museum of Natural History
*Alaska and Arctic* - Seabourn Cruise Line Enrichment Lecturer, Scientific Expeditions through the University of Alaska into the Bering Sea and Aleutian Islands.
*Australia* - Holland American lecturer on the Masdam, Top of Australia Cruise lecturer for Zegrahm Expeditions, National Science Foundation research in New Zealand.
*South America and Falkland Islands* - Lecturer on Crystal Harmony and Cunard Lines plus research with the National Science Foundation.
*Antarctica* - Society Expeditions and Cunard Lines Lecturer (first ever as part of a World Cruise) plus 3 scientific expeditions with the National Science Foundation.
*Africa and Indian Ocean* - 1997 and 1998 Lecturer with Zegrahm Expedition and the Explorer Club Travelers to Africa, Madagascar, Zanzibar, Aldabra Atoll, Seychelles Islands, etc.
*South Pacific* - Naturalist/lecturer Society Expeditions (4 trips), Explorer Club Travelers (2 trips), PBS Television Series Host (8 trips for ReefQuest and OceanQuest series)
*Galapagos Island & South America* - Naturalist/Lecturer for Charles Darwin Research Fdn.
*Caribbean including Dutch Netherland Antilles* - Cunard, PBS programs
*Palau, Guam, Yap* - Field producer for the Discovery Channel and PBS programs.
*Japan and Russia* – Onboard Lecturer/Oceanographer/Marine Scientist 2003

## Television Series/Specials
Co-host of 10 part ReefQuest series and 8 part OceanQuest PBS television series produced by KHET Hawaii. (This educational series goes live to about 1 million students in America).
KidScience PBS series, "The UnderSea Classroom" May, 2001 and "Samoa" Sept. 2002.
Documentary
Starwaves TV series from Singapore, Live TV broadcast throughout Asia plus Internet.
Nightline TV special on Controversial Underwater "Kill" by Ex-president George Bush.
Live, Interactive Underwater Press Conference from Palm Island, Dubai, May, 2003
Underwater Consultant to "Close Quarters" Ocean Television series.

Playing Penguin for an Antarctic



Pictures from various underwater documentaries and research monitoring programs

## Professional Affiliations
Member Explorer Club, New York
Member Adventurers Club, Los Angeles, Ca.
Institute of Navigation / Marine Technology Society
American Academy of Underwater Scientists
Trained Aquanaut, WRUL Man-In-The-Sea Program.
National Association of Underwater Instructors, NAUI
Professional Association of Dive Instructors, PADI (Course Evaluator)
Endangered Islands Expedition, Board of Directors, Oceanographer
Consulting Scientist R&D, Exomos Submersibles, Dubai, UAE



Artificial Coral Experiments

**EXOMOS SUBMARINES**

by Prof. Joseph Valencic
11/08/2005

Jebel Ali- Under a cloudless sky beaming down on an emerald green, 33 degrees C Arabian Gulf, the Exomos (www.exomos.com) submarine Adventurer vented her main ballast tanks at 11:58 and switched on the six quiet but powerful electrical thrusters. The object of this dive was to set a new underwater distance & endurance record for this unique 3 person submarine. It's sleek, yellow & black-striped hull would take submarine pilot Jim Miller, Exomos COO & Dive Operation Director, & co-pilot Thapa a non-stop underwater track that would cover a wide range of unique Arabian Gulf underwater seascapes a mere meter or two off the bottom. The adventurer submarine has a maximum depth capability of 40 M & a submerged speed of five Knots.

The submarine Adventurer's pilot and co-pilot emerged from their cockpit at 1430 hrs resulting in a mission of over 2.5 hours in duration. All systems performed perfectly especially the new Exobouy Remora, a small towed buoy that provided the submarine crew with precision underwater GPS on a moving map display, crystal-clear underwater VHF communications and real-time color video from a buoy mounted surface camera.

The Adventurer is one of eight submarines designed by Commandant Herve Jaubert & currently being built by Exomos submarine factory located in Dubai. The most unique of their cutting-edge submersible line is the 20 M long Proteus that debut at the Dubai Boat Show in March 2005. A fully-submarine yacht capable of delivering the ultimate in underwater luxury, Proteus can seat up to 14 divers on the fore and aft deck plus eight inside a dry cabin for spectacular viewing.

www.seasdiscovery.com/mt/mtStories