# EXHIBIT "R"
## EMAIL TO ADBULQADER OBAID ALI



**FW: for the records**
From: "Herve Jaubert" <Herve.Jaubert@exomos.com>
To: gmdh@yahoo.com

Monday, October 1, 2007 7:20 AM

**HERVE JAUBERT**
Chief Executive Officer
Exomos
P.O. BOX 261489
Dubai, UAE
s
s



Tel: + 971 4 8835222
Dir: + 971 4 8834353
Mobile: + 971 50 6564843
Fax: + 971 4 8835228
E-mail: herve.jaubert@exomos.com
Web: www.exomos.com

---

From: Herve Jaubert
Sent: Sunday, September 23, 2007 1:40 AM
To: AbdulQader Obaid Ali

Dear Mr AbdulQader,
I would like to put on records the following:
I am not complaining or asking anything because It would bring me only more troubles,
I am not complaining against Mr Simon who is doing his best to run the company, I am cooperating with him at best, but I am putting this for the records to protect me against blames and failures if or when they arise.

As I am doing my best to make Exomos successful and prove to Sultan that this business can be profitable, I am prevented to do so, or my actions are reduced or cancelled.
Know that the Exomos website www.exomos.com has been shut down this week end without my prior knowledge or consent, I am left without this formidable marketing tool at a time I have a AED10M pending deal with the government of Malaysia. This is a very serious risk for the credibility of this company which may cause the loss of this tender and revenues.
I am also getting calls and inquires from a few international reporters that I personally know, about the Exomos site, I am taking corrective actions, but it is too late for the site, it was an excellent site designed by Future Brand in New York, who got an award for it.
Now I have a Exomos email, we have a trademark Exomos, but we don't have a website Exomos
For this tender I have completed a demonstration submarine with AED10,000 from Istithmar and I put AED35,000 of my personal money to achieve this because Istithmar would not fund more.
The submarine is working as designed, this is a military submarine with a big market ahead, I will post shortly a video of the sea trial.
Respectfully yours

**HERVE JAUBERT**
Chief Executive Officer
Exomos
P.O. BOX 261489
Dubai, UAE
s
s

Tel: + 971 4 8835222
Dir: + 971 4 8834353
Mobile: + 971 50 6564843
Fax: + 971 4 8835228
E-mail: herve.jaubert@exomos.com
Web: www.exomos.com

---

From: Herve Jaubert
Sent: Sunday, September 23, 2007 12:44 AM
Subject: FW: manta ray/ latest update

Simon,
I find it extremely penalizing to have the Exomos website shut down when the MOD of Malaysia may be scrutinizing Exomos on the eave of awarding us the contract as you see below.
Furthermore I was not informed prior the shutting down of Exomos website, hence I was not able to anticipate and take corrective actions.
I hope we can resolve this within the next 24 hours.
Regards

101025

**HERVE JAUBERT**
Chief Executive Officer

Tel: + 971 4 8835222
Dir: + 971 4 8834353
Mobile: + 971 50 6564843

101065