# EXHIBIT "A"

```
 1   some police authorities of some sort.
 2             And I heard the recordings, and I just
 3   thought they sounded very scripted.  They didn't
 4   sound like I expected them to sound, I guess you
 5   could say.
 6             And there was another -- a second set of
 7   recordings that he wrote about having in the book,
 8   and I asked to get those, and he -- I don't
 9   remember exactly how he said it, but there was
10   something to do with that recording being lost
11   somewhere.
12             It was on a phone, and the phone got put
13   into a box in a convenience store because it was
14   being traced, and he never went back and got the
15   phone, so that recording was lost.
16             And that -- in the big picture,
17   Mr. Jaubert's book is filled with a lot of very
18   sophisticated electronic work and pepper bomb
19   making and covert operations.
20             I mean he seemed a very sophisticated,
21   highly trained person, so I couldn't coordinate
22   that with the idea of losing a very valuable
23   recording by sticking it in a box in a convenience
24   store and walking away from it.
25             So that was one area that I was a little
```

Page 49

1  doubtful about, but -- and I asked for an
2  explanation, and he gave me an explanation, and I
3  may not have liked the explanation, but that's
4  what it was.
5          And my job was not to, you know,
6  personally decide every little thing that happened
7  there.  My job was to reword his story so that it
8  was readable by the American-speaking market, and
9  so --
10      Q.  What stage of the -- let me ask you
11 this:  How long was your job of ghostwriting?  How
12 long of a period was it?
13      A.  I think it was a little over a year.
14      Q.  Starting -- again, we start somewhere in
15 '08, and it ends in '09?
16      A.  Yes.
17      Q.  So between essentially spring/summer '08
18 to spring/summer '09?
19      A.  I think that's about right, but I'm not
20 positive.  I'd have to look through the e-mails
21 probably more than anything.
22      Q.  Okay.  But I think we're kind of in that
23 neighborhood based on what you've told us.  And
24 the issues of these recordings, what stage of the
25 process did they come up in?