UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:09-CV-14314-MARTINEZ/LYNCH

DUBAI WORLD CORPORATION, and its subsidiaries, EXOMOS, NAKHEEL, and PALM MARINE,

Plaintiffs,

vs.

HERVÉ JAUBERT and SEAHORSE SUBMARINES INTERNATIONAL, INCORPORATED, and Does 1-99,

Defendants.

/

Thursday, June 10, 2010
1601 Belvedere Road
Suite 204E
West Palm Beach, Florida
8:20 a.m. to 1:14 p.m.

**CERTIFIED TRANSCRIPT**

VIDEOTAPED DEPOSITION OF SULTAN AHMED BIN SULAYEM

Reported before Tracey S. LoCastro, Registered Professional Reporter, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed by the Defendants in the above cause.



APPEARANCES:

QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
865 South Figueroa Street
10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
E-mail: billurquhart@quinnemanuel.com
By: A. WILLIAM URQUHART, ESQ.
Counsel for Plaintiffs

ASTIGARRAGA, DAVIS, MULLINS & GROSSMAN, P.A.
701 Brickell Avenue
16th Floor
Miami, Florida 33131
Phone: (305) 372-8282
E-mail: emullins@astidavis.com
By: EDWARD M. MULLINS, ESQ.
Counsel for Plaintiffs

HESS & HEATHCOCK, P.A.
40 S.E. Osceola Street
Stuart, Florida 34994
Phone: (772) 223-0209
E-mail: whess@hhfirm.com
By: WILLIAM T. HESS, ESQ.
KATHRYN HEATHCOCK, ESQ.
Counsel for Defendants

Also present: Hervé Jaubert
George E. Dalton, Esq.



INDEX


| | PAGE |
|---|---|
| DIRECT EXAMINATION BY MR. HESS: | 5 |


EXHIBITS


| | PAGE |
|---|---|
| Sulayem Deposition Exhibit 1 | 105 |
| Sulayem Deposition Composite Exhibit 2 | 108 |
| Sulayem Deposition Composite Exhibit 3 | 108 |
| Sulayem Deposition Exhibit 4 | 115 |
| Sulayem Deposition Exhibit 5 | 116 |
| Sulayem Deposition Exhibit 6 | 117 |
| Sulayem Deposition Exhibit 7 | 118 |
| Sulayem Deposition Exhibit 8 | 124 |
| Sulayem Deposition Exhibit 9 | 125 |
| Sulayem Deposition Exhibit 10 | 126 |
| Sulayem Deposition Exhibit 11 | 129 |




PROCEEDINGS

- - -

VIDEOGRAPHER: We are now on media unit number 1. This is the videotaped deposition of Sultan Ahmed Bin Sulayem.

Today's date is Thursday the 10th day of June 2010. And the time on the video monitor is approximately 8:20 a.m.

The case number is 2:09-CV-14314. The style of our case is Dubai World Corporation, etcetera versus Hervé Jaubert and Seahorse Submarines International, Incorporated.

The court reporter today is Tracey LoCastro from Veritext Reporting. And the videographer is Todd Cohen also with Veritext.

Would counsel please state their appearances on the videotape record.

MR. HESS: William Hess on behalf of Mr. Jaubert and on behalf of Seahorse Submarines International, Incorporated.

MS. HEATHCOCK: Kathryn Heathcock on behalf of Hervé Jaubert and Seahorse Submarines International, Incorporated.

MR. URQUHART: My name is Bill Urquhart. I'm on behalf of the Plaintiff and also the



e4355396-d0d9-48ea-805c-122768f4edbc

witness.

MR. MULLINS: Ed Mullins, co-counsel for the Plaintiff and the witness.

THEREUPON,

SULTAN AHMED BIN SULAYEM,

having been first duly sworn, was examined and testified as follows:

THE WITNESS: I swear.

DIRECT EXAMINATION

BY MR. HESS:

Q. Good morning.

Please state your name.

A. Sultan Ahmed Sulayem.

Q. How would you like to be called today?

A. My name Sultan, my first name.

Q. And where do you reside?

A. Dubai.

Q. And your address?

A. Work address or home address?

Q. Well, start with your home address.

A. Home address is Dubai. It's a placed called Almamzer in Dubai.

Q. And your work address?

A. 47th floor, Emirates Towers, Dubai.

Q. Have you ever had your deposition taken



before?

A. I don't.

Q. I'm sorry?

A. No.

Q. Do you understand or have you been told what's going to transpire today?

A. I understand.

Q. You're under oath, you understand that?

A. Absolutely.

Q. And you've sworn to tell the truth and the complete truth, correct?

A. That's right.

Q. And you understand that?

A. Absolutely.

Q. And that's your intention today?

A. Absolutely.

Q. You understand that I'm going to be asking you questions, correct?

A. Yes.

Q. And you're going to answer those questions truthfully and under oath?

A. That's why I came.

Q. If you at any time do not understand any of the questions that I ask you, I'm going to rely on you to tell me that, okay?



A. Okay.

Q. The other important incidental in a deposition, unlike normal conversation, I'm going toe ask you for the sake of the court reporter when you respond to questions if you would make your best efforts for a verbal response.

A. Absolutely.

Q. Because if you shake your head or --

A. I know.

Q. You understand?

The court reporter needs to have a verbal response to take it down.

A. Excellent.

Q. And then also the court reporter would have a very hard time taking two bits of conversation at the same time. So if you would, and I'll do the same for you, if you would hesitate before you interrupt me or before you talk while I'm talking. Okay?

