-HS

57

and Jim Miller in June of 2004 to meet again with Mr. Jaubert in Stuart, Florida?

A. My memory doesn't serve me, no. Could have happened, but I don't recollect.

Q. So then, obviously, you don't remember any discussions that transpired?

A. No, because I don't remember really going the second time.

Q. Does that mean you didn't go?

A. I don't remember.

Q. Is it that you meet so many people and travel so often that it's difficult sometimes to remember back those events?

A. Sometimes I don't remember.

Q. You carry the same passport that you carried in 2004?

A. 2004? Probably it expired.

Q. So you don't carry the same one?

A. No, I mean, the number, the same passport just the numbers must have changed.

Q. So the stamp, you wouldn't have that passport anymore with the stamp to refresh your memory?

A. I don't have that.

Q. So then you don't remember any of the conversations you had with Mr. Jaubert in June of 2004

402, 403 (15-25)

-HS

58

about developing a profit sharing venture that contemplated the design and manufacture of submarines in Dubai?

A. I don't remember participating -- I don't remember discussing like that here.

Q. When you say "here," in Florida?

A. In Florida. A second time with the visit with Hamed and him, that I don't remember.

I remember there was a discussion about profit sharing in Dubai. That was one of the things that Hamed mentioned to me.

Q. So you remember that Hamed Kazim discussed with you a profit sharing arrangement between Dubai World Corporation and Mr. Jaubert, correct?

MR. URQUHART: Objection, vague and ambiguous.

BY MR. HESS:

Q. Is that what you just said? Pardon me, but I had a hard time understanding.

MR. URQUHART: Could you read it back, please.

(A portion of the record was read by the reporter.)

BY MR. HESS:

Q. One thing I neglected to say in my beginning

402 403 SJ

-HS

59

dialogue with you. Any time you want to take a break for whatever reason, just let me know and I'll be happy to accommodate you.

A. No, no, let's use the time.

Q. Do you recall anything in detail about your discussions in that regard regarding the profit sharing arrangement?

A. Hamed did mention to me the relation with Jaubert. And one of them was profit sharing. Detail of how much I don't remember discussing that.

Q. Now, is it that you don't remember how much was discussed or you didn't discuss it?

A. There was a discussion, but I don't remember really percentage, I don't remember what relation that's going to be.

Q. Did you have a -- but you have no recollection of any discussion you had with Mr. Jaubert in that regard?

A. No.

Q. Did you have a discussion, or do you have -- let me rephrase that.

Do you have a recollection of having a discussion about the financing of this new enterprise to construct and design submarines in Dubai?

A. Ask me again, please.

402 403 SJ

-HS

60

Q. Do you have a recollection of a discussion with Hamed Kazim, Jim Miller, Mr. Jaubert, anyone, about the amount of money that you intended to utilize in developing this enterprise in Dubai to construct and develop submarines?

A. I remember discussing with Hamed, because he's the finance person. I don't remember really the amount. I think probably it relate to the first submarine acquisition, which is the conversion one, the conversion to dry.

There was discussion about shipping it, bringing it to Dubai. There was a discussion about the premises, but I don't remember how much. The detail to be done by Hamed in discussion with Jaubert.

Q. And there was a discussion with Mr. Jaubert?

A. With Hamed.

Q. With Hamed.

A. Hamed does the discussion.

Q. And the reason you know that is because Hamed Kazim reported to you about that?

A. Hamed reports anything to do with finance that relate -- that concerns me, he would come to me about it. So as the CFO he would have discussed this with me, I'm sure.

Q. And he was the CFO of Dubai World

402 403 SJ

e4355396-d0d9-48ea-805c-122768f4edbc

HS

Corporation?
A. Yes.
Q. Now, there were two components to your relationship with Mr. -- well, with Dubai World Corporation's relationship with Mr. Jaubert. And correct me if I'm wrong. The first was the acquisition of already-constructed or partially-constructed submarines, right?
A. And the second one? I'm sorry.
Q. Well, that was the first one, right?
A. Okay. No, you said you have two questions.
Q. I do, but --
A. I want to answer you --
MR. URQUHART: Objection, compound.
THE WITNESS: I need to answer you correctly and to save her not to type twice, as you would so support that.
BY MR. HESS:
Q. Let me ask you. Were there two different components of the relationship between Dubai World Corporation and Mr. Jaubert and Seahorse Submarines International, Inc.?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: I don't understand.

402 403 SJ

HS

BY MR. HESS:
Q. Dubai World Corporation desired to purchase --
A. Yes.
Q. -- constructed or partially-constructed submarines from Mr. Jaubert and or Seahorse Submarines Inc., correct?
A. Yes.
Q. And Dubai World Corporation desired to utilize Mr. Jaubert's -- utilize Mr. Jaubert to develop in Dubai a world-class submarine manufacturing and developing enterprise.
MR. URQUHART: Objection, vague and ambiguous.
BY MR. HESS:
Q. Right?
A. Rephrase the last one.
Q. You wanted to bring Mr. Jaubert to Dubai to build a factory to design and manufacture submarines.
A. It started with the purchase of the submarine. And then it evolved into making them there. Based on also his visits to Dubai to the boat show and based on his, again, as a manufacturer, engineer, naval engineer, we relied on his knowledge. And I think that it eventually evolved from just buying into also going