A. Okay.

Q. And that way the court reporter won't have any problem with taking down the transcription.

A. Okay.

Q. When did you arrive here for this deposition?

A. Three in the morning, 3:30.



Q. How did you arrive?

A. I came from New York.

Q. A commercial flight?

A. No. I had to charter a flight. I wouldn't arrive here on time if I didn't.

Q. And you have the necessity of leaving this deposition at 3:00 to return to New York?

A. Yes.

Q. And you're chartering a flight back to New York?

A. The same plane taking back.

Q. And what's the reason for your necessity of being in New York today, or tomorrow, actually today?

MR. URQUHART: Objection. That has absolutely nothing to do with this matter.

MR. HESS: Are you instructing him not to answer?

MR. URQUHART: Yes.

MR. HESS: Court reporter, if you could mark that, please.

BY MR. HESS:

Q. When did you become aware that you had to be in New York today?

A. When did I become aware?

Q. Yes.

DW HS 402 403 HS 402 403 402 403



e4355396-d0d9-48ea-805c-122768f4edbc

402, 403 (lines 1-10)



HS

A. My flight leaves from New York. I took a flight from London to New York and I'm flying from New York to Dubai.
Q. What I'm suggesting is: When did you become aware that you had to leave early today to go to New York?
A. I called them and I told them to I need to leave early.
Q. When was that?
A. Yesterday, day before or yesterday.
MR. MULLINS: We want to make sure we don't invade the attorney-client privilege.
MR. HESS: I understand. And you intend to have one counsel speaking for your client as well as the Plaintiff in this case?
Or do you intend to have two lawyers making objections during the course of this?
MR. MULLINS: If it's going to offend you, I'll make sure that Bill makes the objections. But I want to make sure we don't want to invade the attorney-client privilege as I'm sure you don't want to do, Mr. Hess.
MR. HESS: I understand that, I just --
MR. MULLINS: I don't want to offend you, Mr. Hess.



HS

MR. HESS: I don't even know what that means frankly.
The reason for my question is because if I'm asking questions, I want to be able to understand who's making an objection so I give the appropriate courtesy to the person making the objection and I take notice of whoever is opening their mouth to object, that's why I ask.
MR. MULLINS: I appreciate that.
BY MR. HESS:
Q. Who is Ahmed Butti Ahmed?
A. Ahmed Butti was the CEO of Istithmar, an investment company that we had.
Q. And he's no longer the CEO --
A. No.
Q. -- of Istithmar?
A. No, he's not.
Q. Does he continue to serve on the board of directors of Dubai World?
A. No. I don't think he's on the board.
Q. You know he's not or you don't think he is?
A. I -- we have -- I think the board of Dubai World is inactive basically. We don't do any meetings.
But he's -- I don't think he is, because he has another position.



Coll.

COURT REPORTER: I'm sorry. I didn't hear that.

HS

THE WITNESS: He has another position. He's in the customs.
BY MR. HESS:

DW

Q. You still are chairman of Dubai World, correct?
A. Yes, I am. Yes.

402 403

Q. And isn't one of your duties and responsibilities to know who's on the board?
A. Yes, it is. However, we have restructuring going on with the company. And the board is not meeting. And I don't remember really whether there was a decision to remove him from the board. I don't remember that.

HS

Q. So is it your testimony that you don't know if you Ahmed Butti Ahmed is on the board of directors --
A. Yes --
Q. -- or you know he's not on the board of directors?
A. No, I don't know.
Q. You don't know?
A. I don't know.
Q. Do you know whether he's still the director



HS

402 403

general of Dubai Customs --
A. Yes.
Q. -- Ports?
A. Yes.
Q. He is?
A. He is.
Q. And that also includes the Maritime and Free Zone Authority?
A. Yes.
Q. Now, as the chairman of Dubai World, what are your responsibilities?
A. The chairman of Dubai World basically there are companies under the umbrella of Dubai World. And from my office of 47th floor we oversee the activities of these companies.

DW

Q. And what companies are they?
A. Well, Dubai Ports is one, Istithmar, Nakheel, Maritime City, Drydocks.
Q. Istithmar, is that still an operating corporation?
A. Yes, it is.
Q. What does it conduct business in now?
A. Istithmar is an investment company. And they own hotels. They own shares in some companies. Basically between hotels and shares in companies.

DW



Q. And Nakheel, is that still an operating -- operational company?
A. Yes.
Q. What does that do?
A. It's a property company, property development company.
Q. And where does it develop properties?
A. Mainly in Dubai.
Q. Anywhere else?
A. No.
Q. So it's exclusively in Dubai, correct?
A. Development is in Dubai, yes.
Q. Palm Marine, is that still an operational company?
A. Palm Marine, I don't know. I don't know.
Q. Palm Marine is one of the Dubai World Corporation's subsidiaries, correct?
A. Yes, it is.
Q. And you serve as the chairman of Dubai World Corporation, correct?
A. Yes. Yes.
Q. And you don't know whether or not Palm Marine is operational?
A. No.
HS Q. Who serves under you -- who would know

None



HS

whether or not Palm Marine is operational?
A. The Drydocks, because they're overseen by the Drydocks.
Q. Now, why is it that the chairman of Dubai World Corporation doesn't know whether or not Palm Marine, a corporation subsidiary of Dubai World Corporation, is operational or not?
A. Because it is directly under the Drydocks. Drydocks owns also a few yards in the world today. And I really don't know whether those yards are in operation or they are working or not. It's totally under Drydocks.
Q. Would that be something that when the board of directors meets is that something that's discussed, the viability or the conducting of business of these various subsidiaries?
A. They would discuss it within each entity, so, for example, Drydocks when they meet, I assume that they, the board also will discuss the subsidiaries.
Q. And you preside over that meeting correct?
A. No, I preside over the Dubai World meeting, not the Drydocks.
Q. How long have you served as chairman of Dubai World?
DW A. Seven, eight years. We established the

None

DW



company in 2002, I think, 2003.
Q. And when I speak of Dubai World I'm speaking of Dubai World Corporation, not Dubai World Holding, but Dubai World Corporation, correct?
A. Yes.
Q. And you've served as the chairman since the inception, since the creation of Dubai World Corporation?
A. Since the creation of Dubai World, yes.
Q. What other positions have you held in the past 10 years for Dubai World Corporation or for any other corporation?
A. I am the chairman of Dubai Ports Authority, Jebel Ali Free Zone Authority.
HS COURT REPORTER: I'm sorry. What was that?
THE WITNESS: Jebel Ali. Jebel Ali Free Zone Authority.
BY MR. HESS:
DW Q. Anything else?
A. Nakheel, which is our property company. Another property company called Limitless also, which is also I'm chairman of. And the Port and Customs Authority.
HS MR. URQUHART: Can we just pause for a second.