DW HS DW

402 403 SJ

DW

into business, into basically building it in Dubai.
Q. So -- and was that also your brain child? Was that also your concept?
A. No. It wasn't my concept, but when they bought the first one and discussed, you know, during, I guess, the discussion with Hamed and Jim that it could make more sense to make them in Dubai because of the cost of building in Dubai.
Q. When you said when "they" bought, who do you mean by "they"?
A. When Dubai World bought.
Q. When Dubai World bought?
A. "They" meaning Hamed and Jim involved in negotiation with Jaubert.
Q. But Hamed and Jim, they were Dubai World, correct?
A. Yeah, absolutely.
Q. Now, the reason that it's -- well, I'll ask you.
When you said because of the -- what was the benefit of building, of having a manufacturing facility in Dubai World -- in Dubai?
A. I guess when Jaubert visited the boat show and he saw the number of people coming to the boat show and the transactions and the market available in Dubai,

DW

it seemed to Jaubert and to us that it could be an attractive thing to do.
Q. I think you mentioned also that there was a kind of a -- well, not kind of -- a cost benefit of conducting that kind of manufacturing in Dubai, correct?
A. That was, again, a mutual understanding that I think also Jaubert shared with Hamed. So they were discussing, oh, could be done here, could be done cheaper or could be produced faster to the market.
Q. Did you have any understanding of those discussions ever?
A. No. I know that Hamed mentioned to me that this could be also an idea.
Q. What did he mention to you? Any details at all?
A. No, whatever I just told you.
Q. So he didn't talk about the relative inexpense of the labor force; did he discuss that?
A. He discussed it could be attractive to do in Dubai, but how attractive, I didn't go into details.
Q. So he never discussed with you that aspect of the financial attractiveness in Dubai?
A. We didn't discuss in details, no.
Q. So that discussion that you had with Hamed

HS

None

e4355396-d0d9-48ea-805c-122768f4edbc

Kazim about the attractiveness of -- was it just one discussion?
A. I think after the first purchase of the submarine the discussion happened after that. Now whether it is once or twice, I really don't remember.
Q. And where did these discussions occur? Are they in your office --
A. In Hamed's office, yes, in our office.
Q. And they just, they seem so general. Were they just in minutes of duration these discussions? A few minutes?
A. I don't remember. I mean, we talk business when we are in the office. So Hamed came up and said by the way, we are going to buy this submarine, we spoke to Jaubert, you know, so that's good. And we talking about those and maybe studying the idea of setting up maybe manufacturing or production facility.
Q. Is that the same time that Mr. Kazim talked to you about the profit sharing between Mr. Jaubert and Dubai World Corporation?
A. I think that was something that he discussed with Jaubert as, you know, how the relation could be.
Q. Right. But is that the same time that Mr. Kazim apprised you of that?
A. I don't remember.

Q. Do you remember how many conversations you had about this concept of --
A. Maybe two, three times, I don't remember.
Q. If I could finish, please.
A. Sorry.
Q. That's okay.
Do you remember how many conversations you had with Hamed Kazim about this concept of developing a manufacturing facility in Dubai to build submarines?
A. I don't remember.
Q. Did you ever -- and do you recall the amount of the investment that was contemplated to develop this manufacturing facility in Dubai?
MR. URQUHART: Objection, vague, ambiguous.
THE WITNESS: I don't remember.
BY MR. HESS:
Q. You don't remember?
A. Exact figures I don't remember.
Q. Do you have any idea? I mean, was it 20 million dollars?
A. I have no idea.
Q. So it could be anything from a dollar to --
A. Two billion.
Q. -- to 2 billion?
A. I don't know.

Q. Okay.
Now, is it your philosophy in business to, when Dubai World Corporation engages itself in an enterprise to fully resource that enterprise?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: I don't understand the question.
BY MR. HESS:
Q. Does Dubai World Corporation go into its various enterprises without resourcing them adequately to be successful?
MR. URQUHART: Same objection.
THE WITNESS: I don't understand.
BY MR. HESS:
Q. What's the last big enterprise that you were involved in on behalf of Dubai World Corporation?
A. I don't remember.
Q. You don't remember?
A. No.
Q. What's the last purchase that Dubai World Corporation made that you were involved in?
A. Dubai Ports.
Q. What was that?
A. Dubai Ports.

Q. And what did they do with Dubai boats?
A. Ports not boats.
Q. Dubai what?
A. Ports.
Q. Ports. Okay. What did they do with Dubai Ports?
A. We own and manage ports around the world.
Q. And you made a huge investment in terms of dollars, in terms of money -- not talking about dollars -- in terms of money to facilitate that management capability, correct?
A. Sorry?
MR. URQUHART: Objection.
BY MR. HESS:
Q. To facilitate that management capability.
A. The question is?
Q. You made a huge investment, monetary investment to ensure that Dubai World Corporation would be successful in that regard, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: I don't understand the question.
BY MR. HESS:
Q. Did you invest any money in the port

69

management business?
A. Of course.
MR. URQUHART: Objection.
BY MR. HESS:
Q. So -- and you don't understand when I ask you --
A. No.
Q. I --
A. No, I don't understand.
Q. I didn't ask you yet.
A. No, you asked me about the question that you asked before, right.
Q. And you don't know that it takes money to develop a business.
MR. URQUHART: Objection, vague and ambiguous.
BY MR. HESS:
Q. Does it take money to develop a business?
A. Of course.
Q. How much money did the development of this manufacturing capability of submarines in Dubai, how much money did that take?
A. I don't remember.
Q. So you don't remember -- okay.
MR. URQUHART: We've been going for an

70

hour-and-a-half now, could we take a break?
MR. HESS: Sure.
VIDEOGRAPHER: Stand by to go off media unit 1. Going off the record at 9:46 a.m.
(A recess was taken from 9:46 a.m. to 10:00 a.m.)
VIDEOGRAPHER: We are now back on media unit 1. The time on the record is 10:00 a.m.
BY MR. HESS:
Q. Mr. Bin Sulayem, when you -- there came a time when this manufacturing facility was constructed, correct, the submarine manufacturing facility in Dubai?
A. Can you repeat again?
Q. Did there come a time that Dubai World Corporation constructed a submarine manufacturing facility?
A. Other than this you mean?
Q. This one. Well, does Dubai have more than one -- did Dubai World ever --
A. I'm not -- sorry. Okay.
I keep forgetting her. Sorry.
Q. How could you forget her? Look at her. Her dress is so bright. It's good, don't get me wrong. I don't mean -- anyways.
Dubai World Corporation funded the