Coll.



HS What happened, Sultan, is you're interrupting him when he's in the middle of a question. And it's going to end up making the record garbled, so wait for him to finish.
THE WITNESS: Okay.
BY MR. HESS:
Q. I'm going to take this nice and slow. So I hope you don't feel like you're in a hurry to answer.
A. Take your time, take your time.
Q. Now, when was it that -- do you still remain as the chairman of Nakheel?
A. Nakheel, recently during the restructuring we appointed a new board to oversee Nakheel mainly to deal with the restructuring of the company. So there's a new board that is more of an operational board really.
Q. So your answer is you no longer serve as the chairman of that board --
A. As the chairman of Nakheel, no.
Q. Do you serve in any capacity for Nakheel?
A. Nakheel is part of Dubai World, so from the Dubai World link, yes, but for the day-to-day operation, the board, the existing board now is the --
Q. So your relationship with Nakheel is exclusively by virtue of your chairmanship of Dubai

None



e4355396-d0d9-48ea-805c-122768f4edbc





World Corporation?
A. Correct.
Q. Now, Drydocks World, what is that?
A. It's a shipyard which is in Dubai and in Indonesia and in Singapore.
Q. And until recently you served in some capacity with that corporation, correct?
A. Yes.
Q. And you no longer serve in any capacity as to that corporation?
A. Again, it is the same as Nakheel, it is part of Dubai World. There's a new board also running that operation now.
Q. Now, also would your answer be the same in terms of your removal from the board of the Investment Corporation of Dubai?
A. I am no more in the Investment Corporation of Dubai.
Q. That was in November of 2009 that you were removed?
A. Yes.
Q. And why were you removed from that post?
A. Because we are negotiating with banks on restructuring, and there is an entity Dubai, Investment Corporation of Dubai is negotiating with banks to



borrow money to fund us. And it is a conflict of interest if I am in the authority that's going to borrow money to fund the authority that is borrowing the money. So the government separate it and I needed to go out of that investment board.
Q. I'm going to read you something that appeared in the Wall Street Journal in October of 2009 regarding Dubai World Corporation. And it was found in the Heard on the Street -- it can be read in the Heard-on-the-Street column.
In that column it was stated that "Dubai World Corporation," and I'll quote, "has been radically restructured after running up almost 60 billion dollars of liabilities on ill-judged acquisitions like struggling Madison Avenue retailer Barney's and the Queen Elizabeth II Liner, which has since largely languished in a Dubai dry dock."
And that's the end of the first part of the quote.
"And that" -- beginning of the next part of the quote -- "surprisingly, senior management remains in place, including Sultan Bin Sulayem, the chairman who master-minded the expansion."
Were you aware that appeared in the Wall Street Journal?



A. No.
Q. You understand what I just said, correct?
A. Yes.
Q. What is your -- did you mastermind, are you the mastermind of the expansion of Dubai World Corporation?
A. Yes. Not only me, we have a board, we have directors. We have, you know, we are like 50,000 people in the company.
Q. You're the chairman, correct?
A. I'm the chairman, but each independent company does plan their expansions. And decisions are made based on this.
Q. So you would disagree that you do not have the responsibility for the expansion?
MR. URQUHART: Objection, mischaracterizes the testimony.
MR. HESS: I'll rephrase that. I'll withdraw that.
BY MR. HESS:
Q. Would you -- do you disagree that you are, as chairman, the individual who had the responsibility for the expansion?
MR. URQUHART: Same objection.
THE WITNESS: I disagree that I made the



expansions myself in every business.
Drydocks decided to expand in Far East because of the business. Every business expanded because of the nature of the business they are. And as a board, when they come with requests for that, we have board members who basically sit there and decide we'll let them get on.
BY MR. HESS:
Q. And when the board does meet --
A. Yes.
Q. -- you as chairman --
A. Yes.
Q. -- and you served as chairman during 2009, correct?
A. Yes. Yes.
Q. And 2008?
A. Of which, Dubai World you mean?
Q. Yes.
A. Yes, I'm still Dubai World.
Q. I may have asked you this already, but I apologize. When did you begin your chairmanship of Dubai World, was that since its inception?
A. Yes, since the inception.
Q. And you already told me that, correct? And

HS None HS 402 403 HS 402, 403 Hearsay (6-25) HS 402 403



e4355396-d0d9-48ea-805c-122768f4edbc

HS

I apologize for repeating that.

A. No problem.

Q. You mentioned that you were removed from these other various chairmanships because of a conflict of interest because of the refinancing of -- by banks and whatnot.

A. I stepped down from the Investment Corporation of Dubai, ICD, because we are negotiating a major borrowing from banks. And it is a conflict of interest to be in the board of Dubai Investment Corporation while we are borrowing. The banks will not accept that I negotiate with them to give it to my company. In other words, they should be independent so they can decide, in terms of the banks, which entity needs the funds and how much they're going to give them. And I cannot be part of it if I'm borrowing. If I didn't borrow money from the ICD, then probably I would be there.

402
403

Q. And when you say borrow money, you're speaking of borrowing money on behalf of --

A. Meaning the government borrowing, not me personally. The government borrowing the money through Investment Corporation of Dubai, which I was a board member.