71

construction of a submarine manufacturing plant, correct?
A. Yes.
Q. And that was under the direction of Mr. Jaubert, correct?
A. Yes.
Q. Have you been to the facility?
A. Yes.
Q. It's big, right?
A. Yes.
Q. It's impressive, isn't it?
A. It's a big place, yes.
Q. Does it impress you?
A. It's very impressive.
Q. How long did it take to construct that facility?
A. There was an existing building, but could have been six to eight months. I'm not sure.
Q. Do you know when the construction began?
A. No. I don't remember.
Q. And you're not certain about six or eight months either, correct?
A. No, not certain.
Q. While that facility was being constructed, what was the nature of your involvement in that

72

facility?
A. I visited.
Q. Did you have any -- did you direct any -- what was your -- did you direct anything regarding the construction of that facility?
A. No.
Q. Who was the person in charge of the design of that facility?
A. Jaubert.
Q. Did he report to you?
A. Not to me directly, no.
Q. Who did he report to?
A. I think at one time to Hamed. At some time to Ahmed Butti later on.
Q. Did either of those people report to you?
A. They do report to me, yes.
Q. Did they report to you about the progress in the development of that facility?
A. When I asked them.
Q. Was it a facility -- was it of interest to you?
A. Of course it was, yes.
Q. Do you recall anything regarding the progress in the construction of that facility that was problematic or disturbing to you?

HS DW 402 403 None

e4355396-d0d9-48ea-805c-122768f4edbc

DW

A. Yes.
Q. What was that?
A. I think when the submarines started to leak.
Q. We'll talk about the submarines later, okay.

HS

A. Oh, you're not talking about the submarine.
Q. I'm talking about the facility itself, the design of the building and the construction of the building. That went very well, didn't it?
A. I have no issue with that myself.
Q. Which means that it went according to plan, correct?
MR. URQUHART: Objection, vague.
THE WITNESS: I haven't seen a plan that I could say, well, this one is according to plan.
BY MR. HESS:
Q. What do you mean by I had no issue regarding that?
A. Can you ask me the question?

DW

Q. Yeah, you just said, when I asked you, was there any problems in the construction of the facility --
A. I don't remember a problem with the construction of the facility.
Q. There were none, correct?
A. I don't remember any.

402
403

HS

MR. HESS: Could you read back his answer to the prior question.
(A portion of the record was read by the reporter.)
BY MR. HESS:
Q. When you said, "I have no issue with that myself," what does that mean?
A. What was the question before that?
Q. About the design, the construction of the building.
A. I didn't get involved in the design and construction of the building.
MR. HESS: Can I do this, because I think the only way I'm going to get this is could you read that whole question and then his answer and then I'll ask him, please. The one where he says I have no issue with that.
Mr. Sulayem, if you would listen to the court reporter on this.
(A portion of the record was read by the reporter.)
BY MR. HESS:
Q. You answered, "I have no issue with that myself," correct?
Did you hear your answer?

None

HS

A. I heard my answer.
Q. Was that a correct answer?
A. That's a correct answer that I have no issue with the construction, but you asked me whether according to plan and I haven't seen a plan to say, well, oh, it went to plan or defected the plan. That I have no idea.
Q. I understand.
A. I am only a spectator. I came, I saw, I look at the building, I say, that's nice, the facility, it's nice. But am I an expert in engineer? I'm not an engineer.
Q. You had no issue with the construction, correct?
A. As an average person, yes. Not as an engineer, because I'm not an engineer.
Q. Being an average person --
A. Yes.
Q. -- when you perceive the facility --
A. When I what?
Q. When you perceived, when you viewed the facility and you toured the facility in Dubai that was constructed by Dubai World Corporation to manufacture submarines --
A. Yes.

None

HS

Q. -- you perceived no inadequacies, correct?
A. It seemed to be okay.
Q. Was there ever an issue with you about the amount of time that it took to construct that facility?
A. I don't recollect. I don't remember.
Q. How much money did Dubai World Corporation invest in the construction of that facility?
A. Now, for example, it's like 30 million dollars invested in the facility.
Q. When you say "now," what do you mean by "now"?
A. The number I hear now from my accountants that it cost us to build or the facility there cost about 30 million dollars.
Q. Now you hear that. What did you hear when you were a witness to the construction of the facility?
A. You know, there were a few numbers. I don't remember the exact numbers that had been given.
Q. What were the few numbers?
A. I don't remember. I remember the accumulation of the money so far in the construction. I don't remember in the first year how much you spent, second. If you want that, we will be able to find it because we have the records to show you which year how much it was. Because I want to make sure everything I

None

e4355396-d0d9-48ea-805c-122768f4edbc

HS

77

give you correct.
Q. Thank you.
And you don't recall when the construction was completed?
A. I don't recall dates, no.
Q. It was completed before this year, correct? Before 2010?
A. Yeah, of course.
Q. It was completed before 2009, correct?
A. Yes.
Q. And it was completed before 2008, correct?
A. Yes.
Q. And it was completed before 2007, correct?
A. Yes.
Q. And it was completed before 2006, correct?
A. I don't remember months or years, to be honest with you. Could have been, if you ask me is it finished in 2003, '4, I don't remember, whether '3 or '4.
Q. But you know it wasn't completed -- you know it was completed before 2007, 2008 --
A. Yeah.
Q. -- 2009 --
A. That's right.
Q. -- 2010, correct?