Q. The Investment Corporation of Dubai, which



HS

you were a member of --

A. Yes.

Q. -- is an arm of the government?

A. Yes.

Q. And what is its function?

A. It's an investment arm. It's an investment -- a government investment, a sovereign fund investment.

402
403

COURT REPORTER: A what fund?

THE WITNESS: Sovereign fund.

MS. HEATHCOCK: Sovereign.

COURT REPORTER: Sovereign, thank you.

BY MR. HESS:

Q. And when you said that you were going to be actively engaged in borrowing money, who were you borrowing money on behalf of?

A. ICD is going to borrow money. Investment Corporation of Dubai is going to borrow money. And when they go to the banks, they have to show who are the board members. And banks would object to see that I will be a member and I will probably -- I will be benefiting as a company. Dubai World would be benefiting as a company.

Q. That's what I'm getting at.

So the borrowing of the money ultimately is



HS

intended to result in Dubai World Corporation receiving funding, correct?

A. Dubai World will receive funding plus other entities in Dubai will receive funding, not only Dubai World.

Q. How often does Dubai World Corporation's board meet?

A. I really don't remember how many times we have met. I know we met a few times in the beginning when we establish the company.

Q. So Dubai World Corporation's directors haven't met during the year 2010?

A. No.

Q. And they haven't met during the year 2009?

A. '9, I don't know. Maybe once, but I doubt it. I don't remember. I don't recollect.

Q. Now, do the meetings, the Dubai World Corporation director meetings, are they consequential? Do they have importance?

MR. URQUHART: Objection. This line of questioning has absolutely nothing to do with this lawsuit. And it's not calculated to lead to discovery that has anything remotely to do with this lawsuit.

Coll.

MR. HESS: Are you instructing the witness



HS

not to answer?

MR. URQUHART: I'm not instructing him not to answer, but if you go beyond 3:00 and you continue to waste the chairman of the board's time by asking him questions that have absolutely nothing to do with this lawsuit and you want to go beyond that 3:00, then I'm going to be talking --

MR. HESS: You just took up more time than three of the questions that I had.

Coll.

MR. URQUHART: Yeah, three of the relevant questions that you have.

MR. HESS: I appreciate you saying that.

And, I guess, for the record, since you wanted to make that speech, I should respond that he is the chairman of Dubai World Corporation. Dubai World Corporation has sued Mr. Jaubert and Seahorse Submarines International, Inc.

He is charged with the duty -- Sultan is charged with the duty of knowing what goes on with Dubai World Corporation. That's why he's here today.

And I wouldn't spend so much time except for the fact that he couldn't remember the last time



e4355396-d0d9-48ea-805c-122768f4edbc

HS

the board met. And to me, for a multi-billion-dollar corporation for the chairman not to remember the last time the board met is consequential. And it is relevant because it indicates his scope of knowledge, the depth of his involvement and exactly how much credibility he has in terms of illuminating Dubai World's position. So that's why it's relevant.

Thank you.

MR. URQUHART: We disagree.

MR. HESS: It's the beauty of America. And yet we still all get along.

MR. MULLINS: So far.

BY MR. HESS:

Q. I think the last question I asked you were these board meetings, do you deem them or do you consider them to be important?

MR. URQUHART: Objection, vague and ambiguous.

BY MR. HESS:

Q. You can answer the question.

A. Meetings that we, board meetings that happen has to be important. If it is not important, why would we meet?

Coll.



Q. But yet you just, you don't remember the last time you met?

A. I don't remember. We've been through restructuring and I -- there are more committee meetings of restructuring more than board meetings.

Q. So the massive -- you would agree that it was a massive restructuring of Dubai World Corporation, correct?

MR. URQUHART: Objection, vague and ambiguous.

BY MR. HESS:

Q. Do you understand my question?

A. No. Go ahead.

Q. How would you characterize the restructuring of Dubai World Corporation?

A. Dubai World restructuring just like anybody else, everybody in the world restructuring. I think if you open the newspaper you'll find everybody is restructuring. And we are no exception.

Q. The difference may be between Dubai World Corporation -- and correct me if I'm wrong -- and other corporations across the world is how much money are we talking in terms of debt restructuring with Dubai World Corporation approximately?

A. Well, you seem to know from the newspaper,

402
403
(6-25)



HS

so I would assume you have that answer.

Q. I know, but the reason we're here is to get your testimony, your answer under oath today.

A. But my testimony is relating to questions relating to the case. And I don't think this is relevant to the case how much is it or how big it is.

Q. Do you know?

A. Of course I know.

Q. Then what is it?

A. The restructuring is about 24 billion dollars.

Q. So 24 billion dollars in restructuring and the board of Dubai World Corporation doesn't meet to consider that restructuring?

A. Dubai World is meeting through the restructure committees not the board.

Q. As chairman of Dubai World Corporation is it your responsibility to convene the board?

A. Of Dubai World?

Q. Uh-huh.

A. Yes.

Q. And you mentioned there was a -- you know, the debt restructuring of Dubai World Corporation. What is the value of the holdings of Dubai World Corporation?

402
403



HS

A. It depends really on which year you're talking about. That is -- we're evaluating it.

Q. Well, as chairman of -- I'm sorry.

A. It doesn't mean anything what I say the value of the company, it's what the accountants, what the value of the market says basically.

So I don't know at this current moment how much is a value, because we have some of them are public and I would have no knowledge whether our share is up or down that I can evaluate it. We own shares in companies also like MGM and I don't know today, there's no way of me knowing how much is the share up or down and that depends on it.

Q. So your testimony is that right this moment you don't know the value --

A. Absolutely.

Q. -- of the assets of Dubai World Corporation?

A. I cannot precisely know how much it is. And I cannot guess also.

Q. As chairman of Dubai World Corporation, it's part of your responsibilities to understand the value of the assets of Dubai World Corporation, correct?