None

HS

78

A. That's correct.
Q. And I have to remind you again, if you would, if you would just let me finish my question, because otherwise the court reporter is just going to quit on us.
A. Okay.
Q. So there were no additional investments in the construction of that facility during the years 2007, 2008, 2009 and 2010, correct?
A. I don't remember.
Q. Did you ever know?
A. No.
Q. Now, you stated that your accountants are telling you that it was 30 million dollars that was invested?
A. Thirty million dollars is what cost us to have that facility.
Q. Today?
A. Today. And I think these records we can give you the details of them.
Q. But you don't have any recollection or you don't have any knowledge about the components of that 30 million dollars, do you?
A. No. Personally, no.
Q. Do you still direct that facility? I mean,

None

HS

79

do you still have any input as to what that facility is utilized for?
A. No.
Q. Who does?
A. Drydocks.
Q. Do you know what it's being utilized for?
A. I have no idea. But we can get you information on it.
Anything that I don't remember in this or I don't recollect, we can get you the information, precise.
Q. Well, rather than go into it with you, I'm going to take you up on that.
A. Absolutely.
Q. I appreciate that. It will make our time here less.

None

DW

I happened to notice on your passport your occupation is listed as businessman?
A. Yeah.
Q. You have a business background, correct?
A. Yes.
Q. And you're well aware of the business practices in Dubai and the Emirates?
A. More or less.
Q. You're the chairman of Dubai World

DW

80

Corporation and is your testimony that you're just more or less aware of the business practices in Dubai and the Emirates?
A. I don't know every business practice in Dubai. However, I can supply you that.
Q. Now, would you agree that joint venture relationships and profit sharing relationships in Dubai are often done orally and with the shake of a hand?
A. No.
Q. You wouldn't agree with that?
A. No.

Withdrawn

HS

Q. I don't know if this is part of your knowledge regarding the manufacturing facility in Dubai that Mr. Jaubert constructed under his leadership, but are you aware that there was an ISO certification for excellence in manufacturing issued regarding that facility?
A. What's the question again?
Q. Are you aware that that facility, under Mr. Jaubert's leadership, received an ISO certification for excellence in manufacturing?
A. No.
Q. Do you know what that is?
A. I am aware of ISO certification.
Q. What is your understanding of it?

402
403
SJ

e4355396-d0d9-48ea-805c-122768f4edbc

HJ

A. It's in excellence, as you said.
Q. So you're not aware that in 2006 in Dubai that that plant received that certification for excellence in manufacturing?
A. I don't remember.
Q. You don't remember?
A. No, I don't remember.
Q. So you may have been aware at one time, but you just don't recall?
A. I don't remember someone told me that.
Q. You don't remember, I'm sorry?
A. I don't remember someone told me that. I don't remember that somebody, oh, by the way, we received ISO certification for excellence.
Q. So today is the first time that you're becoming aware of it?
A. Yes.
Q. Now, is that something that's impressive to you?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: What's that? Sorry.
BY MR. HESS:
Q. Is that impressive, is that a -- it certainly is a positive event, correct?

None

HJ

MR. URQUHART: Objection, vague.
BY MR. HESS:
Q. It's favorable, right?
A. What's your question to me?
Q. An ISO certification for excellence in manufacturing is an indication that the manufacturing facility is doing an extraordinary job in manufacturing, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: What's your question to me?
BY MR. HESS:
Q. That's it. I thought you said you understood what ISO certifications meant.
A. Yes, but I didn't understand your question.
Q. What does it mean to you that that facility had an ISO certification for excellence in manufacturing?
MR. URQUHART: Objection, assumes facts not in evidence.
THE WITNESS: I am not an expert. ISO, I assume it's a certification of quality, but I don't know the details or the criteria again that they base this on. I have no knowledge on that.

HJ

BY MR. HESS:
Q. And that's because you just, you weren't involved in that type of -- on that level with the Dubai World participation in that facility?
A. No. I do not understand on what criteria they give the excellence. I have never received it.
Can I ask you a question?
Q. Sure.
A. Is that certification, which I'm not aware of, on the building or on the product?
Q. Do you know?
A. I don't know. I'm just asking because you are the one that told me. I don't know.
MR. MULLINS: I guess I have to say for basic practice that the witness refrain from asking questions.
THE WITNESS: Okay, sorry.
BY MR. HESS:
DW Q. Now, you are aware that Mr. Miller -- we touched upon it earlier -- but you're aware that Mr. Miller and Hamed Kazim discussed with Mr. Jaubert this concept of a joint venture profit sharing relationship, correct?
A. They mention to me they discuss it, yes.
Q. But other than mentioning it, you don't have

402 403 SJ

withdrawn

DW

any details about percentages or numbers?
A. No. No.

W

HJ Q. What else other than the design and manufacture of submarines did that facility do during Mr. Jaubert's tenure?
A. I remember submarines.
Q. That's all?
A. Could be boats also.
Q. Do you know?
A. Boats. I've seen boats there.
Q. So submarines and it also constructed boats?
A. Boats.
Q. And you have a yacht, correct?
A. Yes.
Q. So you know boats, right?
A. Yes.
MR. URQUHART: Objection, vague and ambiguous.
BY MR. HESS:
DW Q. So you're aware that that facility, during Mr. Jaubert's tenure, manufactured -- did it also -- manufactured boats, correct?
A. Yes.
Q. And did it also design boats?
A. Yes.