A. Yes, but in public companies, which are some of them are public, it is difficult to know the value. The market dictates, not me.

402
403



e4355396-d0d9-48ea-805c-122768f4edbc

Q. Right. So is there at any time during your chairmanship that you understand the value of Dubai World Corporation?
A. Of course, yes.
Q. When was the last time you understood the value of the assets of Dubai World Corporation?
A. I think we can come to you with documents if you want later. We can show you documents that show how much the value may be. You tell us which year you want to know the value, we'll be happy to supply you with information that shows you which year, what the value of the company.
Q. Would you prefer to do it that way?
A. I'll give you precise information. Because I'm under oath here to you and I need to give you correct information. We're not guessing here.
So I want -- my duty to give you correct information. I will promise you supply you that. After the meeting or during the meeting if you want to you can call and we'll get you a list or is it accounts or value of the company which will help you.
Q. Thank you. I'll move on then.
A. Okay.
Q. Who is Abdul Gadar?
A. He is our internal auditor.



COURT REPORTER: He's a?
THE WITNESS: The internal auditor.
BY MR. HESS:
Q. And he is employed by Dubai World Corporation?
A. Yes.
Q. Who is Hamed Kazim?
A. He was our previous CFO.
Q. And when did he become a previous CFO?
A. When did Hamed leave? I'm not good with dates, but I would assume three years ago.
Q. What does he do now?
A. I'm not aware.
Q. And of course you know who Jim Miller is?
A. Yes.
Q. Who is Jim Miller?
A. Jim Miller worked for me in various businesses as an assistant when we travel organizing meetings and travel arrangements. That's when the times he worked for me.
Q. And during what period of time did he work for you?
A. The number. He left the company a few months ago. He started, I think something like five years ago, four, five years ago.



Q. And you said he left the company a few months ago?
A. Yeah.
Q. And under what circumstances did he leave the company?
A. He just decided he wanted to leave.
Q. He performed many functions, he had many responsibilities in terms of being an assistant to you, correct?
A. Yes.
Q. And he engaged -- and you met with him and he had access to you on a frequent basis, correct?
A. Yes.
Q. And you had many discussions with him regarding Mr. Jaubert and Seahorse Submarines International, Inc., correct?
A. Yes.
Q. And during the period of time from 2004 until 2007 you continued to -- you had these discussions about Mr. Jaubert and Seahorse Submarines International, Inc. and Exomos, correct?
A. Yes.
Q. And, in fact, he relayed your advice and wishes to Mr. Jaubert at least in 2004, correct?
MR. URQUHART: Objection, vague and



ambiguous.
THE WITNESS: What do you mean? Can you explain?
BY MR. HESS:
Q. He operated as your liaison, as your agent between you and Mr. Jaubert in 2004.
A. He did liaise in the capacity of I wanted him to be in the factory to basically -- well, Jim Miller is actually the one who found the company, who found Seahorse. And so, naturally, when I needed to know information, I'll ask Jim to get the information.
Q. And you authorized him to convey information from you to Mr. Jaubert, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: Jim Miller, if I asked for information, he'll give me feedback. Jim Miller had no authority to instruct or basically commit the company financially. If that's what you're asking.
BY MR. HESS:
Q. Well, did he have the authorization to convey to Mr. Jaubert in September of 2004 that you were genuinely excited about the continuing breakthroughs in the acquisition of Mr. Jaubert and

Seahorse Submarines International, Inc.'s assets?
A. Can you ask me again?
Q. Sure.
Did he have the authority to convey in September of 2004 to Mr. Jaubert that you were genuinely excited about the continuing breakthroughs in terms of the acquisition of the Seahorse Submarine International, Inc. assets?
A. What do you mean "continuing breakthrough"? I don't understand that.
Q. Well, the acquisition --
A. No, no, you said the breakthrough. I don't understand what you mean by breakthrough.
Q. Did he have the authority to convey to Mr. Jaubert your interest in acquiring the technology of Mr. Jaubert?
A. We did visit Mr. Jaubert to see the factory. And then we invited Mr. Jaubert to come to Dubai to see the boat show. And after that we were interested in developing these submarines production in Dubai. During that time Jim was the contact person with Jaubert. If that's what you asked.
Q. So he was appointed by you to be the contact person with Mr. Jaubert in terms of the -- this pursuing the submersible business, correct?



A. Correct.
Q. And, in fact, you told Mr. Jaubert that he should be discussing these matters with Mr. Miller when you met with Mr. Jaubert, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: Can you repeat?
BY MR. HESS:
Q. Sure.
In fact, when you met with Mr. -- because you're a busy man, correct? Right?
A. Yes.
Q. You're always moving, right?
A. Absolutely, yes.
Q. You're flying to New York. You're flying to London. You're back to Dubai. You're flying back to New York today, right?
A. Yes.
Q. So you don't have the time to spend, the day-to-day time to acquire a business or do the due diligence in acquiring a business, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: Due diligence is done by the group. There are people -- I don't do the due



diligence. Show me one chairman of a company that does the due diligence personally.
So you're asking me a multitude of questions and please can ask me one by one so I answer you.
MR. HESS: Sure. Happy to.
THE WITNESS: Because I'm happy to answer you any questions, but the only thing I want to make sure that I understand it and I get you the right answer.
BY MR. HESS:
Q. And that's exactly what I want to have happen, too. Thank you. And I appreciate you saying that.
You appointed Mr. Miller as, as you put it, the contact person back in 2004 regarding the discussions with Mr. Jaubert, correct?
A. Yes.
Q. And what were those -- what was your understanding of those discussions?
A. The discussion was is to look at basically producing -- first of all, we wanted to buy one of the submarines, which we agreed when we came here. We agreed on looking at that.
But later on we discussed maybe producing



them in Dubai. And the contact person at that time was Jim Miller.
Q. And Mr. Miller reported back to you about his discussions with Mr. Jaubert?
A. He reported to me as well as Hamed Kazim, the CFO.
Q. And did you have discussions with Hamed Kazim?
A. We did discuss, yes.
Q. So Hamed Kazim told you then that he would like to see Mr. Jaubert as the chief executive officer of the new corporation that's going to be formed, which turned out to be Exomos, have a vested interest in the profit of the company, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: I don't understand the question.
BY MR. HESS:
Q. You had a discussion with Mr. -- you just brought it up. You said that you not only talked to Mr. Miller, but you also discussed the Seahorse Submarines International, Inc. and Mr. Jaubert's role in this submarine endeavor with Mr. Kazim, correct?
A. Yes.