402 403 SJ

DW

Q. And that was with Mr. Jaubert?
A. Yes.
Q. Did he discuss with you the design of these boats?
A. Yes.
Q. And can you give me some examples of some of the boats that he designed and constructed?
A. We discussed in one of the visits the opportunity you see in the boat show that there could be boats, people are buying boats and maybe as a diver certification this could be an idea to produce a fast boat or something that is unique.
Q. So you discussed with Mr. Jaubert the concept of developing, as an example, this fast boat, right?
A. Yes.
Q. That was in addition to the development and the manufacture of submarines, correct?
A. Yes.
Q. And Mr. Jaubert did engage in the design and construction of these fast boats, correct?
A. Yes.
Q. And that was with your approval, right?
A. Mr. Jaubert said he's a naval architect, he can do this and he would start designing.

DW

Q. I think you characterized Mr. Jaubert as a naval architect.
A. Yes, that's what he told me.
Q. He told you he was a naval architect?
A. (Witness nods head.)
Q. And did you --
A. And designer.
Q. A naval engineer -- let me withdraw that. Let me ask you this question.
Is there a distinction in your mind between a naval engineer and a naval architect?
A. There must be. I do not remember, but I remember at one time he said an engineer and also as a designer or architect, because he draws. So I assumed that.
Q. So you assumed that he was a naval architect?
A. He told me he's a naval architect.
Q. So he told you specifically he was a naval --
A. Yes, yes.
Q. And you remember that?
A. Yeah.
HJ Q. You remember that detail?
A. I remember -- not details, I didn't see

HJ

certificates, but he says he designs boats and he designs -- he can design boats and he can design submarines.
DW Q. So he told you that he can design boats and design submarines?
A. Yes.
Q. That's what he told you, that's what you remember?
A. Oh, yes, yes.
Q. Do you remember anything else that he told you in that regard?
A. No.
Q. So during all the conversations you had with Mr. Jaubert regarding his capacity to and his credentials to design boats and submarines, you remember that he told you that he could design submarines and he can design boats?
A. Yes.
HJ Q. Now, you have a passion for boating, correct?
A. Yes.
Q. And you enjoyed the opportunity to have Mr. Jaubert develop these fast boats, correct?
A. What's your question?
Q. That was it. You enjoyed -- you have a

402
403

HJ

passion for boating and you enjoyed the opportunity that Mr. Jaubert's development of these fast boats brought.
A. My joy for boats or passion has nothing to do with the boat production that Mr. Jaubert had with us. These are totally unrelated things.
Q. So with your knowledge, Mr. Jaubert engaged in not only building and designing submarines, but building and designing boats?
A. Yes.
Q. And the example you gave is this fast boat?
A. Yes.
Q. What was the fast boat?
A. The one he produced.
Q. What was it?
Did you ever see it?
A. Yes.
Q. Did you ever ride in it?
A. Yes.
Q. It was a fast boat, right?
A. It was a fast boat, yes.
Q. Very fast boat, correct?
A. Yes.
Q. Would you say it's the fastest boat you've ever been on?

402
403

e4355396-d0d9-48ea-805c-122768f4edbc

HS

A. No. It is not.
Q. What was the uniqueness about that vessel?
MR. URQUHART: Objection, vague.
THE WITNESS: Which one?
BY MR. HESS:
Q. Was there a uniqueness about that fast boat?
A. It was a fast boat.
Q. Well, how much depth of water did it contemplate?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: Are you talking about the boat or submarine, because --
BY MR. HESS:
Q. Boat.
You know what draft means, correct?
A. Yes, yes.
Q. What was the draft on that fast boat?
A. I have no idea. I don't remember.
Q. How was that fast boat powered?
A. By jet engines.
Q. How many of those were constructed?
A. I think he finished one.
Q. How many times did you go out in it?
A. I took a customer from the boat show to the

402
403

HS

facility, I think, maybe twice.
Q. Would you agree that it reached speeds of 80 miles an hour?
A. We haven't reached that speed.
Q. So that boat never reached 80 miles an hour?
A. Not with me.
Q. So you don't know if it ever did?
A. No.
Q. Just not with you?
A. Not with me, yes.
Q. Did you operate that vessel?
A. No. It was very noisy actually.
Q. Now, since we're going to -- I'm going to digress just a bit and change the subject just for a moment.
You own a yacht, correct?
A. Yes.
Q. How big is that vessel?
A. Fifty meter.
Q. And do you utilize that in a corporate or a business capacity?
A. Pleasure.
Q. Do you ever utilize it in a business capacity?
A. What do you mean?

402
403

HS

Q. Do you have clients there? Do you meet with perspective clients?
A. Sometimes.
Q. Mr. Jaubert has been on your boat, correct?
A. Yes.
Q. And you're married, correct?
A. Yes.
Q. You have two wives?
A. Yes.
Q. And when you participate -- when you're on your yacht entertaining or otherwise, you employ women to participate on that vessel, correct?
MR. URQUHART: Objection. This has zero to do with anything in this lawsuit.
THE WITNESS: I'm not going to answer that.
MR. HESS: Are you telling him not to answer?
THE WITNESS: I'm saying I'm not going to answer that.
MR. HESS: Are you instructing him not to answer?
MR. URQUHART: Yes, unless you can tell me what the basis is.
MR. HESS: Because you've made an argument that Mr. Jaubert conducted himself

402
403

HS

inappropriately by alleging that he had an affair that was violative of Dubai law.
They're untrue, but you've alleged it. And you spent a lot of time in the deposition portraying him as such.
And if it's illegal in Dubai, under Dubai law to have an extramarital affair or associate with a woman other than his wives, then I'm entitled to go into it. It certainly is designed to lead to the discovery of admissible evidence. And you brought it up.
MR. URQUHART: There's a distinction. Very important distinction here. He was using company assets, company computers, working on company time. And this is his private boat and what he does on his private boat in his own time is his business and it's not yours.
MR. HESS: Except for the fact that he just said that he utilized his boat for business reasons.
MR. MULLINS: No, you asked him that and he said that --
MR. HESS: I'll go on.
VIDEOGRAPHER: I'd like to inform counsel there's five minutes left.