HJ DW HJ DW Coll. obj. 402 403 402, 403 402 403 SJ



e4355396-d0d9-48ea-805c-122768f4edbc

Q. And Mr. Kazim discussed with you the concept of Mr. Jaubert sharing in the profits of the new venture, correct?
A. There was a discussion like that, yes.
Q. And that was back in 2004, right?
A. I think so. I'm not sure of the dates.
Q. You never told Mr. Jaubert ever -- you never told Mr. Jaubert that Mr. Miller was not authorized to discuss the -- let me withdraw that. Let me start that again.
Back in 2004, what's your recollection of how contact was made with Mr. Jaubert?
A. What was your question? I didn't understand the question.
Q. Back in 2004 -- let me ask you this.
When was it that you first became aware of Mr. Jaubert?
A. When we met him first.
Q. Before then Mr. Miller told you about him, correct?
A. Before that Mr. Miller, yes.
Q. So you became aware of him through Mr. Miller?
A. Absolutely.
Q. And that was in 2004?



A. I think so. I'm not sure.
Q. And it's true that one of the things that you were interested in is developing a tourist shallow water submarine, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: We were interested in buying a submarine that basically was at his factory.
BY MR. HESS:
Q. You were aware that Mr. Miller communicated with Mr. Jaubert back in, actually it was December of 2003 saying that Dubai World, or actually Dubai with its large, as he put it, the world's largest artificial reef has an immediate need of a shallow-water, tourist-style submarine, correct?
A. Yeah.
Q. And that's something you and Mr. Miller discussed, correct?
A. Mr. Miller, I ask him to find a supplier of submarine that we can use it for the tourists in Dubai.
Q. And what was the intention, when you said shallow water --
A. I really didn't tell him go shallow water or deep water, but I have no idea, no knowledge of submarines. Of course Mr. Jaubert is an expert in



that. We assumed when we met with him we assumed that he knows and he has the qualification to produce submarines. We've seen submarines with him.
Q. So your testimony is back in 2003 and 2004 when you -- was this your brain child, that was something you thought of, to have a tourist submarine capability in Dubai?
A. We are building Atlantis, which is just like the Bahamas. And we thought that a submarine would be attractive for the tourists. And we started looking for submarines.
Q. How deep is the water there where you intended to use it?
A. I'm not an expert.
Q. Was this your idea, though, the use of a tourist submarine?
A. Yes.
Q. So you just knew you wanted a tourist submarine, but you didn't really -- it's not -- you came up with the idea, the details were for someone else?
A. The details were for whoever was going to supply us basically.
Q. So you never knew that Mr. Miller communicated with Mr. Jaubert Dubai's immediate need



for a shallow-water, tourist-style submarine?
A. No. I am aware based -- I asked him to find somebody. And he communicated with Mr. Jaubert as well as with others maybe. I have no idea.
Q. Because I thought you said that you didn't say you wanted a shallow-water, tourist submarine. I thought you said that you just wanted a submarine --
A. A submarine. If he said shallow, I have never asked him shallow. I don't know what shallow is. What is shallow? Is that 10 meter, 5 meter, 20 meter? I don't know.
Q. You don't know?
A. Absolutely.
Q. Do you know why Mr. Miller would ask that?
A. I think we should ask him. I don't know. I don't know why.
Q. Where is Mr. Miller?
A. At this moment I'm not aware.
Q. I'm sorry?
A. At this moment I assume he's in California, but I don't know at this moment where he is.
Q. Do you know what he does for a profession?
A. After he left me? No. He's a photographer diver, that I know.
Q. Do you communicate with him?

HS

A. Sometimes I do, yes.
Q. And how do you communicate with him, by e-mail or --
A. By e-mail, by phone.
Q. Do you visit?
A. No, I haven't seen him.
He came to Dubai to collect his, I think to take his, whatever he had in Dubai in his villa and left. And I did meet him for lunch, I think.
Q. I mean, you developed a friendship, correct?
A. Yeah, yeah, I know him for a long time.
Q. Do you have any idea of the expense that was incurred for Mr. Miller to rent his vehicle while he was employed by Dubai World?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: I have no idea.
I don't remember.
BY MR. HESS:
Q. Did you ever know?
A. No.
Q. You did understand my question, correct?
A. You're asking me if I'm understanding that did I know how much it's costing Mr. Miller to rent a vehicle in Dubai, right?