Coll.
402
403

e4355396-d0d9-48ea-805c-122768f4edbc

HJ

BY MR. HESS:

Q. During business enterprises on your boat --

A. Yes.

Q. -- you engage prostitutes, correct?

A. No.

Q. You never have done that?

A. No. Absolutely not.

And I will tell you one thing --

MR. MULLINS: You need to just answer his question especially in this area.

402
403

BY MR. HESS:

Q. Now, did you have something else to add?

A. No.

Q. You would agree, however, it's your understanding of the law in Dubai that it violates the law to have a relationship other than a relationship with a wife, correct?

A. I'm not going to answer that.

Q. Well, do you know?

A. I'm not going to answer that.

MR. HESS: Are you going to instruct him not to answer?

MR. URQUHART: I'm going to take a break and consult with my client. Thank you.

MR. HESS: Well, if you're going to consult

HJ

with him about anything other than some protection in terms of Fifth Amendment or otherwise, then it's inappropriate. It's in the middle of a question and I'm objecting to that.

MR. URQUHART: He said he's not answering, so that's --

MR. HESS: Are you instructing him not to answer?

MR. URQUHART: He's not answering.

MR. HESS: Are you instruct -- look, I want this on the record.

Coll.

Are you instructing him not to answer?

MR. URQUHART: Stop. Stop.

MR. HESS: Are you instructing him not to answer?

MR. URQUHART: Time out. Time out.

MR. HESS: No. Are you -- I'm taking -- when you take him out of this office, out of this court reporting office, are you instructing him not to answer?

MR. URQUHART: Go see the judge.

MR. HESS: I don't make those threats, you guys do.

(Mr. Urquhart, Mr. Dalton and the witness exited the deposition room at 10:31 a.m.)

HJ

MR. MULLINS: He's entitled to consult with the client based on any questions that may be deemed harassing or embarrassing.

MR. HESS: I don't have any problem -- I mean, Ed, I don't have any problem with you saying that, but you know what, that's what he needs to say. And this -- we can go off the record.

VIDEOGRAPHER: Stand by to go off media unit 1. Going off the record at 10:32 a.m.

Coll.

(A recess was taken from 10:32 a.m. to 10:38 a.m.)

VIDEOGRAPHER: We are now back on the media record. This is media unit number 2. And the time on the record is 10:38 a.m.

MR. HESS: Is the witness being instructed not to answer the question?

MR. URQUHART: Read the question back, please.

(A portion of the record was read by the reporter.)

THE WITNESS: I'm not a lawyer.

BY MR. HESS:

Q. So it's your testimony that you don't know -- well.

HJ

Is it against the law to murder a person in Dubai?

MR. URQUHART: You're just harassing the witness.

402
403

BY MR. HESS:

Q. Or do you need to be a lawyer to answer that question?

A. I guess that's against the law in any country to my understanding.

Q. But you don't know if it's against the law in Dubai to have a sexual relationship with a woman other than a wife?

A. Again, I'm not a lawyer. I'm not expert in the law to know that.

Q. Do you know -- I know you're not a lawyer --

A. Yes.

Q. -- and tell me if you need to be a lawyer to answer this question. I want you to be honest. Because you're being honest with me, correct?

A. Absolutely.

Q. Is prostitution legal in Dubai?

A. I don't know.

Q. And you know what I mean by prostitution, correct?

A. Yes.

e4355396-d0d9-48ea-805c-122768f4edbc

HS

Q. What is your understanding of prostitution?
A. Sex for money, I guess.
Q. And you don't know if that's illegal in Dubai?
A. I don't know.
Q. Who is Mohammed Ameen? Do you know him?
A. Hamed Ameen I think is -- yes, I know. He works in -- he did work in Exomos, I guess, as a PRO.
Q. Is it your testimony that he never supplied you with prostitutes?
A. Never.
Q. Would you agree that to engage in a non-marital relationship with a woman during your conduct of business would violate your responsibilities as the chairman of Dubai World Corporation?
A. I don't understand the question, sorry.
Q. When you're acting as the chairman of Dubai World Corporation or you're conducting business on behalf of Dubai World Corporation, do you believe that you can engage in extramarital affairs?
A. That's none of your business.
MR. URQUHART: You're just harassing the witness.
MR. HESS: Are you instructing him not to answer?

402
403

HS

MR. URQUHART: I am.
MR. HESS: Could you mark that also, please.
BY MR. HESS:
Q. How many times did Mr. Jaubert have an opportunity to be on your yacht?
A. Maybe once or twice, I don't remember.
Q. Do you remember any of the specifics about what transpired while he was on the yacht?
A. No.
Q. Do you remember any of the business that was conducted while he was on the yacht?
MR. URQUHART: Objection, assumes facts not in evidence.
THE WITNESS: No.
BY MR. HESS:
Q. Do you remember the Chinese delegation that was on your yacht?
A. I don't remember.
Q. Does that mean it didn't happen, or you just don't recall?
A. I don't remember.
Q. Did there come a time that Mr. Jaubert sent to you a correspondence regarding the -- let me start from scratch on that one. I'll withdraw that.
You are aware that Mr. Jaubert traveled to

402
403

HS

Dubai with two rifles, correct, or two weapons?
A. I'm not aware of that, no.
Q. You're not aware of that?
A. Prior to travel you mean?
Q. Travel to Dubai with weapons.
A. Am I aware that he intended to travel with weapons?
Q. Are you aware that Mr. Jaubert traveled to Dubai, when you initially engaged him to conduct this enterprise and develop this facility in Dubai --
A. Yes.
Q. -- are you aware that he brought weapons with him?
A. When he arrived, they confiscated weapons from him.