402
403



HS

Q. Rent or lease or have a vehicle in Dubai.
A. I have no idea. I have no idea.
Q. Do you have any idea whether or not it was Dubai World Corporation that paid for Mr. Miller's vehicle?
MR. URQUHART: Objection, vague and ambiguous.
BY MR. HESS:
Q. Do you understand what I mean?
A. No.
Q. Do you have any idea if -- Mr. Miller worked for Dubai World Corporation, correct?
A. Yes. Yes.
Q. During the period of time that he worked for Dubai World Corporation he lived in Dubai, correct?
A. Yes. Yes.
Q. During the period of time that he lived in Dubai he had a vehicle, correct?
A. Yes, he has.
Q. Because in order to get to Dubai World Corporation's corporate offices, it's a drive from downtown Dubai, isn't it?
A. What's your question for me?
Q. That was my question.
A. What is the question? Is it a drive or -- I

402
403



HS

don't understand.
Q. That it's a drive, it's a significant drive.
A. So you're asking me if it's a drive for him, he can't walk to the office you mean?
Q. Yes.
A. Yes, he can't walk. He has to use a car.
Q. So he had to have a car there, correct, in order to be able to transport his body from his house to Dubai World Corporation, correct?
A. Unless you have another suggestion, I'm interested. If there's a new technology to take him by e-mail, I would love to -- save a lot of money.
Q. I guess if there's a new technology --
(Multiple persons speaking at once.)
BY MR. HESS:
Q. Again, I'm happy to hear about that new technology.
A. No, from you I am, because I don't know.
Q. I thought you knew.
A. You asked the question. You brought the idea.
Q. So he needed a car, right? Or some transportation vehicle, correct?
A. Everyone needs a car, I think, to go to work.

402
403



HS

Q. Well, I don't -- I didn't really want to engage in this long questioning, but if we need to narrow it down.
It's true that you have been to New York, correct?
A. Yes.
Q. Many times, right?
A. Yes.
Q. Everyone in New York -- most people in New York do not have a vehicle, correct?
A. I don't know.
Q. Really? You have no idea?
A. No, I have no idea. I have no idea that nobody has a car in New York, I have no idea, to answer you.
Q. Mr. Miller had a car, had a vehicle, correct?
A. Yes.
Q. It was supplied by Dubai World Corporation, correct?
A. People who work for Dubai World have a transportation allowance. The allowance is, whether it is paid, some people get it as a monetary and says, I get X dollars a month added to my salary and I get my own car or take a company car.

402
403



e4355396-d0d9-48ea-805c-122768f4edbc

Now I am not aware whether Mr. Miller exercised his option for an allowance and added to his salary and bought himself a car, or whether he said I want a company car. That part of it I'm not aware. We are paying for his transportation, but in which manner, I do not know.
Q. And you already testified, regardless of the manner that Dubai World Corporation paid for his vehicle, you don't know how much that was, correct?
A. No. No.
Q. During March of 2004 Mr. Jaubert travelled to Dubai, correct, to meet with you?
A. I don't remember the dates. I know he travelled to Dubai to see the boat race, but I don't know the exact date.
Q. Do you have any recollection of the discussion you had with Mr. Jaubert?
A. No. I know he'd seen the boat show and he visited, but I don't remember really specific discussions.
Q. So you don't recall any discussions Mr. Jaubert had with you regarding the relationship that was sought to have between Dubai World Corporation and himself regarding these submersible vessels?
A. He might have discussed it with Jim Miller



some of these discussions, but I don't remember really. We talked about acquiring a submarine from him.
Q. That's all you remember?
A. That's what I remember.
Q. Did you take any notes of your meeting with Mr. Jaubert?
A. No.
Q. Do you remember how many conversations you had when he traveled to Dubai?
A. No.
Q. Were you present while Mr. Miller was discussing that matter with Mr. Jaubert back in 2004 when he visited Dubai?
A. I don't remember.
Q. And that, in fact, was the first time that you had ever met Mr. Jaubert?
A. No. The first time I met him here.
Q. When was it that you met with him here?
A. Sorry?
Q. When was it that you met with him here?
A. I don't remember the dates. I know we came to Florida first time to meet him.
Q. Could it have been on December 16th of 2003?
A. I don't remember.
Q. Is that in general that you just don't



remember dates, or is that just about this?
A. No. No. No. I don't have memory of dates.
Q. I just wanted to know. I just wanted to understand.
So you had met with Mr. Jaubert in Stuart, Florida, correct? Prior to inviting --
A. In his factory here, in his workshop.
Q. You don't recall the name of the city?
A. I don't recall the city. I recall Seahorse Submarines yard.
Q. How did that meeting come about?
What was the plan?
Did Mr. Miller tell you, we found a purveyor for submarines, we found an engineer, we found a -- how did it come about that you, as the chairman of Dubai World Corporation, took time in your busy schedule to fly from Dubai to meet with Mr. Jaubert in Stuart, Florida?
A. Okay. Now ask me one question at a time. Because it's like three, four questions. One question.
Q. How did it come about? How did you consider and decide to take your valuable time --
A. What do you mean how did I decide? I don't understand.
Q. Why would you go? Who asked you to go? Why



would you go? What was your --
A. Motive for coming?
Q. Yes.
A. I remember, I think I mentioned, that I asked Jim to find a supplier, I asked him to find a supplier for submarines. Jim told me that there is Seahorse Submarines he'd like me to see and that when I'm in the States it's a good time to look at it.
Q. So you were already here?
A. We chose a time when I'm going to be here. We had something here, I don't remember what.
Q. And you were impressed by Mr. Jaubert?
A. Well, we saw the submarines. We met Mr. Jaubert. He seemed to understand his business.
Q. But you wouldn't know because, as you testified, you don't have any knowledge of --
A. No.
Q. -- the specifics of submarines, correct?
A. I don't.
Q. I'm just going to remind you again, 'cause your counsel is going to remind, I think, I know it's unnatural in terms of discussion, but the court reporter is going to lose her hands if you keep on making her type two conversations at one time. So if you would just try to let me finish my questions.



e4355396-d0d9-48ea-805c-122768f4edbc

A. Please. Please.
Q. My question was: You were impressed by Mr. Jaubert when you met with him that first time?
A. We were impressed with what we've seen.
Q. I'm sorry, you were impressed?
A. With what we have seen, a submarine and the website we've seen also before we came.
Q. What did you see when you came to Stuart?
A. We saw, if I recollect very well, two submarines or three. One of them was a wet submarine they call it, and another submarine for three or four people, I remember. And another one also. So we saw three submarines.
Q. And you have a distinct recollection of that meeting?
A. I remember what I saw.
Q. And did you always know the distinction between a wet submarine and a dry submarine?
A. No, I have no idea. He told us, this is a wet submarine.
Q. And what is your understanding of the difference between a wet and dry submarine --
A. When I asked him what's a wet submarine, he said, it means if you dive with it, you'll be in the water. And so that's what we understood that.