DW

Q. And you gave him a copy of your passport to help him get the clearance to bring those weapons through customs, correct?
A. No.
Q. You never gave him a copy of your passport?
A. He might have gotten a copy of my passport. But I just want to clarify, weapons are restricted items.

HS

Q. I'm listening.
A. No, I like to be face-to-face when I talk to

402
403

DW

you.
Q. Okay.
A. Weapons are restricted items. I don't remember any country you can travel with weapons without prior approval.
Then, carrying weapons needs a very strict permit, only law enforcement people are allowed.
When Mr. Jaubert arrived, he came to me and said, oh, they took my gun and I need it.
I told him, you can't use a gun or keep a gun in Dubai without permit. And so it kept, it was in the -- confiscated by the police.
Now, no one has authority in the police to tell them to release, because they cannot release a gun to anybody.
Q. Well, it was customs that maintained the weapons, correct?
A. It was the police.
Sir, when anything comes, customs inspects. To enforce or confiscate, it is the police. Customs have no authority, just like here almost like a police.
In Dubai the customs have scanners, they either find the drugs and they bring the police, who are in charge of drugs and weapon. And the intelligence, who are in charge of that. The police is

W

402
403
LPK

e4355396-d0d9-48ea-805c-122768f4edbc

underground in the airport and the guns are with the police not with the customs.

Q. Mr. Jaubert arrived and openly provided customs or the police, whoever it was, with the guns, a pistol and a rifle, correct?

A. I don't remember.

Q. You don't remember?

A. I remember weapons, I don't remember what are they.

Q. Let's forget for a moment what they are.

They didn't find the weapons; he gave them the weapons, correct?

A. I don't know the circumstances. All I know is Mr. Jaubert told me, I brought my guns and they took them from me. And I told him, it's not allowed.

Q. He traveled on the plane with a rifle and a gun, and a pistol, correct?

A. I don't know.

Q. You're not aware that the airline gave him special permission to do that?

A. I have no awareness of that.

Q. Does that mean it didn't happen or you don't know?

A. No, I'm not aware of it.

But regardless if the airlines give anybody

permits to carry a gun on board --

Q. I'm sorry, I didn't say carry, I said to have a weapon.

A. To have a weapon, regardless of that, customs will not allow it. I don't care who gives permit. Only the police in Dubai will give permit to law enforcement officers.

Q. There are shooting facilities in Dubai, correct?

A. There are shooting facilities, yes.

Q. There are ranges, gun ranges, correct?

A. There are, yes.

Q. For sport shooting, correct?

A. They are available, but to bring -- sir, to bring weapons into the country, there are special permits, I'm sorry.

If I get permit from my country to carry a gun and if I get the permit from the plane to carry it, you think they'll allow me to -- they'll handcuff me here in Miami.

Q. So you're aware that Mr. Dubai -- Mr. Jaubert traveled to Dubai with his sporting rifle, correct?

A. After the fact. Had Mr. Jaubert called me and told me, Sultan, by the way, I'm bringing my gun, I

would have told him, do not bring it.

Q. You can bring a gun if you can get a permit for it, correct?

A. You cannot, unless you go prior to the authority. If you go to the authority and say, by the way, I want to bring X gun on the shooting range. They go and they check and maybe they will approve it and maybe -- and in very strict, you know --

Q. Circumstances --

A. -- circumstances.

Q. -- right?

My original question was that he requested you to help him get a permit for his sporting rifle, correct?

A. He tried. And I told him I can't. I can't help him.

Q. And you gave him a copy of your passport to help facilitate that?

A. Doesn't mean anything, even if I gave him my whole passport -- and I have not given him my passport. Now maybe from my office he took a copy of the passport, but I gave him and told him, oh, this is a copy, go to the police and they'll tell you take your gun, no way.

Q. So he obtained a copy of your passport --

A. He obtained it.

Q. What, do you just leave it on your desk?

A. There are copies available in the office.

Q. You have copies of your passport just laying around?

A. There are copies of my passport in the office.

Q. Unsecured?

A. Yes.

Q. Just for anybody to walk in and take?

A. No. He is working in the company. Maybe he asked my secretary to give me a copy, I need and they gave it to him.

Q. So your testimony is Mr. Jaubert got a copy of your passport by asking your secretary for a copy of it?

A. I don't know. Ask him who gave him, but I didn't give him a copy. And the copy given him has no relation to releasing a gun, believe me. I assure you. And you can check with the police or check with anybody.

Q. Do you recall the e-mail -- an e-mail transmission that Mr. Jaubert sent to you regarding the copy of your passport and the endorsement of -- your endorsement of an application for a license?

VERITEXT / FLORIDA REPORTING COMPANY
Serving the State of Florida 305-376-8800

e4355396-d0d9-48ea-805c-122768f4edbc

A. I don't recall.
Q. And so, are you a sportsman, a sports shooter?
A. No.
Q. So how is it that you know the law so well about guns, but you don't know whether or not prostitution is illegal in Dubai?
A. Ah, in the customs. Customs we know what is allowed and what is not allowed.
Q. Is it illegal to bring a prostitute into Dubai?
A. I don't know.
(Sulayem Deposition Exhibit 1 was marked for identification.)
MR. URQUHART: Do you know where this came from?
MR. HESS: It came from your deposition of Mr. Jaubert. But the ultimate answer to your question, no. I know what the allegations you made during the questioning of Mr. Jaubert were, but I don't know where it came from.
MR. URQUHART: This is an exhibit?
MR. HESS: It's an exhibit, it's been marked as 1.
BY MR. HESS:

Q. Mr. Bin Sulayem.
A. Yes, sir.
Q. You've seen what's been put in front of you that's been marked as Exhibit number 1?
A. Yes.
Q. Have you ever seen that before, that emblem?
A. No. I mean, this here emblem?
Q. Right.
A. I've seen it in movies maybe.
Q. Never seen it in public in Dubai?
A. No.
Q. Never seen it on an Internet or e-mails in Dubai World Corporation offices?
A. I haven't seen that, no.
Q. Let me, just so I can show this to the court reporter.
If that were -- you would agree that's -- how do you -- offensive, not offensive, what?
A. It's offensive, of course.
Q. Have you ever heard that that type of an emblem is being circulated in any Dubai World Corporation office?
A. No.
MR. URQUHART: Objection, vague and ambiguous.