Q. And you dive, correct? You scuba dive?
A. Yes.
Q. How long did you spend with Mr. Jaubert on that first visit?
A. An hour maybe, two.
Q. Do you know? I mean, is that --
A. Exactly I don't remember.
Q. Could have been one hour, could have been two hours?
A. One or two hours.
Q. Could have been more?
A. I doubt.
Q. And at the end of that meet -- and Mr. Miller was with you, correct?
A. He was.
Q. Did he typically travel with you?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: You mean --
BY MR. HESS:
Q. Did you understand my question?
A. No.
Q. When you traveled on business, did Mr. Miller accompany you?
A. Sometimes.



Q. Would you characterize his accompanying you for this trip to Stuart in December of 2003 as unusual or typical?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: What do you want to know?
BY MR. HESS:
Q. Was there a reason that Mr. Miller was traveling with you to go to meet Mr. Jaubert?
A. Because Mr. Miller was going to show me. I didn't know Mr. Jaubert. I didn't know the location. And he had all the background information that he made. So, naturally, he came with me for that visit.
Q. Mr. Miller was the point man, do you understand what that means? The point man, the contact person, right?
A. At that time, yes.
Q. He had the responsibility of serving your desire to get Dubai a submarine, right?
A. He was the person whom I asked to find submarines.
Q. And so he had that responsibility?
A. At that time.
Q. Did that change?
A. We didn't ask him to find other submarine



after that.
Q. Now, in terms of your contact with Mr. Jaubert, what transpired next after the -- let me withdraw that.
Did that meeting in 2003, that first meeting with Mr. Jaubert, what was the result of that? Was there a submarine purchased or --
A. We were interested in buying one submarine, yes.
Q. And was that discussed with Mr. Jaubert?
A. We initiated the discussion when we were there.
Q. And when you said "we," did you mean --
A. Me and Jim Miller initiated the discussion. And we agreed that in Dubai we will, you know, if -- we'll decide.
Q. What was the discussion that you initiated, do you recall?
A. The fact that I wasn't -- we wanted one submarine that was ready. And Mr. Jaubert said the only one ready is the wet submarine. And I mentioned that I don't think it would be useful for people to go in a wet submarine. And Mr. Jaubert said he can make the dry submarine. He can adapt it or make changes in it to make it a dry submarine.

DW

Q. So his discussion with you was that he was going to adapt or change the wet submarine and turn it into a dry submarine?
A. Yes.
Q. And that met with your approval?
A. That was the condition that we said if we will buy it, it has to be a dry one.
Q. So you went back to Dubai after the meeting?
A. Yes.

HS

Q. What was your next communication with Mr. Jaubert?
A. I don't remember. I think Jim and probably Hamed at that time were discussing the purchase of the converted submarine.
Q. And were you included in those discussions?
A. No, not that much. I was asking what's happening, update, but I wasn't really following every detail.

None

DW

Q. So those duties were delegated by you, correct? The purchase of that submarine?
A. There's a process. When they buy, they have to go through a process.
Q. What do you mean by that?
A. A process I mean when we're going to buy something they -- before they pay him, they got to do



DW

some documentation, which I wasn't involved in it.
Q. What does that mean?
A. It's basically, I guess, when you buy something there should be an offer and there should be conditions why would we accept the product, but I wasn't party to that.
Q. Your role in it was you told Kazim and Mr. Miller that you wanted a dry submarine and you delegated the acquisition of that submarine to those two individuals?
A. Yes.
Q. Did they report back to you about the pricing or the discussions that they were having with Mr. Jaubert?
A. I think they were drawing contracts of the purchase. So they mentioned to me, yes, we're looking at the contract, processing the contract.
Q. Now, what was your role in the authorization of the contract? Did you have the -- was it up to you to authorize or decline that transaction?
A. Yes.
Q. Did you ever authorize it?
A. Well, when we -- when the contract was drawn and the price was agreed, after negotiation, I approved it.



HS

Q. But, again, it was never at any time part of your participation to understand the technical aspects of the submersibles?
MR. URQUHART: Would you read that question back?
THE WITNESS: Can you ask me again?
MR. URQUHART: For both of us, I guess.
(A portion of the record was read by the reporter.)
THE WITNESS: I don't understand the question.
BY MR. HESS:
Q. You never -- you were never -- your role in the process of acquiring the submarines, at no time did you become an expert in submarines, correct?
A. No, I'm not.
Q. And, in fact, at no time did you become -- you're aware more about submarines now than you were, than you were in 2003, correct?
A. I still don't understand submarine that much.
Q. So we already talked about you went to -- you invited Mr. Jaubert to Dubai in 2004, correct, in March?
A. I don't remember the dates.

None



HS

Q. But there was a time --
A. I remember he visited for the first time for the boat show. I don't remember exact dates.
Q. There was a second meeting that -- well, a third meeting that you had with Mr. Jaubert, correct?
A. A third meeting?
Q. A third meeting in Stuart, Florida.
A. I don't remember really. I don't remember I -- I remember I came once to his factory. I do not recall coming again. I could be wrong, but I don't -- I have no memory. I don't recall coming a third time -- a second time to the factory, I don't recall that.
Q. So you don't recall in June of --
A. I --
Q. -- 2000.
If I may?
A. Go ahead. Sorry.
Q. It's going to hurt the court reporter.
A. Sorry about that.
Q. Her hands are just on fire right now, I can just see them.
We're going to have to throw some water on there pretty soon.
You don't recall traveling with Hamed Kazim

None



e4355396-d0d9-48ea-805c-122768f4edbc