THE WITNESS: I haven't heard this.
BY MR. HESS:
Q. If it was, wouldn't that be -- you would agree that would be an important breach of protocol, correct?
MR. URQUHART: Objection, vague and ambiguous.
THE WITNESS: Let me tell you. I haven't seen anything like this circulated. But am I sure that there's no e-mail having that being circulated? I'm not sure. Hundreds of e-mails are circulated in Dubai World, but I haven't seen it myself.
BY MR. HESS:
Q. And it never came to you?
A. This one I haven't seen it. First time I've seen it.
Q. It never came to you in an e-mail?
A. No.
Q. Or do you mean that you never opened an e-mail that that was in it?
A. I haven't seen an e-mail with something like that.
Q. So that doesn't mean it didn't arrive in an e-mail to you, it just means you didn't open it.

A. I receive many e-mails. And sometimes when e-mails, I don't know who the sender or it could be spam, I mark it spam and never open it.
Q. What was your understanding of the -- I'll withdraw that.
There came a time that you approved a 10 percent service charge on purchases that were being made through Seahorse Submarines International, Inc., correct?
MR. URQUHART: Objection.
THE WITNESS: I don't remember that.
BY MR. HESS:
Q. You don't remember?
A. No.
Q. Does that mean it didn't happen?
A. Maybe it didn't happen. I say I don't remember it.
(Sulayem Deposition Composite Exhibit 2 was marked for identification.)
MR. MULLINS: Do you have a copy for us?
MR. HESS: Then in the meantime, while I'm getting opposing counsel copies, could you mark this as Composite Exhibit 3.
(Sulayem Deposition Composite Exhibit 3 was marked for identification.)

HS

MR. URQUHART: While you're looking, I'm going to take a quick run to the bathroom.
MR. HESS: We can go off the record.
VIDEOGRAPHER: Going off record at 10:57 a.m.
(A recess was taken from 10:57 a.m. to 11:00 a.m.)
VIDEOGRAPHER: We're now back on the video record. This is still media unit 2. The time is 11:00 a.m.
BY MR. HESS:
DW
Q. Mr. Bin Sulayem, I'm going to show you again what's been marked as Composite Exhibit 2, it's two documents. If you can take a look at those and let me know after you've reviewed them.
A. Yes.
MR. MULLINS: That's just a copy of that one.
THE WITNESS: Yes.
BY MR. HESS:
Q. First of all, your signature appears on both of those documents?
A. Yes.
Q. Let me show you what's been marked as Composite Exhibit 3, also two documents, take a look at

Coll.

DW

those and let me know when you've had an opportunity. Make sure these two stay together because they're a composite.
A. Yes, sir.
Q. Your signature appears on both those documents in Composite 3?
A. Yes.
Q. And right above your signature on Composite Exhibit 2 it states, "Approved by," correct?
A. Yes. Yes.
Q. On both documents?
A. Yes.
Q. And then on the other Composite Exhibit 3?
A. Yes.
Q. So by signing those documents you approved those documents?
A. This is a request to spend basically and it came to me to sign on behalf of -- to approve the purchase of equipment, which I approved.
Q. It came to you -- you approved the document, correct, you approved everything in the document, correct?
A. What I had seen in this, which was brought to me by Hamed Kazim, he said a request that Hervé had requested to spend this much and I approve it.

DW

Q. And you didn't review it any closer that than?
A. When it comes to finance, they do their job. After we approve this, then there's a process of how to -- this an approval to spend the money, okay.
Q. And you approved a 10 percent service charge, correct?
A. Approval of the total amount that is being spent.
Q. If I could see that exhibit again, I misread it.
A. No, you didn't misread. I see --
Q. Are you saying that because the way I read it says, approved by, it doesn't say, approving the total amount, but not approving the 10 percent service and handling charges.
A. No, no. Service and handling there, now, what is the service and handling? I have no idea. Is it shipping?
Q. Is it?
A. Insuring? I don't know.
Q. Is it?
A. I don't know. I don't know. I assume it is shipping and handling. Shipping and handling basically this is normal when something is shipped, I assume.

DW

But I don't read the details. I didn't look at that and say, oh, that's 10 percent, is this so much for shipping and handling? No, I didn't look at that. I have many documents.
But once it leaves the office that it is approved to spend this, then there's a process of how it's going to be processed, which I don't get involved in that. But I do agree I signed approved to spend that.
Q. You do agree that it's a 10 percent shipping and handling -- well, it says service and handling charge, doesn't it?
A. Yes.
Q. Why did you say shipping and handling?
A. Could be shipping. No, because handling in our business is shipping. Handling is shipping. When we ship something, I'm the port. I know he that handling is shipping.
HS
Q. You know, I didn't think this was going to be this complicated. Can we take a break one second, I want to get a copy of those.
VIDEOGRAPHER: Going off record at 11:05 a.m.
(A recess was taken from 11:05 a.m. to 11:11 a.m.)

Coll.

e4355396-d0d9-48ea-805c-122768f4edbc