1                UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                  FORT PIERCE DIVISION
              CASE NO.  09-14314-CV-JEM
3

4

5

6  DUBAI WORLD CORPORATION, and its
   Subsidiaries, EXOMOS, NAKHEEL and
7  PALM MARINE,

8            Plaintiffs,

9     vs.

10                         Fort Pierce, Florida
                        February 18, 2011
11 HERVE JAUBERT, SEAHORSE
   SUBMARINES INTERNATIONAL
12 INCORPORATED, and Does 1-99,

13           Defendants.
   _____

14

15               TRANSCRIPT OF JURY TRIAL
16              VOLUME 9 - PAGE 883-1083
        BEFORE THE HONORABLE JOSE E. MARTINEZ
17           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23 REPORTED BY:      DAWN M. WHITMARSH, RPR
                 Official Court Reporter
                 400 N. Miami Avenue, 10S03
24               Miami, Florida  33128
                 Telephone:  305-523-5598
25

         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED BY COMPUTER

```
 1      APPEARANCES:

 2      FOR THE PLAINTIFFS:
                           Quinn, Emanuel, Urquhart & Sullivan, LLP
 3                         BY:   JON C. CEDERBERG, ESQ.
                           BY:   A. WILLIAM URQUHART, ESQ.
 4                         BY:   LAITH MOSELY, ESQ.
                           865 South Figueroa Street
 5                         10th Floor
                           Los Angeles, CA  90017
 6

 7      FOR THE DEFENDANTS:
                           Hess & Heathcock, PA
 8                         BY:  WILLIAM HESS, ESQ.
                           BY:   KATHRYN A. HEATHCOCK, ESQ.
 9                         40 Southeast Osceola Street
                           Stuart,  Florida 34994
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
1                     P-R-O-C-E-E-D-I-N-G-S

2                  (Jury in at 9:30 a.m.)

3            COURTROOM DEPUTY:  Calling case number

4  09-14314-civil-Martinez, Dubai World Corporation versus Herve

5  Jaubert and Seahorse Submarines International, Inc.

6            Counsel, please state your appearance for the record.

7            MR. CEDERBERG:  Good morning.  Jon Cederberg and Bill

8  Urquhart for the Plaintiffs.

9            THE COURT:  Good morning.

10           MR. HESS:  Good morning, Judge.  William Hess and

11  Kathryn Heathcock for defendant, Herve Jaubert and Seahorse

12  Submarines.

13           THE COURT:  Good morning.  Okay.

14           Are we ready to proceed?

15           MR. CEDERBERG:  Check We are, Your Honor.

16           THE COURT:  Okay.  I understand that we have a

17  deposition, that it's a video deposition, correct?

18           MR. CEDERBERG:  Correct.

19           And that it's a couple hours long?

20           MR. CEDERBERG:  Two hours and seven minutes, Your

21  Honor.

22           THE COURT:  Why don't we do this.  Let's, at 11:30

23  whether -- two hours and seven minutes?  Okay.  Then as soon as

24  we're finished with that, we'll take a break.

25           And then, may I have a stipulation that the court
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1     reporter doesn't have to work her fingers to the bone during

2     this; that the transcript of the video taped deposition and

3     either a DVD or whatever other form you can keep the -- what is

4     played, will be inserted into the record at this point so that

5     the record is complete.  Is that agreed by?

6            MR. CEDERBERG:  Yes, Your Honor.

7            THE COURT:  Okay.  Good.  That saves us a lot of time

8     and trouble.

9            All right.  You may proceed then.

10           MR. CEDERBERG:  The Dubai World Plaintiffs call as

11    their next witness Sultan Bin Sulayem by video taped deposition.

12           THE COURT:  All right.  Randi, would you turn down the

13    lights just a little bit?  Thank you.

14           (Video deposition played to jury in open court, as

15    follows:

16    05 SULTAN AHMED BIN SULAYEM,

17    06 having been first duly sworn, was examined and

18    07 testified as follows:

19    08 THE WITNESS: I swear.

20    09 DIRECT EXAMINATION

21    10 BY MR. HESS:

22    11 Q. Good morning.

23    12 Please state your name.

24    13 A. Sultan Ahmed Sulayem.

25    14 Q. How would you like to be called today?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
1    15 A. My name Sultan, my first name.
2    16 Q. And where do you reside?
3    17 A. Dubai.
4    18 Q. And your address?
5    19 A. Work address or home address?
6    20 Q. Well, start with your home address.
7    21 A. Home address is Dubai. It's a placed called
8    22 Almamzer in Dubai.
9    23 Q. And your work address?
10   24 A. 47th floor, Emirates Towers, Dubai.
11   25 Q. Have you ever had your deposition taken
12   00006:01 before?
13   02 A. I don't.
14   03 Q. I'm sorry?
15   04 A. No.
16   05 Q. Do you understand or have you been told
17   06 what's going to transpire today?
18   07 A. I understand.
19   08 Q. You're under oath, you understand that?
20   09 A. Absolutely.
21   10 Q. And you've sworn to tell the truth and the
22   11 complete truth, correct?
23   12 A. That's right.
24   13 Q. And you understand that?
25   14 A. Absolutely.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

15 Q. And that's your intention today?

16 A. Absolutely.

17 Q. You understand that I'm going to be asking

18 you questions, correct?

19 A. Yes.

20 Q. And you're going to answer those questions

21 truthfully and under oath?

22 A. That's why I came.

23 Q. If you at any time do not understand any of

24 the questions that I ask you, I'm going to rely on you

25 to tell me that, okay?

00007:01 A. Okay.

02 Q. The other important incidental in a

03 deposition, unlike normal conversation, I'm going toe

04 ask you for the sake of the court reporter when you

05 respond to questions if you would make your best

06 efforts for a verbal response.

07 A. Absolutely.

08 Q. Because if you shake your head or --

**CONFIDENTIAL page 1**

**Dubai v Seahorse**

09 A. I know.

10 Q. You understand?

11 The court reporter needs to have a verbal

12 response to take it down.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

13 A. Excellent.

14 Q. And then also the court reporter would have

15 a very hard time taking two bits of conversation at the

16 same time. So if you would, and I'll do the same for

17 you, if you would hesitate before you interrupt me or

18 before you talk while I'm talking. Okay?

19 A. Okay.

20 Q. And that way the court reporter won't have

21 any problem with taking down the transcription.

22 A. Okay.

23 Q. When did you arrive here for this

24 deposition?

25 A. Three in the morning, 3:30.

00008:01 Q. How did you arrive?

02 A. I came from New York.

**2. PAGE 10:11 TO 14:22 (RUNNING 00:05:30.982)**

11 Q. Who is Ahmed Butti Ahmed?

12 A. Ahmed Butti was the CEO of Istithmar, an

13 investment company that we had.

14 Q. And he's no longer the CEO --

15 A. No.

16 Q. -- of Istithmar?

17 A. No, he's not.

18 Q. Does he continue to serve on the board of

19 directors of Dubai World?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

20 A. No. I don't think he's on the board.

21 Q. You know he's not or you don't think he is?

22 A. I -- we have -- I think the board of Dubai

23 World is inactive basically. We don't do any meetings.

24 But he's -- I don't think he is, because he

25 has another position.

00011:01 COURT REPORTER: I'm sorry. I didn't hear

02 that.

03 THE WITNESS: He has another position. He's

04 in the customs.

05 BY MR. HESS:

06 Q. You still are chairman of Dubai World,

07 correct?

08 A. Yes, I am. Yes.

09 Q. And isn't one of your duties and

10 responsibilities to know who's on the board?

11 A. Yes, it is. However, we have restructuring

12 going on with the company. And the board is not

13 meeting. And I don't remember really whether there was

14 a decision to remove him from the board. I don't

15 remember that.

16 Q. So is it your testimony that you don't know

17 if you Ahmed Butti Ahmed is on the board of

18 directors --

19 A. Yes --

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

891

1    20 Q. -- or you know he's not on the board of

2    21 directors?

3    22 A. No, I don't know.

4    23 Q. You don't know?

5    24 A. I don't know.

6    25 Q. Do you know whether he's still the director

7    00012:01 general of Dubai Customs --

8    02 A. Yes.

9    03 Q. -- Ports?

10   04 A. Yes.

11   05 Q. He is?

12   **CONFIDENTIAL page 2**

13   **Dubai v Seahorse**

14   06 A. He is.

15   07 Q. And that also includes the Maritime and Free

16   08 Zone Authority?

17   09 A. Yes.

18   10 Q. Now, as the chairman of Dubai World, what

19   11 are your responsibilities?

20   12 A. The chairman of Dubai World basically there

21   13 are companies under the umbrella of Dubai World. And

22   14 from my office of 47th floor we oversee the activities

23   15 of these companies.

24   16 Q. And what companies are they?

25   17 A. Well, Dubai Ports is one, Istithmar,

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

18 Nakheel, Maritime City, Drydocks.

19 Q. Istithmar, is that still an operating

20 corporation?

21 A. Yes, it is.

22 Q. What does it conduct business in now?

23 A. Istithmar is an investment company. And

24 they own hotels. They own shares in some companies.

25 Basically between hotels and shares in companies.

00013:01 Q. And Nakheel, is that still an operating --

02 operational company?

03 A. Yes.

04 Q. What does that do?

05 A. It's a property company, property

06 development company.

07 Q. And where does it develop properties?

08 A. Mainly in Dubai.

09 Q. Anywhere else?

10 A. No.

11 Q. So it's exclusively in Dubai, correct?

12 A. Development is in Dubai, yes.

13 Q. Palm Marine, is that still an operational

14 company?

15 A. Palm Marine, I don't know. I don't know.

16 Q. Palm Marine is one of the Dubai World

17 Corporation's subsidiaries, correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

18 A. Yes, it is.

19 Q. And you serve as the chairman of Dubai World

20 Corporation, correct?

21 A. Yes. Yes.

22 Q. And you don't know whether or not Palm

23 Marine is operational?

24 A. No.

25 Q. Who serves under you -- who would know

00014:01 whether or not Palm Marine is operational?

02 A. The Drydocks, because they're overseen by

03 the Drydocks.

04 Q. Now, why is it that the chairman of Dubai

05 World Corporation doesn't know whether or not Palm

06 Marine, a corporation subsidiary of Dubai World

07 Corporation, is operational or not?

08 A. Because it is directly under the Drydocks.

09 Drydocks owns also a few yards in the world today. And

10 I really don't know whether those yards are in

11 operation or they are working or not. It's totally

12 under Drydocks.

13 Q. Would that be something that when the board

14 of directors meets is that something that's discussed,

15 the viability or the conducting of business of these

16 various subsidiaries?

17 A. They would discuss it within each entity,

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

18 so, for example, Drydocks when they meet, I assume that

19 they, the board also will discuss the subsidiaries.

20 Q. And you preside over that meeting correct?

21 A. No, I preside over the Dubai World meeting,

**CONFIDENTIAL page 3**

**Dubai v Seahorse**

22 not the Drydocks.

**3. PAGE 14:23 TO 15:23 (RUNNING 00:01:31.958)**

23 Q. How long have you served as chairman of

24 Dubai World?

25 A. Seven, eight years. We established the

00015:01 company in 2002, I think, 2003.

02 Q. And when I speak of Dubai World I'm speaking

03 of Dubai World Corporation, not Dubai World Holding,

04 but Dubai World Corporation, correct?

05 A. Yes.

06 Q. And you've served as the chairman since the

07 inception, since the creation of Dubai World

08 Corporation?

09 A. Since the creation of Dubai World, yes.

10 Q. What other positions have you held in the

11 past 10 years for Dubai World Corporation or for any

12 other corporation?

13 A. I am the chairman of Dubai Ports Authority,

14 Jebel Ali Free Zone Authority.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15 COURT REPORTER: I'm sorry. What was that?

16 THE WITNESS: Jebel Ali. Jebel Ali Free

17 Zone Authority.

18 BY MR. HESS:

19 Q. Anything else?

20 A. Nakheel, which is our property company.

21 Another property company called Limitless

22 also, which is also I'm chairman of.

23 And the Port and Customs Authority.

**4. PAGE 16:07 TO 18:05 (RUNNING 00:02:49.331)**

07 Q. I'm going to take this nice and slow. So I

08 hope you don't feel like you're in a hurry to answer.

09 A. Take your time, take your time.

10 Q. Now, when was it that -- do you still remain

11 as the chairman of Nakheel?

12 A. Nakheel, recently during the restructuring

13 we appointed a new board to oversee Nakheel mainly to

14 deal with the restructuring of the company. So there's

15 a new board that is more of an operational board

16 really.

17 Q. So your answer is you no longer serve as the

18 chairman of that board --

19 A. As the chairman of Nakheel, no.

20 Q. Do you serve in any capacity for Nakheel?

21 A. Nakheel is part of Dubai World, so from the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    22 Dubai World link, yes, but for the day-to-day

2    23 operation, the board, the existing board now is the --

3    24 Q. So your relationship with Nakheel is

4    25 exclusively by virtue of your chairmanship of Dubai

5    00017:01 World Corporation?

6    02 A. Correct.

7    03 Q. Now, Drydocks World, what is that?

8    04 A. It's a shipyard which is in Dubai and in

9    05 Indonesia and in Singapore.

10   06 Q. And until recently you served in some

11   07 capacity with that corporation, correct?

12   08 A. Yes.

13   09 Q. And you no longer serve in any capacity as

14   10 to that corporation?

15   11 A. Again, it is the same as Nakheel, it is part

16   12 of Dubai World. There's a new board also running that

17   13 operation now.

18   14 Q. Now, also would your answer be the same in

19   15 terms of your removal from the board of the Investment

20   **CONFIDENTIAL page 4**

21   **Dubai v Seahorse**

22   16 Corporation of Dubai?

23   17 A. I am no more in the Investment Corporation

24   18 of Dubai.

25   19 Q. That was in November of 2009 that you were

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

20 removed?

21 A. Yes.

22 Q. And why were you removed from that post?

23 A. Because we are negotiating with banks on

24 restructuring, and there is an entity Dubai, Investment

25 Corporation of Dubai is negotiating with banks to

00018:01 borrow money to fund us. And it is a conflict of

02 interest if I am in the authority that's going to

03 borrow money to fund the authority that is borrowing

04 the money. So the government separate it and I needed

05 to go out of that investment board.

**5. PAGE 20:10 TO 21:02 (RUNNING 00:00:33.000)**

10 Q. And when the board does meet --

11 A. Yes.

12 Q. -- you as chairman --

13 A. Yes.

14 Q. -- and you served as chairman during 2009,

15 correct?

16 A. Yes. Yes.

17 Q. And 2008?

18 A. Of which, Dubai World you mean?

19 Q. Yes.

20 A. Yes, I'm still Dubai World.

21 Q. I may have asked you this already, but I

22 apologize. When did you begin your chairmanship of

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

23 Dubai World, was that since its inception?

24 A. Yes, since the inception.

25 Q. And you already told me that, correct? And

00021:01 I apologize for repeating that.

02 A. No problem.

**6. PAGE 25:16 TO 25:18 (RUNNING 00:00:07.829)**

16 Q. I think the last question I asked you were

17 these board meetings, do you deem them or do you

18 consider them to be important?

**7. PAGE 25:22 TO 26:05 (RUNNING 00:00:27.698)**

22 Q. You can answer the question.

23 A. Meetings that we, board meetings that happen

24 has to be important. If it is not important, why would

25 we meet?

00026:01 Q. But yet you just, you don't remember the

02 last time you met?

03 A. I don't remember. We've been through

04 restructuring and I -- there are more committee

05 meetings of restructuring more than board meetings.

**8. PAGE 27:22 TO 28:25 (RUNNING 00:01:27.242)**

22 Q. And you mentioned there was a -- you know,

23 the debt restructuring of Dubai World Corporation.

24 What is the value of the holdings of Dubai World

25 Corporation?

00028:01 A. It depends really on which year you're

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   02 talking about. That is -- we're evaluating it.

2   03 Q. Well, as chairman of -- I'm sorry.

3   04 A. It doesn't mean anything what I say the

4   05 value of the company, it's what the accountants, what

5   06 the value of the market says basically.

6   07 So I don't know at this current moment how

7   **CONFIDENTIAL page 5**

8   **Dubai v Seahorse**

9   08 much is a value, because we have some of them are

10  09 public and I would have no knowledge whether our share

11  10 is up or down that I can evaluate it. We own shares in

12  11 companies also like MGM and I don't know today, there's

13  12 no way of me knowing how much is the share up or down

14  13 and that depends on it.

15  14 Q. So your testimony is that right this moment

16  15 you don't know the value --

17  16 A. Absolutely.

18  17 Q. -- of the assets of Dubai World Corporation?

19  18 A. I cannot precisely know how much it is. And

20  19 I cannot guess also.

21  20 Q. As chairman of Dubai World Corporation, it's

22  21 part of your responsibilities to understand the value

23  22 of the assets of Dubai World Corporation, correct?

24  23 A. Yes, but in public companies, which are some

25  24 of them are public, it is difficult to know the value.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  25 The market dictates, not me.

2  **9. PAGE 29:24 TO 31:22 (RUNNING 00:02:56.029)**

3  24 Q. Who is Abdul Gadar?

4  25 A. He is our internal auditor.

5  00030:01 COURT REPORTER: He's a?

6  02 THE WITNESS: The internal auditor.

7  03 BY MR. HESS:

8  04 Q. And he is employed by Dubai World

9  05 Corporation?

10 06 A. Yes.

11 07 Q. Who is Hamed Kazim?

12 08 A. He was our previous CFO.

13 09 Q. And when did he become a previous CFO?

14 10 A. When did Hamed leave? I'm not good with

15 11 dates, but I would assume three years ago.

16 12 Q. What does he do now?

17 13 A. I'm not aware.

18 14 Q. And of course you know who Jim Miller is?

19 15 A. Yes.

20 16 Q. Who is Jim Miller?

21 17 A. Jim Miller worked for me in various

22 18 businesses as an assistant when we travel organizing

23 19 meetings and travel arrangements. That's when the

24 20 times he worked for me.

25 21 Q. And during what period of time did he work

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    22 for you?

2    23 A. The number. He left the company a few

3    24 months ago. He started, I think something like five

4    25 years ago, four, five years ago.

5    00031:01 Q. And you said he left the company a few

6    02 months ago?

7    03 A. Yeah.

8    04 Q. And under what circumstances did he leave

9    05 the company?

10   06 A. He just decided he wanted to leave.

11   07 Q. He performed many functions, he had many

12   08 responsibilities in terms of being an assistant to you,

13   09 correct?

14   10 A. Yes.

15   11 Q. And he engaged -- and you met with him and

16   12 he had access to you on a frequent basis, correct?

17   13 A. Yes.

18   14 Q. And you had many discussions with him

19   15 regarding Mr. Jaubert and Seahorse Submarines

20   16 International, Inc., correct?

21   17 A. Yes.

22   18 Q. And during the period of time from 2004

23   19 until 2007 you continued to -- you had these

24   **CONFIDENTIAL page 6**

25   **Dubai v Seahorse**

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

902

20 discussions about Mr. Jaubert and Seahorse Submarines

21 International, Inc. and Exomos, correct?

22 A. Yes.

**10. PAGE 32:05 TO 32:13 (RUNNING 00:00:47.304)**

05 Q. He operated as your liaison, as your agent

06 between you and Mr. Jaubert in 2004.

07 A. He did liaise in the capacity of I wanted

08 him to be in the factory to basically -- well, Jim

09 Miller is actually the one who found the company, who

10 found Seahorse. And so, naturally, when I needed to

11 know information, I'll ask Jim to get the information.

12 Q. And you authorized him to convey information

13 from you to Mr. Jaubert, correct?

**11. PAGE 32:16 TO 32:20 (RUNNING 00:00:21.563)**

16 THE WITNESS: Jim Miller, if I asked for

17 information, he'll give me feedback. Jim Miller

18 had no authority to instruct or basically commit

19 the company financially. If that's what you're

20 asking.

**12. PAGE 33:14 TO 34:04 (RUNNING 00:01:14.784)**

14 Q. Did he have the authority to convey to

15 Mr. Jaubert your interest in acquiring the technology

16 of Mr. Jaubert?

17 A. We did visit Mr. Jaubert to see the factory.

18 And then we invited Mr. Jaubert to come to Dubai to see

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

903

19 the boat show. And after that we were interested in

20 developing these submarines production in Dubai.

21 During that time Jim was the contact person with

22 Jaubert. If that's what you asked.

23 Q. So he was appointed by you to be the contact

24 person with Mr. Jaubert in terms of the -- this

25 pursuing the submersible business, correct?

00034:01 A. Correct.

02 Q. And, in fact, you told Mr. Jaubert that he

03 should be discussing these matters with Mr. Miller when

04 you met with Mr. Jaubert, correct?

**13. PAGE 34:07 TO 34:21 (RUNNING 00:00:33.845)**

07 THE WITNESS: Can you repeat?

08 BY MR. HESS:

09 Q. Sure.

10 In fact, when you met with Mr. -- because

11 you're a busy man, correct? Right?

12 A. Yes.

13 Q. You're always moving, right?

14 A. Absolutely, yes.

15 Q. You're flying to New York. You're flying to

16 London. You're back to Dubai. You're flying back to

17 New York today, right?

18 A. Yes.

19 Q. So you don't have the time to spend, the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   20 day-to-day time to acquire a business or do the due

2   21 diligence in acquiring a business, correct?

3   **14. PAGE 34:24 TO 36:14 (RUNNING 00:02:17.176)**

4   24 THE WITNESS: Due diligence is done by the

5   25 group. There are people -- I don't do the due

6   00035:01 diligence. Show me one chairman of a company

7   02 that does the due diligence personally.

8   03 So you're asking me a multitude of questions

9   04 and please can ask me one by one so I answer

10   **CONFIDENTIAL page 7**

11   **Dubai v Seahorse**

12   05 you.

13   06 MR. HESS: Sure. Happy to.

14   07 THE WITNESS: Because I'm happy to answer

15   08 you any questions, but the only thing I want to

16   09 make sure that I understand it and I get you the

17   10 right answer.

18   11 BY MR. HESS:

19   12 Q. And that's exactly what I want to have

20   13 happen, too. Thank you. And I appreciate you saying

21   14 that.

22   15 You appointed Mr. Miller as, as you put it,

23   16 the contact person back in 2004 regarding the

24   17 discussions with Mr. Jaubert, correct?

25   18 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   19 Q. And what were those -- what was your

2   20 understanding of those discussions?

3   21 A. The discussion was is to look at basically

4   22 producing -- first of all, we wanted to buy one of the

5   23 submarines, which we agreed when we came here. We

6   24 agreed on looking at that.

7   25 But later on we discussed maybe producing

8   00036:01 them in Dubai. And the contact person at that time was

9   02 Jim Miller.

10  03 Q. And Mr. Miller reported back to you about

11  04 his discussions with Mr. Jaubert?

12  05 A. He reported to me as well as Hamed Kazim,

13  06 the CFO.

14  07 Q. And did you have discussions with Hamed

15  08 Kazim?

16  09 A. We did discuss, yes.

17  10 Q. So Hamed Kazim told you then that he would

18  11 like to see Mr. Jaubert as the chief executive officer

19  12 of the new corporation that's going to be formed, which

20  13 turned out to be Exomos, have a vested interest in the

21  14 profit of the company, correct?

22  **15. PAGE 36:17 TO 37:06 (RUNNING 00:00:40.332)**

23  17 THE WITNESS: I don't understand the

24  18 question.

25  19 BY MR. HESS:

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

20 Q. You had a discussion with Mr. -- you just

21 brought it up. You said that you not only talked to

22 Mr. Miller, but you also discussed the Seahorse

23 Submarines International, Inc. and Mr. Jaubert's role

24 in this submarine endeavor with Mr. Kazim, correct?

25 A. Yes.

00037:01 Q. And Mr. Kazim discussed with you the concept

02 of Mr. Jaubert sharing in the profits of the new

03 venture, correct?

04 A. There was a discussion like that, yes.

05 Q. And that was back in 2004, right?

06 A. I think so. I'm not sure of the dates.

**16. PAGE 37:07 TO 37:10 (RUNNING 00:00:23.237)**

07 Q. You never told Mr. Jaubert ever -- you never

08 told Mr. Jaubert that Mr. Miller was not authorized to

09 discuss the -- let me withdraw that. Let me start that

10 again.

**17. PAGE 37:11 TO 38:04 (RUNNING 00:00:52.336)**

11 Back in 2004, what's your recollection of

12 how contact was made with Mr. Jaubert?

13 A. What was your question? I didn't understand

14 the question.

15 Q. Back in 2004 -- let me ask you this.

CONFIDENTIAL page 8

**Dubai v Seahorse**

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

16 When was it that you first became aware of

17 Mr. Jaubert?

18 A. When we met him first.

19 Q. Before then Mr. Miller told you about him,

20 correct?

21 A. Before that Mr. Miller, yes.

22 Q. So you became aware of him through

23 Mr. Miller?

24 A. Absolutely.

25 Q. And that was in 2004?

00038:01 A. I think so. I'm not sure.

02 Q. And it's true that one of the things that

03 you were interested in is developing a tourist shallow

04 water submarine, correct?

**18. PAGE 38:07 TO 41:14 (RUNNING 00:04:14.612)**

07 THE WITNESS: We were interested in buying a

08 submarine that basically was at his factory.

09 BY MR. HESS:

10 Q. You were aware that Mr. Miller communicated

11 with Mr. Jaubert back in, actually it was December of

12 2003 saying that Dubai World, or actually Dubai with

13 its large, as he put it, the world's largest artificial

14 reef has an immediate need of a shallow-water,

15 tourist-style submarine, correct?

16 A. Yeah.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

17 Q. And that's something you and Mr. Miller

18 discussed, correct?

19 A. Mr. Miller, I ask him to find a supplier of

20 submarine that we can use it for the tourists in Dubai.

21 Q. And what was the intention, when you said

22 shallow water --

23 A. I really didn't tell him go shallow water or

24 deep water, but I have no idea, no knowledge of

25 submarines. Of course Mr. Jaubert is an expert in

00039:01 that. We assumed when we met with him we assumed that

02 he knows and he has the qualification to produce

03 submarines. We've seen submarines with him.

04 Q. So your testimony is back in 2003 and 2004

05 when you -- was this your brain child, that was

06 something you thought of, to have a tourist submarine

07 capability in Dubai?

08 A. We are building Atlantis, which is just like

09 the Bahamas. And we thought that a submarine would be

10 attractive for the tourists. And we started looking

11 for submarines.

12 Q. How deep is the water there where you

13 intended to use it?

14 A. I'm not an expert.

15 Q. Was this your idea, though, the use of a

16 tourist submarine?

17 A. Yes.

18 Q. So you just knew you wanted a tourist

19 submarine, but you didn't really -- it's not -- you

20 came up with the idea, the details were for someone

21 else?

22 A. The details were for whoever was going to

23 supply us basically.

24 Q. So you never knew that Mr. Miller

25 communicated with Mr. Jaubert Dubai's immediate need

00040:01 for a shallow-water, tourist-style submarine?

02 A. No. I am aware based -- I asked him to find

03 somebody. And he communicated with Mr. Jaubert as well

04 as with others maybe. I have no idea.

05 Q. Because I thought you said that you didn't

06 say you wanted a shallow-water, tourist submarine. I

**CONFIDENTIAL page 9**

**Dubai v Seahorse**

07 thought you said that you just wanted a submarine --

08 A. A submarine. If he said shallow, I have

09 never asked him shallow. I don't know what shallow is.

10 What is shallow? Is that 10 meter, 5 meter, 20 meter?

11 I don't know.

12 Q. You don't know?

13 A. Absolutely.

14 Q. Do you know why Mr. Miller would ask that?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15 A. I think we should ask him. I don't know. I

16 don't know why.

17 Q. Where is Mr. Miller?

18 A. At this moment I'm not aware.

19 Q. I'm sorry?

20 A. At this moment I assume he's in California,

21 but I don't know at this moment where he is.

22 Q. Do you know what he does for a profession?

23 A. After he left me? No. He's a photographer

24 diver, that I know.

25 Q. Do you communicate with him?

00041:01 A. Sometimes I do, yes.

02 Q. And how do you communicate with him, by

03 e-mail or --

04 A. By e-mail, by phone.

05 Q. Do you visit?

06 A. No, I haven't seen him.

07 He came to Dubai to collect his, I think to

08 take his, whatever he had in Dubai in his villa and

09 left. And I did meet him for lunch, I think.

10 Q. I mean, you developed a friendship, correct?

11 A. Yeah, yeah, I know him for a long time.

12 Q. Do you have any idea of the expense that was

13 incurred for Mr. Miller to rent his vehicle while he

14 was employed by Dubai World?

1  **19. PAGE 41:17 TO 42:02 (RUNNING 00:00:26.000)**

2  17 THE WITNESS: I have no idea.

3  18 I don't remember.

4  19 BY MR. HESS:

5  20 Q. Did you ever know?

6  21 A. No.

7  22 Q. You did understand my question, correct?

8  23 A. You're asking me if I'm understanding that

9  24 did I know how much it's costing Mr. Miller to rent a

10  25 vehicle in Dubai, right?

11  00042:01 Q. Rent or lease or have a vehicle in Dubai.

12  02 A. I have no idea. I have no idea.

13  **20. PAGE 44:16 TO 45:10 (RUNNING 00:00:56.885)**

14  16 Q. Mr. Miller had a car, had a vehicle,

15  17 correct?

16  18 A. Yes.

17  19 Q. It was supplied by Dubai World Corporation,

18  20 correct?

19  21 A. People who work for Dubai World have a

20  22 transportation allowance. The allowance is, whether it

21  23 is paid, some people get it as a monetary and says, I

22  24 get X dollars a month added to my salary and I get my

23  25 own car or take a company car.

24  00045:01 Now I am not aware whether Mr. Miller

25  02 exercised his option for an allowance and added to his

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

03 salary and bought himself a car, or whether he said I

04 want a company car. That part of it I'm not aware. We

05 are paying for his transportation, but in which manner,

06 I do not know.

07 Q. And you already testified, regardless of the

**CONFIDENTIAL page 10**

**Dubai v Seahorse**

08 manner that Dubai World Corporation paid for his

09 vehicle, you don't know how much that was, correct?

10 A. No. No.

**21. PAGE 45:11 TO 47:10 (RUNNING 00:02:47.782)**

11 Q. During March of 2004 Mr. Jaubert travelled

12 to Dubai, correct, to meet with you?

13 A. I don't remember the dates. I know he

14 travelled to Dubai to see the boat race, but I don't

15 know the exact date.

16 Q. Do you have any recollection of the

17 discussion you had with Mr. Jaubert?

18 A. No. I know he'd seen the boat show and he

19 visited, but I don't remember really specific

20 discussions.

21 Q. So you don't recall any discussions

22 Mr. Jaubert had with you regarding the relationship

23 that was sought to have between Dubai World Corporation

24 and himself regarding these submersible vessels?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    25 A. He might have discussed it with Jim Miller

2    00046:01 some of these discussions, but I don't remember

3    really.

4    02 We talked about acquiring a submarine from him.

5    03 Q. That's all you remember?

6    04 A. That's what I remember.

7    05 Q. Did you take any notes of your meeting with

8    06 Mr. Jaubert?

9    07 A. No.

10   08 Q. Do you remember how many conversations you

11   09 had when he traveled to Dubai?

12   10 A. No.

13   11 Q. Were you present while Mr. Miller was

14   12 discussing that matter with Mr. Jaubert back in 2004

15   13 when he visited Dubai?

16   14 A. I don't remember.

17   15 Q. And that, in fact, was the first time that

18   16 you had ever met Mr. Jaubert?

19   17 A. No. The first time I met him here.

20   18 Q. When was it that you met with him here?

21   19 A. Sorry?

22   20 Q. When was it that you met with him here?

23   21 A. I don't remember the dates. I know we came

24   22 to Florida first time to meet him.

25   23 Q. Could it have been on December 16th of 2003?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   24 A. I don't remember.

2   25 Q. Is that in general that you just don't

3   00047:01 remember dates, or is that just about this?

4   02 A. No. No. No. I don't have memory of dates.

5   03 Q. I just wanted to know. I just wanted to

6   04 understand.

7   05 So you had met with Mr. Jaubert in Stuart,

8   06 Florida, correct? Prior to inviting --

9   07 A. In his factory here, in his workshop.

10  08 Q. You don't recall the name of the city?

11  09 A. I don't recall the city. I recall Seahorse

12  10 Submarines yard.

13  **22. PAGE 47:21 TO 48:19 (RUNNING 00:01:09.338)**

14  21 Q. How did it come about? How did you consider

15  22 and decide to take your valuable time --

16  23 A. What do you mean how did I decide? I don't

17  24 understand.

18  25 Q. Why would you go? Who asked you to go? Why

19  00048:01 would you go? What was your --

20  02 A. Motive for coming?

21  03 Q. Yes.

22  **CONFIDENTIAL page 11**

23  **Dubai v Seahorse**

24  04 A. I remember, I think I mentioned, that I

25  05 asked Jim to find a supplier, I asked him to find a

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   06 supplier for submarines. Jim told me that there is

2   07 Seahorse Submarines he'd like me to see and that when

3   08 I'm in the States it's a good time to look at it.

4   09 Q. So you were already here?

5   10 A. We chose a time when I'm going to be here.

6   11 We had something here, I don't remember what.

7   12 Q. And you were impressed by Mr. Jaubert?

8   13 A. Well, we saw the submarines. We met

9   14 Mr. Jaubert. He seemed to understand his business.

10  15 Q. But you wouldn't know because, as you

11  16 testified, you don't have any knowledge of --

12  17 A. No.

13  18 Q. -- the specifics of submarines, correct?

14  19 A. I don't.

15  **23. PAGE 49:02 TO 50:15 (RUNNING 00:01:42.848)**

16  02 Q. My question was: You were impressed by

17  03 Mr. Jaubert when you met with him that first time?

18  04 A. We were impressed with what we've seen.

19  05 Q. I'm sorry, you were impressed?

20  06 A. With what we have seen, a submarine and the

21  07 website we've seen also before we came.

22  08 Q. What did you see when you came to Stuart?

23  09 A. We saw, if I recollect very well, two

24  10 submarines or three. One of them was a wet submarine,

25  11 they call it, and another submarine for three or four

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

12 people, I remember. And another one also. So we saw

13 three submarines.

14 Q. And you have a distinct recollection of that

15 meeting?

16 A. I remember what I saw.

17 Q. And did you always know the distinction

18 between a wet submarine and a dry submarine?

19 A. No, I have no idea. He told us, this is a

20 wet submarine.

21 Q. And what is your understanding of the

22 difference between a wet and dry submarine --

23 A. When I asked him what's a wet submarine, he

24 said, it means if you dive with it, you'll be in the

25 water. And so that's what we understood that.

00050:01 Q. And you dive, correct? You scuba dive?

02 A. Yes.

03 Q. How long did you spend with Mr. Jaubert on

04 that first visit?

05 A. An hour maybe, two.

06 Q. Do you know? I mean, is that --

07 A. Exactly I don't remember.

08 Q. Could have been one hour, could have been

09 two hours?

10 A. One or two hours.

11 Q. Could have been more?

12 A. I doubt.

13 Q. And at the end of that meet -- and

14 Mr. Miller was with you, correct?

15 A. He was.

**24. PAGE 51:08 TO 52:01 (RUNNING 00:00:56.898)**

08 Q. Was there a reason that Mr. Miller was

09 traveling with you to go to meet Mr. Jaubert?

10 A. Because Mr. Miller was going to show me. I

11 didn't know Mr. Jaubert. I didn't know the location.

12 And he had all the background information that he made.

13 So, naturally, he came with me for that visit.

**CONFIDENTIAL page 12**

**Dubai v Seahorse**

14 Q. Mr. Miller was the point man, do you

15 understand what that means? The point man, the contact

16 person, right?

17 A. At that time, yes.

18 Q. He had the responsibility of serving your

19 desire to get Dubai a submarine, right?

20 A. He was the person whom I asked to find

21 submarines.

22 Q. And so he had that responsibility?

23 A. At that time.

24 Q. Did that change?

25 A. We didn't ask him to find other submarine

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    00052:01 after that.

2    **25. PAGE 52:02 TO 58:11 (RUNNING 00:09:10.983)**

3    02 Q. Now, in terms of your contact with

4    03 Mr. Jaubert, what transpired next after the -- let me

5    04 withdraw that.

6    05 Did that meeting in 2003, that first meeting

7    06 with Mr. Jaubert, what was the result of that? Was

8    07 there a submarine purchased or --

9    08 A. We were interested in buying one submarine,

10   09 yes.

11   10 Q. And was that discussed with Mr. Jaubert?

12   11 A. We initiated the discussion when we were

13   12 there.

14   13 Q. And when you said "we," did you mean --

15   14 A. Me and Jim Miller initiated the discussion.

16   15 And we agreed that in Dubai we will, you know, if --

17   16 we'll decide.

18   17 Q. What was the discussion that you initiated,

19   18 do you recall?

20   19 A. The fact that I wasn't -- we wanted one

21   20 submarine that was ready. And Mr. Jaubert said the

22   21 only one ready is the wet submarine. And I mentioned

23   22 that I don't think it would be useful for people to go

24   23 in a wet submarine. And Mr. Jaubert said he can make

25   24 the dry submarine. He can adapt it or make changes in

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   25 it to make it a dry submarine.

2   00053:01 Q. So his discussion with you was that he was

3   02 going to adapt or change the wet submarine and turn it

4   03 into a dry submarine?

5   04 A. Yes.

6   05 Q. And that met with your approval?

7   06 A. That was the condition that we said if we

8   07 will buy it, it has to be a dry one.

9   08 Q. So you went back to Dubai after the meeting?

10  09 A. Yes.

11  10 Q. What was your next communication with

12  11 Mr. Jaubert?

13  12 A. I don't remember. I think Jim and probably

14  13 Hamed at that time were discussing the purchase of the

15  14 converted submarine.

16  15 Q. And were you included in those discussions?

17  16 A. No, not that much. I was asking what's

18  17 happening, update, but I wasn't really following every

19  18 detail.

20  19 Q. So those duties were delegated by you,

21  20 correct? The purchase of that submarine?

22  21 A. There's a process. When they buy, they have

23  22 to go through a process.

24  23 Q. What do you mean by that?

25  24 A. A process I mean when we're going to buy

920

1    25 something they -- before they pay him, they got to do

2    00054:01 some documentation, which I wasn't involved in it.

3    02 Q. What does that mean?

4    **CONFIDENTIAL page 13**

5    **Dubai v Seahorse**

6    03 A. It's basically, I guess, when you buy

7    04 something there should be an offer and there should be

8    05 conditions why would we accept the product, but I

9    06 wasn't party to that.

10   07 Q. Your role in it was you told Kazim and

11   08 Mr. Miller that you wanted a dry submarine and you

12   09 delegated the acquisition of that submarine to those

13   10 two individuals?

14   11 A. Yes.

15   12 Q. Did they report back to you about the

16   13 pricing or the discussions that they were having with

17   14 Mr. Jaubert?

18   15 A. I think they were drawing contracts of the

19   16 purchase. So they mentioned to me, yes, we're looking

20   17 at the contract, processing the contract.

21   18 Q. Now, what was your role in the authorization

22   19 of the contract? Did you have the -- was it up to you

23   20 to authorize or decline that transaction?

24   21 A. Yes.

25   22 Q. Did you ever authorize it?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

23 A. Well, when we -- when the contract was drawn

24 and the price was agreed, after negotiation, I approved

25 it.

00055:01 Q. But, again, it was never at any time part of

02 your participation to understand the technical aspects

03 of the submersibles?

04 MR. URQUHART: Would you read that question

05 back?

06 THE WITNESS: Can you ask me again?

07 MR. URQUHART: For both of us, I guess.

08 (A portion of the record was read by the

09 reporter.)

10 THE WITNESS: I don't understand the

11 question.

12 BY MR. HESS:

13 Q. You never -- you were never -- your role in

14 the process of acquiring the submarines, at no time did

15 you become an expert in submarines, correct?

16 A. No, I'm not.

17 Q. And, in fact, at no time did you become --

18 you're aware more about submarines now than you were,

19 than you were in 2003, correct?

20 A. I still don't understand submarine that

21 much.

22 Q. So we already talked about you went to --

922

23 you invited Mr. Jaubert to Dubai in 2004, correct, in

24 March?

25 A. I don't remember the dates.

00056:01 Q. But there was a time --

02 A. I remember he visited for the first time for

03 the boat show. I don't remember exact dates.

04 Q. There was a second meeting that -- well, a

05 third meeting that you had with Mr. Jaubert, correct?

06 A. A third meeting?

07 Q. A third meeting in Stuart, Florida.

08 A. I don't remember really. I don't remember

09 I -- I remember I came once to his factory. I do not

10 recall coming again. I could be wrong, but I don't --

11 I have no memory. I don't recall coming a third

12 time -- a second time to the factory, I don't recall

13 that.

14 Q. So you don't recall in June of --

15 A. I --

16 Q. -- 2000.

17 If I may?

18 A. Go ahead. Sorry.

**CONFIDENTIAL page 14**

**Dubai v Seahorse**

19 Q. It's going to hurt the court reporter.

20 A. Sorry about that.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

21 Q. Her hands are just on fire right now, I can

22 just see them.

23 We're going to have to throw some water on

24 there pretty soon.

25 You don't recall traveling with Hamed Kazim

00057:01 and Jim Miller in June of 2004 to meet again with

02 Mr. Jaubert in Stuart, Florida?

03 A. My memory doesn't serve me, no. Could have

04 happened, but I don't recollect.

05 Q. So then, obviously, you don't remember any

06 discussions that transpired?

07 A. No, because I don't remember really going

08 the second time.

09 Q. Does that mean you didn't go?

10 A. I don't remember.

11 Q. Is it that you meet so many people and

12 travel so often that it's difficult sometimes to

13 remember back those events?

14 A. Sometimes I don't remember.

15 Q. You carry the same passport that you carried

16 in 2004?

17 A. 2004? Probably it expired.

18 Q. So you don't carry the same one?

19 A. No, I mean, the number, the same passport

20 just the numbers must have changed.

1   21 Q. So the stamp, you wouldn't have that

2   22 passport anymore with the stamp to refresh your memory?

3   23 A. I don't have that.

4   24 Q. So then you don't remember any of the

5   25 conversations you had with Mr. Jaubert in June of 2004

6   00058:01 about developing a profit sharing venture that

7   02 contemplated the design and manufacture of submarines

8   03 in Dubai?

9   04 A. I don't remember participating -- I don't

10  05 remember discussing like that here.

11  06 Q. When you say "here," in Florida?

12  07 A. In Florida. A second time with the visit

13  08 with Hamed and him, that I don't remember.

14  09 I remember there was a discussion about

15  10 profit sharing in Dubai. That was one of the things

16  11 that Hamed mentioned to me.

17  **26. PAGE 59:05 TO 61:02 (RUNNING 00:02:34.803)**

18  05 Q. Do you recall anything in detail about your

19  06 discussions in that regard regarding the profit sharing

20  07 arrangement?

21  08 A. Hamed did mention to me the relation with

22  09 Jaubert. And one of them was profit sharing. Detail

23  10 of how much I don't remember discussing that.

24  11 Q. Now, is it that you don't remember how much

25  12 was discussed or you didn't discuss it?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

13 A. There was a discussion, but I don't remember

14 really percentage, I don't remember what relation

15 that's going to be.

16 Q. Did you have a -- but you have no

17 recollection of any discussion you had with Mr. Jaubert

18 in that regard?

19 A. No.

20 Q. Did you have a discussion, or do you have --

21 let me rephrase that.

22 Do you have a recollection of having a

23 discussion about the financing of this new enterprise

24 to construct and design submarines in Dubai?

25 A. Ask me again, please.

**CONFIDENTIAL page 15**

**Dubai v Seahorse**

00060:01 Q. Do you have a recollection of a discussion

02 with Hamed Kazim, Jim Miller, Mr. Jaubert, anyone,

03 about the amount of money that you intended to utilize

04 in developing this enterprise in Dubai to construct and

05 develop submarines?

06 A. I remember discussing with Hamed, because

07 he's the finance person. I don't remember really the

08 amount. I think probably it relate to the first

09 submarine acquisition, which is the conversion one, the

10 conversion to dry.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11 There was discussion about shipping it,

12 bringing it to Dubai. There was a discussion about the

13 premises, but I don't remember how much. The detail to

14 be done by Hamed in discussion with Jaubert.

15 Q. And there was a discussion with Mr. Jaubert?

16 A. With Hamed.

17 Q. With Hamed.

18 A. Hamed does the discussion.

19 Q. And the reason you know that is because

20 Hamed Kazim reported to you about that?

21 A. Hamed reports anything to do with finance

22 that relate -- that concerns me, he would come to me

23 about it. So as the CFO he would have discussed this

24 with me, I'm sure.

25 Q. And he was the CFO of Dubai World

00061:01 Corporation?

02 A. Yes.

**27. PAGE 62:02 TO 62:12 (RUNNING 00:00:38.651)**

02 Q. Dubai World Corporation desired to

03 purchase --

04 A. Yes.

05 Q. -- constructed or partially-constructed

06 submarines from Mr. Jaubert and or Seahorse Submarines,

07 Inc., correct?

08 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

09 Q. And Dubai World Corporation desired to

10 utilize Mr. Jaubert's -- utilize Mr. Jaubert to develop

11 in Dubai a world-class submarine manufacturing and

12 developing enterprise.

**28. PAGE 62:16 TO 66:13 (RUNNING 00:05:55.228)**

16 Q. Right?

17 A. Rephrase the last one.

18 Q. You wanted to bring Mr. Jaubert to Dubai to

19 build a factory to design and manufacture submarines.

20 A. It started with the purchase of the

21 submarine. And then it evolved into making them there.

22 Based on also his visits to Dubai to the boat show and

23 based on his, again, as a manufacturer, engineer, naval

24 engineer, we relied on his knowledge. And I think that

25 it eventually evolved from just buying into also going

00063:01 into business, into basically building it in Dubai.

02 Q. So -- and was that also your brain child?

03 Was that also your concept?

04 A. No. It wasn't my concept, but when they

05 bought the first one and discussed, you know, during, I

06 guess, the discussion with Hamed and Jim that it could

07 make more sense to make them in Dubai because of the

08 cost of building in Dubai.

09 Q. When you said when "they" bought, who do you

10 mean by "they"?

11 A. When Dubai World bought.

12 Q. When Dubai World bought?

13 A. "They" meaning Hamed and Jim involved in

**CONFIDENTIAL page 16**

**Dubai v Seahorse**

14 negotiation with Jaubert.

15 Q. But Hamed and Jim, they were Dubai World,

16 correct?

17 A. Yeah, absolutely.

18 Q. Now, the reason that it's -- well, I'll ask

19 you.

20 When you said because of the -- what was the

21 benefit of building, of having a manufacturing facility

22 in Dubai World -- in Dubai?

23 A. I guess when Jaubert visited the boat show

24 and he saw the number of people coming to the boat show

25 and the transactions and the market available in Dubai,

00064:01 it seemed to Jaubert and to us that it could be an

02 attractive thing to do.

03 Q. I think you mentioned also that there was a

04 kind of a -- well, not kind of -- a cost benefit of

05 conducting that kind of manufacturing in Dubai,

06 correct?

07 A. That was, again, a mutual understanding that

08 I think also Jaubert shared with Hamed. So they were

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

09 discussing, oh, could be done here, could be done

10 cheaper or could be produced faster to the market.

11 Q. Did you have any understanding of those

12 discussions ever?

13 A. No. I know that Hamed mentioned to me that

14 this could be also an idea.

15 Q. What did he mention to you? Any details at

16 all?

17 A. No, whatever I just told you.

18 Q. So he didn't talk about the relative

19 inexpense of the labor force; did he discuss that?

20 A. He discussed it could be attractive to do in

21 Dubai, but how attractive, I didn't go into details.

22 Q. So he never discussed with you that aspect

23 of the financial attractiveness in Dubai?

24 A. We didn't discuss in details, no.

25 Q. So that discussion that you had with Hamed

00065:01 Kazim about the attractiveness of -- was it just one

02 discussion?

03 A. I think after the first purchase of the

04 submarine the discussion happened after that. Now

05 whether it is once or twice, I really don't remember.

06 Q. And where did these discussions occur? Are

07 they in your office --

08 A. In Hamed's office, yes, in our office.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

09 Q. And they just, they seem so general. Were

10 they just in minutes of duration these discussions? A

11 few minutes?

12 A. I don't remember. I mean, we talk business

13 when we are in the office. So Hamed came up and said,

14 by the way, we are going to buy this submarine, we

15 spoke to Jaubert, you know, so that's good. And we

16 talking about those and maybe studying the idea of

17 setting up maybe manufacturing or production facility.

18 Q. Is that the same time that Mr. Kazim talked

19 to you about the profit sharing between Mr. Jaubert and

20 Dubai World Corporation?

21 A. I think that was something that he discussed

22 with Jaubert as, you know, how the relation could be.

23 Q. Right. But is that the same time that

24 Mr. Kazim apprised you of that?

25 A. I don't remember.

00066:01 Q. Do you remember how many conversations you

02 had about this concept of --

03 A. Maybe two, three times, I don't remember.

04 Q. If I could finish, please.

**CONFIDENTIAL page 17**

**Dubai v Seahorse**

05 A. Sorry.

06 Q. That's okay.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

07 Do you remember how many conversations you

08 had with Hamed Kazim about this concept of developing a

09 manufacturing facility in Dubai to build submarines?

10 A. I don't remember.

11 Q. Did you ever -- and do you recall the amount

12 of the investment that was contemplated to develop this

13 manufacturing facility in Dubai?

**29. PAGE 66:15 TO 66:25 (RUNNING 00:00:23.892)**

15 THE WITNESS: I don't remember.

16 BY MR. HESS:

17 Q. You don't remember?

18 A. Exact figures I don't remember.

19 Q. Do you have any idea? I mean, was it 20

20 million dollars?

21 A. I have no idea.

22 Q. So it could be anything from a dollar to --

23 A. Two billion.

24 Q. -- to 2 billion?

25 A. I don't know.

**30. PAGE 69:18 TO 69:24 (RUNNING 00:00:22.706)**

18 Q. Does it take money to develop a business?

19 A. Of course.

20 Q. How much money did the development of this

21 manufacturing capability of submarines in Dubai, how

22 much money did that take?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

23 A. I don't remember.

24 Q. So you don't remember -- okay.

**31. PAGE 70:10 TO 73:11 (RUNNING 00:04:03.754)**

10 Q. Mr. Bin Sulayem, when you -- there came a

11 time when this manufacturing facility was constructed,

12 correct, the submarine manufacturing facility in Dubai?

13 A. Can you repeat again?

14 Q. Did there come a time that Dubai World

15 Corporation constructed a submarine manufacturing

16 facility?

17 A. Other than this you mean?

18 Q. This one. Well, does Dubai have more than

19 one -- did Dubai World ever --

20 A. I'm not -- sorry. Okay.

21 I keep forgetting her. Sorry.

22 Q. How could you forget her? Look at her. Her

23 dress is so bright. It's good, don't get me wrong. I

24 don't mean -- anyways.

25 Dubai World Corporation funded the

00071:01 construction of a submarine manufacturing plant,

02 correct?

03 A. Yes.

04 Q. And that was under the direction of

05 Mr. Jaubert, correct?

06 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    07 Q. Have you been to the facility?

2    08 A. Yes.

3    09 Q. It's big, right?

4    10 A. Yes.

5    11 Q. It's impressive, isn't it?

6    12 A. It's a big place, yes.

7    13 Q. Does it impress you?

8    14 A. It's very impressive.

9    15 Q. How long did it take to construct that

10   16 facility?

11   **CONFIDENTIAL page 18**

12   **Dubai v Seahorse**

13   17 A. There was an existing building, but could

14   18 have been six to eight months. I'm not sure.

15   19 Q. Do you know when the construction began?

16   20 A. No. I don't remember.

17   21 Q. And you're not certain about six or eight

18   22 months either, correct?

19   23 A. No, not certain.

20   24 Q. While that facility was being constructed,

21   25 what was the nature of your involvement in that

22   00072:01 facility?

23   02 A. I visited.

24   03 Q. Did you have any -- did you direct any --

25   04 what was your -- did you direct anything regarding the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   05 construction of that facility?

2   06 A. No.

3   07 Q. Who was the person in charge of the design

4   08 of that facility?

5   09 A. Jaubert.

6   10 Q. Did he report to you?

7   11 A. Not to me directly, no.

8   12 Q. Who did he report to?

9   13 A. I think at one time to Hamed. At some time

10  14 to Ahmed Butti later on.

11  15 Q. Did either of those people report to you?

12  16 A. They do report to me, yes.

13  17 Q. Did they report to you about the progress in

14  18 the development of that facility?

15  19 A. When I asked them.

16  20 Q. Was it a facility -- was it of interest to

17  21 you?

18  22 A. Of course it was, yes.

19  23 Q. Do you recall anything regarding the

20  24 progress in the construction of that facility that was

21  25 problematic or disturbing to you?

22  00073:01 A. Yes.

23  02 Q. What was that?

24  03 A. I think when the submarines started to leak.

25  04 Q. We'll talk about the submarines later, okay.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

05 A. Oh, you're not talking about the submarine.

06 Q. I'm talking about the facility itself, the

07 design of the building and the construction of the

08 building. That went very well, didn't it?

09 A. I have no issue with that myself.

10 Q. Which means that it went according to plan,

11 correct?

**32. PAGE 73:13 TO 74:04 (RUNNING 00:01:01.501)**

13 THE WITNESS: I haven't seen a plan that I

14 could say, well, this one is according to plan.

15 BY MR. HESS:

16 Q. What do you mean by I had no issue regarding

17 that?

18 A. Can you ask me the question?

19 Q. Yeah, you just said, when I asked you, was

20 there any problems in the construction of the

21 facility --

22 A. I don't remember a problem with the

23 construction of the facility.

24 Q. There were none, correct?

25 A. I don't remember any.

00074:01 MR. HESS: Could you read back his answer to

02 the prior question.

03 (A portion of the record was read by the

04 reporter.)

1    **CONFIDENTIAL page 19**

2    **Dubai v Seahorse**

3    **33. PAGE 74:05 TO 76:05 (RUNNING 00:02:41.479)**

4    05 BY MR. HESS:

5    06 Q. When you said, "I have no issue with that

6    07 myself," what does that mean?

7    08 A. What was the question before that?

8    09 Q. About the design, the construction of the

9    10 building.

10   11 A. I didn't get involved in the design and

11   12 construction of the building.

12   13 MR. HESS: Can I do this, because I think

13   14 the only way I'm going to get this is could you

14   15 read that whole question and then his answer and

15   16 then I'll ask him, please. The one where he

16   17 says I have no issue with that.

17   18 Mr. Sulayem, if you would listen to the

18   19 court reporter on this.

19   20 (A portion of the record was read by the

20   21 reporter.)

21   22 BY MR. HESS:

22   23 Q. You answered, "I have no issue with that

23   24 myself," correct?

24   25 Did you hear your answer?

25   00075:01 A. I heard my answer.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

937

1    02 Q. Was that a correct answer?

2    03 A. That's a correct answer that I have no issue

3    04 with the construction, but you asked me whether

4    05 according to plan and I haven't seen a plan to say,

5    06 well, oh, it went to plan or defected the plan. That I

6    07 have no idea.

7    08 Q. I understand.

8    09 A. I am only a spectator. I came, I saw, I

9    10 look at the building, I say, that's nice, the facility,

10    11 it's nice. But am I an expert in engineer? I'm not an

11    12 engineer.

12    13 Q. You had no issue with the construction,

13    14 correct?

14    15 A. As an average person, yes. Not as an

15    16 engineer, because I'm not an engineer.

16    17 Q. Being an average person --

17    18 A. Yes.

18    19 Q. -- when you perceive the facility --

19    20 A. When I what?

20    21 Q. When you perceived, when you viewed the

21    22 facility and you toured the facility in Dubai that was

22    23 constructed by Dubai World Corporation to manufacture

23    24 submarines --

24    25 A. Yes.

25    00076:01 Q. -- you perceived no inadequacies, correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  02 A. It seemed to be okay.

2  03 Q. Was there ever an issue with you about the

3  04 amount of time that it took to construct that facility?

4  05 A. I don't recollect. I don't remember.

5  **34. PAGE 76:06 TO 79:16 (RUNNING 00:03:30.972)**

6  06 Q. How much money did Dubai World Corporation

7  07 invest in the construction of that facility?

8  08 A. Now, for example, it's like 30 million

9  09 dollars invested in the facility.

10  10 Q. When you say "now," what do you mean by

11  11 "now"?

12  12 A. The number I hear now from my accountants

13  13 that it cost us to build or the facility there cost

14  14 about 30 million dollars.

15  15 Q. Now you hear that. What did you hear when

16  16 you were a witness to the construction of the facility?

17  **CONFIDENTIAL page 20**

18  **Dubai v Seahorse**

19  17 A. You know, there were a few numbers. I don't

20  18 remember the exact numbers that had been given.

21  19 Q. What were the few numbers?

22  20 A. I don't remember. I remember the

23  21 accumulation of the money so far in the construction.

24  22 I don't remember in the first year how much you spent,

25  23 second. If you want that, we will be able to find it

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

939

24 because we have the records to show you which year how

25 much it was. Because I want to make sure everything I

00077:01 give you correct.

02 Q. Thank you.

03 And you don't recall when the construction

04 was completed?

05 A. I don't recall dates, no.

06 Q. It was completed before this year, correct?

07 Before 2010?

08 A. Yeah, of course.

09 Q. It was completed before 2009, correct?

10 A. Yes.

11 Q. And it was completed before 2008, correct?

12 A. Yes.

13 Q. And it was completed before 2007, correct?

14 A. Yes.

15 Q. And it was completed before 2006, correct?

16 A. I don't remember months or years, to be

17 honest with you. Could have been, if you ask me is it

18 finished in 2003, '4, I don't remember, whether '3 or

19 '4.

20 Q. But you know it wasn't completed -- you know

21 it was completed before 2007, 2008 --

22 A. Yeah.

23 Q. -- 2009 --

24 A. That's right.

25 Q. -- 2010, correct?

00078:01 A. That's correct.

02 Q. And I have to remind you again, if you

03 would, if you would just let me finish my question,

04 because otherwise the court reporter is just going to

05 quit on us.

06 A. Okay.

07 Q. So there were no additional investments in

08 the construction of that facility during the years

09 2007, 2008, 2009 and 2010, correct?

10 A. I don't remember.

11 Q. Did you ever know?

12 A. No.

13 Q. Now, you stated that your accountants are

14 telling you that it was 30 million dollars that was

15 invested?

16 A. Thirty million dollars is what cost us to

17 have that facility.

18 Q. Today?

19 A. Today. And I think these records we can

20 give you the details of them.

21 Q. But you don't have any recollection or you

22 don't have any knowledge about the components of that

23 30 million dollars, do you?

1    24 A. No. Personally, no.

2    25 Q. Do you still direct that facility? I mean,

3    00079:01 do you still have any input as to what that facility

4    is

5    02 utilized for?

6    03 A. No.

7    04 Q. Who does?

8    05 A. Drydocks.

9    06 Q. Do you know what it's being utilized for?

10   07 A. I have no idea. But we can get you

11   **CONFIDENTIAL page 21**

12   **Dubai v Seahorse**

13   08 information on it.

14   09 Anything that I don't remember in this or I

15   10 don't recollect, we can get you the information,

16   11 precise.

17   12 Q. Well, rather than go into it with you, I'm

18   13 going to take you up on that.

19   14 A. Absolutely.

20   15 Q. I appreciate that. It will make our time

21   16 here less.

22   **35. PAGE 79:17 TO 80:05 (RUNNING 00:00:31.279)**

23   17 I happened to notice on your passport your

24   18 occupation is listed as businessman?

25   19 A. Yeah.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

20 Q. You have a business background, correct?

21 A. Yes.

22 Q. And you're well aware of the business

23 practices in Dubai and the Emirates?

24 A. More or less.

25 Q. You're the chairman of Dubai World

00080:01 Corporation and is your testimony that you're just more

02 or less aware of the business practices in Dubai and

03 the Emirates?

04 A. I don't know every business practice in

05 Dubai. However, I can supply you that.

**36. PAGE 84:03 TO 84:16 (RUNNING 00:00:36.495)**

03 Q. What else other than the design and

04 manufacture of submarines did that facility do during

05 Mr. Jaubert's tenure?

06 A. I remember submarines.

07 Q. That's all?

08 A. Could be boats also.

09 Q. Do you know?

10 A. Boats. I've seen boats there.

11 Q. So submarines and it also constructed boats?

12 A. Boats.

13 Q. And you have a yacht, correct?

14 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

943

1   15 Q. So you know boats, right?

2   16 A. Yes.

3   **37. PAGE 84:20 TO 85:25 (RUNNING 00:01:20.408)**

4   20 Q. So you're aware that that facility, during

5   21 Mr. Jaubert's tenure, manufactured -- did it also --

6   22 manufactured boats, correct?

7   23 A. Yes.

8   24 Q. And did it also design boats?

9   25 A. Yes.

10  00085:01 Q. And that was with Mr. Jaubert?

11  02 A. Yes.

12  03 Q. Did he discuss with you the design of these

13  04 boats?

14  05 A. Yes.

15  06 Q. And can you give me some examples of some of

16  07 the boats that he designed and constructed?

17  08 A. We discussed in one of the visits the

18  09 opportunity you see in the boat show that there could

19  10 be boats, people are buying boats and maybe as a diver

20  11 certification this could be an idea to produce a fast

21  12 boat or something that is unique.

22  13 Q. So you discussed with Mr. Jaubert the

23  14 concept of developing, as an example, this fast boat,

24  15 right?

25  16 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    CONFIDENTIAL page 22

2    Dubai v Seahorse

3    17 Q. That was in addition to the development and

4    18 the manufacture of submarines, correct?

5    19 A. Yes.

6    20 Q. And Mr. Jaubert did engage in the design and

7    21 construction of these fast boats, correct?

8    22 A. Yes.

9    23 Q. And that was with your approval, right?

10   24 A. Mr. Jaubert said he's a naval architect, he

11   25 can do this and he would start designing.

12   **38. PAGE 86:01 TO 89:02 (RUNNING 00:03:12.452)**

13   00086:01 Q. I think you characterized Mr. Jaubert as a

14   02 naval architect.

15   03 A. Yes, that's what he told me.

16   04 Q. He told you he was a naval architect?

17   05 A. (Witness nods head.)

18   06 Q. And did you --

19   07 A. And designer.

20   08 Q. A naval engineer -- let me withdraw that.

21   09 Let me ask you this question.

22   10 Is there a distinction in your mind between

23   11 a naval engineer and a naval architect?

24   12 A. There must be. I do not remember, but I

25   13 remember at one time he said an engineer and also as a

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

945

14 designer or architect, because he draws. So I assumed

15 that.

16 Q. So you assumed that he was a naval

17 architect?

18 A. He told me he's a naval architect.

19 Q. So he told you specifically he was a

20 naval --

21 A. Yes, yes.

22 Q. And you remember that?

23 A. Yeah.

24 Q. You remember that detail?

25 A. I remember -- not details, I didn't see

00087:01 certificates, but he says he designs boats and he

02 designs -- he can design boats and he can design

03 submarines.

04 Q. So he told you that he can design boats and

05 design submarines?

06 A. Yes.

07 Q. That's what he told you, that's what you

08 remember?

09 A. Oh, yes, yes.

10 Q. Do you remember anything else that he told

11 you in that regard?

12 A. No.

13 Q. So during all the conversations you had with

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

946

1    14 Mr. Jaubert regarding his capacity to and his

2    15 credentials to design boats and submarines, you

3    16 remember that he told you that he could design

4    17 submarines and he can design boats?

5    18 A. Yes.

6    19 Q. Now, you have a passion for boating,

7    20 correct?

8    21 A. Yes.

9    22 Q. And you enjoyed the opportunity to have

10   23 Mr. Jaubert develop these fast boats, correct?

11   24 A. What's your question?

12   25 Q. That was it. You enjoyed -- you have a

13   00088:01 passion for boating and you enjoyed the opportunity

14   02 that Mr. Jaubert's development of these fast boats

15   03 brought.

16   04 A. My joy for boats or passion has nothing to

17   05 do with the boat production that Mr. Jaubert had with

18   **CONFIDENTIAL page 23**

19   **Dubai v Seahorse**

20   06 us. These are totally unrelated things.

21   07 Q. So with your knowledge, Mr. Jaubert engaged

22   08 in not only building and designing submarines, but

23   09 building and designing boats?

24   10 A. Yes.

25   11 Q. And the example you gave is this fast boat?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    12 A. Yes.

2    13 Q. What was the fast boat?

3    14 A. The one he produced.

4    15 Q. What was it?

5    16 Did you ever see it?

6    17 A. Yes.

7    18 Q. Did you ever ride in it?

8    19 A. Yes.

9    20 Q. It was a fast boat, right?

10   21 A. It was a fast boat, yes.

11   22 Q. Very fast boat, correct?

12   23 A. Yes.

13   24 Q. Would you say it's the fastest boat you've

14   25 ever been on?

15   00089:01 A. No. It is not.

16   02 Q. What was the uniqueness about that vessel?

17   **39. PAGE 89:04 TO 89:09 (RUNNING 00:00:08.301)**

18   04 THE WITNESS: Which one?

19   05 BY MR. HESS:

20   06 Q. Was there a uniqueness about that fast boat?

21   07 A. It was a fast boat.

22   08 Q. Well, how much depth of water did it

23   09 contemplate?

24   **40. PAGE 89:12 TO 91:05 (RUNNING 00:02:05.364)**

25   12 THE WITNESS: Are you talking about the boat

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

948

1    13 or submarine, because --

2    14 BY MR. HESS:

3    15 Q. Boat.

4    16 You know what draft means, correct?

5    17 A. Yes, yes.

6    18 Q. What was the draft on that fast boat?

7    19 A. I have no idea. I don't remember.

8    20 Q. How was that fast boat powered?

9    21 A. By jet engines.

10   22 Q. How many of those were constructed?

11   23 A. I think he finished one.

12   24 Q. How many times did you go out in it?

13   25 A. I took a customer from the boat show to the

14   00090:01 facility, I think, maybe twice.

15   02 Q. Would you agree that it reached speeds of 80

16   03 miles an hour?

17   04 A. We haven't reached that speed.

18   05 Q. So that boat never reached 80 miles an hour?

19   06 A. Not with me.

20   07 Q. So you don't know if it ever did?

21   08 A. No.

22   09 Q. Just not with you?

23   10 A. Not with me, yes.

24   11 Q. Did you operate that vessel?

25   12 A. No. It was very noisy actually.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

13 Q. Now, since we're going to -- I'm going to

14 digress just a bit and change the subject just for a

15 moment.

16 You own a yacht, correct?

17 A. Yes.

18 Q. How big is that vessel?

19 A. Fifty meter.

**CONFIDENTIAL page 24**

**Dubai v Seahorse**

20 Q. And do you utilize that in a corporate or a

21 business capacity?

22 A. Pleasure.

23 Q. Do you ever utilize it in a business

24 capacity?

25 A. what do you mean?

00091:01 Q. Do you have clients there? Do you meet with

02 perspective clients?

03 A. Sometimes.

04 Q. Mr. Jaubert has been on your boat, correct?

05 A. Yes.

**41. PAGE 98:04 TO 98:11 (RUNNING 00:00:24.433)**

04 Q. How many times did Mr. Jaubert have an

05 opportunity to be on your yacht?

06 A. Maybe once or twice, I don't remember.

07 Q. Do you remember any of the specifics about

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

08 what transpired while he was on the yacht?

09 A. No.

10 Q. Do you remember any of the business that was

11 conducted while he was on the yacht?

**42. PAGE 98:14 TO 98:21 (RUNNING 00:00:11.816)**

14 THE WITNESS: No.

15 BY MR. HESS:

16 Q. Do you remember the Chinese delegation that

17 was on your yacht?

18 A. I don't remember.

19 Q. Does that mean it didn't happen, or you just

20 don't recall?

21 A. I don't remember.

**43. PAGE 98:22 TO 99:23 (RUNNING 00:01:20.455)**

22 Q. Did there come a time that Mr. Jaubert sent

23 to you a correspondence regarding the -- let me start

24 from scratch on that one. I'll withdraw that.

25 You are aware that Mr. Jaubert traveled to

00099:01 Dubai with two rifles, correct, or two weapons?

02 A. I'm not aware of that, no.

03 Q. You're not aware of that?

04 A. Prior to travel you mean?

05 Q. Travel to Dubai with weapons.

06 A. Am I aware that he intended to travel with

07 weapons?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

08 Q. Are you aware that Mr. Jaubert traveled to

09 Dubai, when you initially engaged him to conduct this

10 enterprise and develop this facility in Dubai --

11 A. Yes.

12 Q. -- are you aware that he brought weapons

13 with him?

14 A. When he arrived, they confiscated weapons

15 from him.

16 Q. And you gave him a copy of your passport to

17 help him get the clearance to bring those weapons

18 through customs, correct?

19 A. No.

20 Q. You never gave him a copy of your passport?

21 A. He might have gotten a copy of my passport.

22 But I just want to clarify, weapons are restricted

23 items.

**44. PAGE 101:03 TO 103:11 (RUNNING 00:02:26.401)**

03 Q. Mr. Jaubert arrived and openly provided

04 customs or the police, whoever it was, with the guns, a

**CONFIDENTIAL page 25**

**Dubai v Seahorse**

05 pistol and a rifle, correct?

06 A. I don't remember.

07 Q. You don't remember?

08 A. I remember weapons, I don't remember what

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

09 are they.

10 Q. Let's forget for a moment what they are.

11 They didn't find the weapons; he gave them

12 the weapons, correct?

13 A. I don't know the circumstances. All I know

14 is Mr. Jaubert told me, I brought my guns and they took

15 them from me. And I told him, it's not allowed.

16 Q. He traveled on the plane with a rifle and a

17 gun, and a pistol, correct?

18 A. I don't know.

19 Q. You're not aware that the airline gave him

20 special permission to do that?

21 A. I have no awareness of that.

22 Q. Does that mean it didn't happen or you don't

23 know?

24 A. No, I'm not aware of it.

25 But regardless if the airlines give anybody

00102:01 permits to carry a gun on board --

02 Q. I'm sorry, I didn't say carry, I said to

03 have a weapon.

04 A. To have a weapon, regardless of that,

05 customs will not allow it. I don't care who gives

06 permit. Only the police in Dubai will give permit to

07 law enforcement officers.

08 Q. There are shooting facilities in Dubai,

1   09 correct?

2   10 A. There are shooting facilities, yes.

3   11 Q. There are ranges, gun ranges, correct?

4   12 A. There are, yes.

5   13 Q. For sport shooting, correct?

6   14 A. They are available, but to bring -- sir, to

7   15 bring weapons into the country, there are special

8   16 permits, I'm sorry.

9   17 If I get permit from my country to carry a

10  18 gun and if I get the permit from the plane to carry it,

11  19 you think they'll allow me to -- they'll handcuff me

12  20 here in Miami.

13  21 Q. So you're aware that Mr. Dubai --

14  22 Mr. Jaubert traveled to Dubai with his sporting rifle,

15  23 correct?

16  24 A. After the fact. Had Mr. Jaubert called me

17  25 and told me, Sultan, by the way, I'm bringing my gun, I

18  00103:01 would have told him, do not bring it.

19  02 Q. You can bring a gun if you can get a permit

20  03 for it, correct?

21  04 A. You cannot, unless you go prior to the

22  05 authority. If you go to the authority and say, by the

23  06 way, I want to bring X gun on the shooting range. They

24  07 go and they check and maybe they will approve it and

25  08 maybe -- and in very strict, you know --

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   09 Q. Circumstances --

2   10 A. -- circumstances.

3   11 Q. -- right?

4   **45. PAGE 104:22 TO 105:09 (RUNNING 00:00:39.788)**

5   22 Q. Do you recall the e-mail -- an e-mail

6   23 transmission that Mr. Jaubert sent to you regarding the

7   24 copy of your passport and the endorsement of -- your

8   25 endorsement of an application for a license?

9   00105:01 A. I don't recall.

10   02 Q. And so, are you a sportsman, a sports

11   03 shooter?

12   **CONFIDENTIAL page 26**

13   **Dubai v Seahorse**

14   04 A. No.

15   05 Q. So how is it that you know the law so well

16   06 about guns, but you don't know whether or not

17   07 prostitution is illegal in Dubai?

18   08 A. Ah, in the customs. Customs we know what is

19   09 allowed and what is not allowed.

20   **46. PAGE 108:06 TO 108:09 (RUNNING 00:00:14.495)**

21   06 There came a time that you approved a 10

22   07 percent service charge on purchases that were being

23   08 made through Seahorse Submarines International, Inc.,

24   09 correct?

25   **47. PAGE 108:11 TO 108:19 (RUNNING 00:00:06.714)**

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

955

11 THE WITNESS: I don't remember that.

12 BY MR. HESS:

13 Q. You don't remember?

14 A. No.

15 Q. Does that mean it didn't happen?

16 A. Maybe it didn't happen. I say I don't

17 remember it.

18 (Sulayem Deposition Composite Exhibit 2 was

19 marked for identification.)

**48. PAGE 108:20 TO 108:25 (RUNNING 00:00:28.252)**

20 MR. MULLINS: Do you have a copy for us?

21 MR. HESS: Then in the meantime, while I'm

22 getting opposing counsel copies, could you mark

23 this as Composite Exhibit 3.

24 (Sulayem Deposition Composite Exhibit 3 was

25 marked for identification.)

**49. PAGE 109:12 TO 109:16 (RUNNING 00:00:11.190)**

12 Q. Mr. Bin Sulayem, I'm going to show you again

13 what's been marked as Composite Exhibit 2, it's two

14 documents. If you can take a look at those and let me

15 know after you've reviewed them.

16 A. Yes.

**50. PAGE 109:16 TO 110:03 (RUNNING 00:00:29.785)**

16 A. Yes.

17 MR. MULLINS: That's just a copy of that

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER**

1   18 one.

2   19 THE WITNESS: Yes.

3   20 BY MR. HESS:

4   21 Q. First of all, your signature appears on both

5   22 of those documents?

6   23 A. Yes.

7   24 Q. Let me show you what's been marked as

8   25 Composite Exhibit 3, also two documents, take a look at

9   00110:01 those and let me know when you've had an opportunity.

10   02 Make sure these two stay together because they're a

11   03 composite.

12   **51. PAGE 110:04 TO 112:18 (RUNNING 00:03:09.377)**

13   04 A. Yes, sir.

14   05 Q. Your signature appears on both those

15   06 documents in Composite 3?

16   07 A. Yes.

17   08 Q. And right above your signature on Composite

18   09 Exhibit 2 it states, "Approved by," correct?

19   10 A. Yes. Yes.

20   11 Q. On both documents?

21   **CONFIDENTIAL page 27**

22   **Dubai v Seahorse**

23   12 A. Yes.

24   13 Q. And then on the other Composite Exhibit 3?

25   14 A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15 Q. So by signing those documents you approved

16 those documents?

17 A. This is a request to spend basically and it

18 came to me to sign on behalf of -- to approve the

19 purchase of equipment, which I approved.

20 Q. It came to you -- you approved the document,

21 correct, you approved everything in the document,

22 correct?

23 A. What I had seen in this, which was brought

24 to me by Hamed Kazim, he said a request that Hervi had

25 requested to spend this much and I approve it.

00111:01 Q. And you didn't review it any closer that

02 than?

03 A. When it comes to finance, they do their job.

04 After we approve this, then there's a process of how

05 to -- this an approval to spend the money, okay.

06 Q. And you approved a 10 percent service

07 charge, correct?

08 A. Approval of the total amount that is being

09 spent.

10 Q. If I could see that exhibit again, I misread

11 it.

12 A. No, you didn't misread. I see --

13 Q. Are you saying that because the way I read

14 it says, approved by, it doesn't say, approving the

958

15 total amount, but not approving the 10 percent service

16 and handling charges.

17 A. No, no. Service and handling there, now,

18 what is the service and handling? I have no idea. Is

19 it shipping?

20 Q. Is it?

21 A. Insuring? I don't know.

22 Q. Is it?

23 A. I don't know. I don't know. I assume it is

24 shipping and handling. Shipping and handling basically

25 this is normal when something is shipped, I assume.

00112:01 But I don't read the details. I didn't look

02 at that and say, oh, that's 10 percent, is this so much

03 for shipping and handling? No, I didn't look at that.

04 I have many documents.

05 But once it leaves the office that it is

06 approved to spend this, then there's a process of how

07 it's going to be processed, which I don't get involved

08 in that. But I do agree I signed approved to spend

09 that.

10 Q. You do agree that it's a 10 percent shipping

11 and handling -- well, it says service and handling

12 charge, doesn't it?

13 A. Yes.

14 Q. Why did you say shipping and handling?

15 A. Could be shipping. No, because handling in

16 our business is shipping. Handling is shipping. When

17 we ship something, I'm the port. I know he that

18 handling is shipping.

**52. PAGE 113:18 TO 116:01 (RUNNING 00:02:36.825)**

18 Q. I think I was asking you about your

19 characterization of shipping charges. And you would

20 agree that on none of the four documents does the word

21 "shipping charge" or words "shipping charge" appear,

22 correct?

23 A. No. But usually handling, service/handling

24 usually means also shipping and insurance and all.

**CONFIDENTIAL page 28**

**Dubai v Seahorse**

25 And I've seen it because I'm in the port

00114:01 business. I've seen these words and it's always

02 handling. Handling in a port, it could be packaging,

03 it could be the crane carrying, putting it in a truck,

04 taking it, it could be handling.

05 Q. And on the first page of Exhibit 2, you have

06 that in front of you?

07 A. Exhibit 2, yes.

08 Q. Service and handling charges of $11,900,

09 correct?

10 A. There is 11,000, yes. Yes.

11 Q. On the first page of Exhibit 3, service and

12 handling charges of $11,165.

13 A. Yes.

14 Q. On the second page of Exhibit 3, service and

15 handling charges of $9,730.

16 A. Yes.

17 Q. And the second page of Exhibit 2, service

18 and handling charges of $6,120, correct?

19 A. Yes.

20 Q. All approved by you?

21 A. All those invoices, yes, were approved by

22 me.

23 Q. The shipping, the service and handling

24 charges -- I'm sorry, withdraw that.

25 The service and handling charges on each of

00115:01 those four documents --

02 A. Yes.

03 Q. -- were approved by you?

04 A. I approved the total amount including that.

05 Now, this is an approval to spend. And we

06 have so many documents that we approve to spend,

07 sometimes it gets spent and sometimes it doesn't get

08 spent.

09 The minute I sign this, that doesn't mean

10 it's going to be spent. There's a process of spending

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

11 it. And this means it's approved to spend the money,

12 but how they going to spend it and what process, that

13 is to the concerned party, finance and purchase people.

14 Q. I'm asking a very simple question. What I'm

15 asking you is: By signing this, these documents, these

16 four documents --

17 A. Yes.

18 Q. -- you approved, that's the language that's

19 on the documents, correct?

20 A. Yes.

21 Q. You approved the service and handling

22 charges on each one of those documents.

23 A. I approved it, yes.

24 (Sulayem Deposition Exhibit 4 was marked for

25 identification.)

00116:01 BY MR. HESS:

**53. PAGE 116:02 TO 116:23 (RUNNING 00:01:06.000)**

02 Q. Mr. Bin Sulayem, if you could review that

03 what's been marked as Exhibit 4.

04 A. Yes.

05 Yes.

06 Q. Your signature appears on that document

07 also, correct?

08 A. Yes.

09 Q. Do you have an understanding what this

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

10 document is? I'll withdraw that question.

11 It's a capital expenditure proposal,

12 correct, that you signed off on?

13 A. Yes.

**CONFIDENTIAL page 29**

**Dubai v Seahorse**

14 Q. It's regarding the development of the

15 Intruder?

16 A. Yes.

17 Q. What is the Intruder?

18 A. I don't remember which one is Intruder.

19 Q. Okay. At the time that you signed this

20 document did you know what the Intruder was?

21 A. I'm sure I did, but now I don't remember.

22 (Sulayem Deposition Exhibit 5 was marked for

23 identification.)

**54. PAGE 116:24 TO 117:03 (RUNNING 00:00:06.841)**

24 BY MR. HESS:

25 Q. Mr. Bin Sulayem, the court reporter has

00117:01 given you what's been marked as Exhibit 5.

02 A. Yes.

03 Q. Have you had an opportunity to review that?

**55. PAGE 117:04 TO 117:24 (RUNNING 00:01:02.890)**

04 A. Yes.

05 Q. Now, by signing that document you are giving

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

06 your approval to what that document contains, correct?

07 A. Yes.

08 Q. And at the time you were fully advised and

09 aware of what you were reviewing and what the -- what

10 was contemplated by the document?

11 A. At that time, yes.

12 Q. Today do you understand the --

13 A. I don't remember. I think it is a design.

14 I mean, here, for example, in Exhibit 5, construction

15 testing of single passenger prototype submarine. It

16 is, of course, one of the submarines, I just don't know

17 which one it is.

18 (Sulayem Deposition Exhibit 6 was marked for

19 identification.)

20 BY MR. HESS:

21 Q. You're being shown what -- the court

22 reporter has handed you what's been marked as Exhibit

23 6. Would you please take your time to look at that and

24 let me know when you've had a chance to review it.

**56. PAGE 117:25 TO 118:11 (RUNNING 00:00:31.613)**

25 A. There must be an inventory list, which isn't

00118:01 here, but...

02 Q. But you executed that, you signed that

03 document also, correct?

04 A. I signed it, yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

05 Q. And by signing that document you approved

06 that document, correct?

07 A. Yes.

08 (Sulayem Deposition Exhibit 7 was marked for

09 identification.)

10 BY MR. HESS:

11 Q. If you would review that one also.

**57. PAGE 119:05 TO 122:12 (RUNNING 00:04:12.312)**

05 Q. So you executed that document?

06 A. I approved this.

07 Q. And you approved it, correct?

08 Did you understand what you were approving

09 at the time you executed the document?

10 A. Yes. If you want me to go through them.

11 This one, for example, says we're going to spend

12 650,000 and projected value would be 4 to 5 million

**CONFIDENTIAL page 30**

**Dubai v Seahorse**

13 dollars.

14 So usually they show in these documents that

15 by spending this, you're going to save for that, so

16 this should be -- and you can see clearly, in dirhams,

17 you're going to spend 2.5 or 2.9, 2.9, I guess and

18 you're going to make 7 million.

19 So I look at these figures myself and I say,

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

965

20 oh, I'm going to spend this much and I'm going to make

21 that much, the company is good. I have always done

22 that.

23 Q. What is your understanding of the item 10 in

24 that document?

25 A. This is approved through Seahorse. I can't

00120:01 read the whole thing.

02 Q. But your understanding is that the -- well,

03 it says, "All major systems are going to be procured

04 through Seahorse Submarines," correct?

05 A. That's what it says here.

06 Q. And you approved that, correct?

07 A. I approved the amount. The detail I didn't

08 know.

09 Q. So is it your testimony today that when you

10 sign these documents you're not really looking at the

11 details, you're just approving the amounts?

12 A. I approve the amount based on the signature

13 of the people who signed it who sent it to me. I don't

14 go in detail and say, let me read this, because I sign

15 many documents, if you can imagine, I would not leave

16 my office, I need more than 24 hours to read every

17 document and say, oh, is this -- George, can you look

18 at that? I would not. I only have 24 hours. It

19 wouldn't be enough for that.

20 There are other people who their job is to

21 go through the proper requirement and documentation

22 after I sign. So it doesn't mean if I sign it it is a

23 go-ahead, they need to look at it. But it's an

24 approval at least that they can go ahead.

25 Q. You were aware when you signed it that the

00121:01 document said that all major systems were going to be

02 procured through Seahorse Submarines, correct?

03 A. I'm not aware of that, no.

04 Q. You're not aware of that?

05 A. No. No.

06 Q. Whose other signature appears on that

07 document as project manager?

08 A. Sanil. Sanil is a guy who passed away

09 actually. He used to work for Jaubert.

10 Q. And what did he do?

11 A. I think project manager. He was working

12 with Jaubert.

13 Q. So is your answer the same as your answer to

14 my questions regarding item 10 or in item 12 it says

15 that, "The projected selling value of the Intruder is 4

16 to 5 million with the latest technology upgrade. Palm

17 Marine intends to build 100 Intruder in the next five

18 years and expect a significant profit."

19 Again, you ignored that when you signed it?

20 A. I looked at here, when they bring this to me

21 I said, oh, approve this 2.9 and we're going to make --

22 we're going to sell it for this. And when I looked at

23 these figures I said, Sanil signed it, the people

24 signed it. I have no issue.

25 Now they go and they do the process.

00122:01 Whether they will eventually spend it -- if you tell

02 me, have they spent this? Are you sure they spent

03 this? I have no idea. Because I sign many of these

**CONFIDENTIAL page 31**

**Dubai v Seahorse**

04 documents. It goes through, you know, all kind of

05 process, some get approved, some of them don't.

06 Q. Why even have your signature on the

07 document?

08 A. Because to allocate funds they have to get

09 my signature. But once the funds are allocated that

10 doesn't mean they have the right to go spend it. They

11 do their process before that.

12 I don't get involved in that process.

**58. PAGE 123:04 TO 123:17 (RUNNING 00:00:38.052)**

04 Q. So your testimony is -- and you are a

05 college-trained businessman, correct?

06 A. What do you mean by college-trained?

07 Q. Well, you went to college, right?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   08 A. I did.

2   09 Q. In fact, where did you go to school for

3   10 business?

4   11 A. Temple University, Philadelphia.

5   12 Q. Anywhere else?

6   13 A. No.

7   14 Q. And The Wharton School of Business?

8   15 A. No, I haven't been there.

9   16 Q. So it's your practice to execute documents

10  17 just based upon a number that's provided?

11  **59. PAGE 123:21 TO 124:06 (RUNNING 00:00:33.498)**

12  21 Q. To approve that number?

13  22 A. I approve a number knowing that always we

14  23 have a process after that.

15  24 This is not a check. If somebody takes a

16  25 document like that and goes to the bank and said, I

17  00124:01 have approval, it will not pass. Because to spend it

18  02 they have to write checks. And the person writes the

19  03 checks will do the process. I don't write the checks.

20  04 MR. HESS: This is 8, please.

21  05 (Sulayem Deposition Exhibit 8 was marked for

22  06 identification.)

23  **60. PAGE 124:07 TO 125:22 (RUNNING 00:01:53.785)**

24  07 THE WITNESS: Yes.

25  08 BY MR. HESS:

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

09 Q. Now, of course, you signed that document

10 also, correct?

11 A. Yes.

12 Q. And you approved the 50 percent advance

13 payment?

14 A. I signed the document, okay, which is

15 basically for that amount, yes.

16 Q. And, again, your testimony is the same as

17 your others in that regard is that you're just -- what

18 are you approving? What is your understanding of what

19 you're approving in this document?

20 A. Allocation of fund to invest.

21 Q. How much money?

22 A. Here it says the amount is $42,000. And,

23 basically, I looked that the figure and I see the

24 signature and it goes to the process.

25 Now, the process is somebody else's, because

00125:01 those who write the checks will have their process.

02 Q. You do agree that in the remarks section it

03 says, "50 percent advance payment towards development,

04 design, patent and construction of passenger prototype

05 Palm Stingray Duo wet submarines," correct?

06 A. I see that.

**CONFIDENTIAL page 32**

**Dubai v Seahorse**

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   07 Q. And then it also goes on to say, "and U.S.

2   08 dollars 25,000 towards 50 percent ownership and

3   09 worldwide patent rights as per attached" -- what does

4   10 M/S mean to you?

5   11 A. I have to guess. Seahorse Submarines, I

6   12 guess.

7   13 Q. So now you understand that it's for a 50

8   14 percent advanced payment, correct?

9   15 A. Now from this document, yes.

10   16 Q. But before when you signed it back in -- do

11   17 you know when you signed this document?

12   18 A. When I signed it, as I tell you, and I will

13   19 also tell you again, this is a request to pay. And

14   20 then there's a process for it.

15   21 (Sulayem Deposition Exhibit 9 was marked for

16   22 identification.)

17   **61. PAGE 125:23 TO 126:21 (RUNNING 00:01:22.917)**

18   23 THE WITNESS: Yes.

19   24 BY MR. HESS:

20   25 Q. You signed and approved that document also?

21   00126:01 A. That's right.

22   02 Q. What was your understanding of what you were

23   03 approving in that document?

24   04 A. It's a request to spend $85,000.

25   05 Q. And now when you look at it, is it anything

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

06 more specific in there?

07 A. There are many specific there in it.

08 Q. So you never looked at the fact that in item

09 10 it was Seahorse Submarines International, Inc. that

10 was the supplier, proposed supplier?

11 A. No.

12 Q. Now, so far the documents that I've shown

13 you, these exhibits, without your signature, without

14 your approval of these documents that the capital

15 expenditure proposal can go no further, correct?

16 A. It will not be allocated.

17 Q. So it can go no further, won't be allocated?

18 A. Basically by that signature they understand

19 in their budgeting that they're going to leave this

20 amount. We might spend it for this, we might, because

21 it's been approved.

**62. PAGE 127:07 TO 128:03 (RUNNING 00:00:54.033)**

07 Q. Now, who signs before -- do you sign before

08 Ahmed Kazim --

09 A. No.

10 Q. -- or do you sign after?

11 A. After.

12 Q. And, again, you didn't care to notice any of

13 the other items other than the expenditure which was

14 requested, which was, what, 5.6 million dirham?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

15 A. Absolutely, yes.

16 Q. Now looking at it, you understand that, you

17 read the other portions of it, correct?

18 A. I see the other portions of it, yes.

19 Q. And it was for the --

20 A. Test pool.

21 Q. Are you aware of the test pool?

22 A. Yes.

23 Q. And what is your awareness of the test pool?

24 A. To test, it's in here, to test the submarine

25 for leakage and all that.

00128:01 Q. Did you know about the test pool prior to

02 today?

**CONFIDENTIAL page 33**

**Dubai v Seahorse**

03 A. No, I am aware of it before, yes.

**63. PAGE 128:04 TO 128:11 (RUNNING 00:00:27.373)**

04 Q. Now, what is your knowledge of the -- do you

05 have an understanding of whether or not Mr. Jaubert was

06 to be -- let me withdraw that. Let me rephrase that.

07 Dubai Corporation was to pay for the

08 relocation expenses of Mr. and Mrs. Jaubert and his

09 family in traveling from Stuart and picking up from

10 Stuart and starting again in Dubai World -- in Dubai,

11 correct?

973

**64. PAGE 128:15 TO 128:20 (RUNNING 00:00:23.250)**

15 Q. Dubai World Corporation, in order to

16 facilitate Mr. Jaubert's beginning the enterprise in

17 Dubai to construct these submarines to build this

18 factory, Dubai World Corporation agreed to compensate

19 him for the delivery of his vehicles and his

20 possessions, correct?

**65. PAGE 128:23 TO 129:07 (RUNNING 00:00:30.947)**

23 THE WITNESS: I'm unaware of that.

24 BY MR. HESS:

25 Q. You're not aware of that?

00129:01 A. No. I am unaware of the details that he

02 might have made with them, but I'm not aware of that

03 personally.

04 But usually people who travel, who relocate,

05 they compensate them.

06 Q. So it doesn't surprise you that he was to be

07 compensated for the delivery of his vehicles?

**66. PAGE 129:10 TO 129:14 (RUNNING 00:00:09.317)**

10 THE WITNESS: Vehicles, no.

11 BY MR. HESS:

12 Q. It does surprise you or it doesn't?

13 A. It does surprise me. We don't relocate

14 vehicles for people.

**67. PAGE 129:15 TO 132:03 (RUNNING 00:03:17.320)**

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER**

15 Q. I'm going to show you what's going to be

16 marked as Composite Exhibit 11. I'm sorry, it's not a

17 composite, just one exhibit.

18 (Sulayem Deposition Exhibit 11 was marked

19 for identification.)

20 BY MR. HESS:

21 Q. Mr. Bin Sulayem, if you would take a look at

22 what's been marked as 11.

23 A. Yes. I see it, yes.

24 Q. Rather than Hamed Kazim approving it, you

25 crossed out his name and you approved it, correct?

00130:01 A. No, I didn't cross that. Maybe he wasn't

02 available in Dubai and the secretary crossed it.

03 Q. You signed it?

04 A. I signed it. I see my signature here.

05 However, you know --

06 Q. Let me guess, you don't have any idea what

07 was contained in that document --

08 A. No. No. No. I'm trying to understand,

09 because we don't usually ship people's cars for them.

10 And it could have been, again, and I don't know, I'm

11 just trying to remember and I don't have a memory,

12 could have been that he has asked for us to pay for

13 this and he will pay us back, maybe, I have no idea.

**CONFIDENTIAL page 34**

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER**

**Dubai v Seahorse**

14 But this is unusual. But this is my signature.

15 Q. So your testimony under oath today is

16 maybe -- your explanation is it's unusual, maybe he

17 asked you to ship them over --

18 A. Maybe, maybe he has people --

19 Q. If I could finish.

20 A. Yes.

21 Q. Maybe he asked you to ship them over, Dubai

22 World Corporation to ship them over so that he could

23 pay you back?

24 A. Maybe he will reimburse them. I have no

25 idea.

00131:01 Q. Maybe Dubai World Corporation agreed to pay

02 for the two Hummers being shipped over to Dubai, right?

03 A. Unlikely.

04 Q. It's more likely that you would requisition,

05 you would approve funds so that you could be paid back?

06 A. Oh, yeah, it happens with us. People would

07 say, pay me, I will pay you.

08 Q. Does it say that anywhere in there?

09 A. In this one?

10 Q. Yeah. Does it say "to be paid back" --

11 A. No.

12 Q. -- or to be compensated?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

13 A. No, but could be anything attached to it. I

14 have no idea what's behind it. Again, this is a

15 request. As I told you, this is not a check, it's a

16 request. When we sign it, it goes through the process.

17 Q. Was there anything attached to it?

18 A. I don't know.

19 Q. So this document, though, when you signed it

20 you recognize that it was for the shipping expense of

21 containers and two Hummer vehicles?

22 A. I don't remember the circumstances when I

23 sign it, but I did sign it.

24 Q. Why this document would you not remember if

25 you read the particulars, but in all of the other

00132:01 countless documents you've testified that it wasn't

02 part of your duties or your abilities to review the

03 details, you were only signing off on a requisition --

**68. PAGE 132:05 TO 132:08 (RUNNING 00:00:07.632)**

05 THE WITNESS: No, no, easy. We always sign

06 requests. And I told you many time we sign

07 them. Some of them get paid, some of them

08 don't.

**69. PAGE 132:10 TO 132:16 (RUNNING 00:00:14.513)**

10 Q. But when you signed it you knew that this

11 was for a shipping expense of containers and two Hummer

12 vehicles?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

13 A. I don't remember the detail. There must be

14 something, but this is unusual, I don't remember we

15 ever shipped for somebody any car, especially in Dubai

16 we have plenty of cars.

**70. PAGE 132:24 TO 133:02 (RUNNING 00:00:16.406)**

24 Q. Do you remember ever -- it's very unique

25 that Dubai brought Mr. Jaubert to Dubai to construct a

00133:01 multi-million-dollar submarine design and construction

02 facility, correct?

**71. PAGE 133:05 TO 133:20 (RUNNING 00:00:39.033)**

05 THE WITNESS: It is what?

**CONFIDENTIAL page 35**

**Dubai v Seahorse**

06 BY MR. HESS:

07 Q. Unique.

08 A. What is unique about it?

09 Q. You know, it's my confusion. I thought

10 before when I was asking you, you only have one

11 manufacturing plant for submarines in Dubai, right?

12 A. That I'm aware of, yes.

13 Q. Well, what does unique mean to you?

14 A. I wouldn't consider it's a unique thing that

15 you have asked a designer to go and design. There are

16 people who are asked to design an underwater hotel, it

17 never got built. It's not unique.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

18 Q. It's not unique -- so you don't construe the

19 hiring -- well, the urging of Mr. Jaubert to come to

20 Dubai --

**72. PAGE 134:11 TO 138:07 (RUNNING 00:04:40.264)**

11 Q. We talked a lot about your approval of

12 requisitioning of funding, correct?

13 A. Yes.

14 Q. It's accurate to say that without your

15 signature on a funding requisition, it doesn't happen

16 in Dubai World, correct?

17 A. Not necessarily. Because some of the

18 company, like DP World, for example, they approve their

19 own requisition --

20 Q. Let me make is easier. But as far as is

21 Mr. Jaubert was concerned --

22 A. No. As far as Exomos, if I didn't approve

23 this, then there will not be a process to pay.

24 Q. So any moneys that Mr. Jaubert requested,

25 desired or received had to begin with your signature?

00135:01 A. Had to begin with Hamed Kazim and whoever

02 requested on the form and then it comes to me.

03 Q. So Mr. Jaubert never had an opportunity

04 to -- he didn't have checks for the Exomos account? He

05 couldn't sign checks?

06 A. Checks cannot be signed. Even the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

07 requisite, even my signature is not have a check, it is

08 a process.

09 Q. In fact, Exomos doesn't have a checking

10 account?

11 A. I don't know.

12 Q. Did you involve yourself during any period

13 of time of the Exomos business or Mr. Jaubert's tenure

14 constructing and designing submarines and other

15 vessels, did you involve yourself in any business

16 viability assessments?

17 A. Viability, no.

18 Q. So any of the studies that came out, that

19 wasn't something that you were involved with?

20 A. What's your question?

21 Q. Viability studies. I think you just

22 answered, but I want to make sure.

23 A. No, I didn't. It comes through the group, I

24 mean, the CFO and all that.

25 Q. We touched upon it earlier, but do you have

00136:01 any knowledge or information or opinion about what

02 makes Dubai such a favorable place -- well, let me

03 withdraw that.

04 Let me start that again.

05 Back in 2004 when Dubai was encouraging

06 Mr. Jaubert to come there to build submarines --

1   07 A. Yes.

2   08 Q. -- was the labor force and the relative

3   09 cheapness of the labor force, is that something you

4   **CONFIDENTIAL page 36**

5   **Dubai v Seahorse**

6   10 have any knowledge of? Is that something that

7   11 concerned you or didn't concern you or something that

8   12 you know of?

9   13 A. Regarding this business?

10   14 Q. Uh-huh.

11   15 A. Obviously, I think when he came to see the

12   16 boat show it was enlightening for him to see boat

13   17 manufacturers there. I don't know really, I can't

14   18 recall whether labor was a main factor.

15   19 Q. What I'm asking is do you --

16   20 A. Yeah.

17   21 Q. -- did you then, do you have any particular

18   22 knowledge of the labor force or the dynamics of the

19   23 labor force back --

20   24 A. No, no. Personally?

21   25 Q. Yes, personally.

22   00137:01 A. No.

23   02 Q. Do you have any information or knowledge

24   03 regarding the utilization of Ernst & Young in West Palm

25   04 Beach to review the assets of Seahorse Submarines back

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  05 in 2004?

2  06 A. Yes.

3  07 Q. And what was your understanding of that?

4  08 A. It was asked by Hamed, because he used to

5  09 work for Ernst & Young, so he asked them to do a

6  10 report.

7  11 Q. And what did he tell you that he asked them

8  12 to do?

9  13 A. I don't recall. I don't recall right now.

10  14 Q. So your only knowledge is that Ersnt & Young

11  15 was engaged to complete a review of the assets?

12  16 A. Yes.

13  17 Q. But you don't have any knowledge of the

14  18 review --

15  19 A. I don't recall. I mean, they must have

16  20 showed me something, I just don't recall it now.

17  21 Q. Was it also included in your knowledge that

18  22 they were evaluating the market value of the

19  23 intellectual properties and the physical assets of

20  24 Seahorse Submarines?

21  25 A. I don't recall the detail.

22  00138:01 Q. At some time did you know and you just don't

23  02 recall today?

24  03 A. I don't remember really to be honest with

25  04 you. I can't recall what value was put in details.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

05 Q. Now, you would, in your relationship with

06 Mr. Miller, you would relay to Mr. Miller items that he

07 was to discuss with Mr. Jaubert, correct?

**73. PAGE 138:10 TO 141:13 (RUNNING 00:04:13.771)**

10 Q. During the year 2004 --

11 A. Give me a specific for example.

12 Q. In 2004 when you were -- when Dubai World

13 Corporation was negotiating with Mr. Jaubert about the

14 purchase of submarines and then to the development of a

15 business in Dubai, you would utilize Mr. Miller as a

16 conduit for information from you to Mr. Jaubert,

17 correct?

18 A. What kind of information? Give me an

19 example, an instance that I told Jim to go and tell X

20 to Jaubert so I can recall, that knowledge.

21 Q. For instance, that -- I'll give you one.

22 That Ernst & Young was going to be completing a review

23 of assets.

24 A. So you're asking me that I told Jim Miller

25 to tell Jaubert --

**CONFIDENTIAL page 37**

**Dubai v Seahorse**

00139:01 Q. No.

02 Did you understand that Jim Miller was

03 acting as a conduit of information between you and

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  04 Jaubert about any of the aspects of the purchase of

2  05 submarines or the enterprise in Dubai?

3  06 A. Jim Miller was involved in the beginning to

4  07 find Jaubert's factory and him. And then the rest

5  08 really stayed with Hamed, who is the finance guy who

6  09 did the review, I guess, with Ernst & Young.

7  10 Jim, in the beginning, I might ask him to

8  11 tell me what's going on in the factory, whether it was

9  12 finished, he would let me know.

10  13 Q. What do you mean by in the beginning?

11  14 A. In the first year, maybe 2004.

12  15 Q. But Mr. Miller continued to be involved in

13  16 Exomos, correct?

14  17 A. Yeah, then he stayed with Exomos.

15  18 Q. So what do you mean by in the beginning?

16  19 A. In the -- no, I was asking if they were

17  20 constructing, they were building -- like if I want to

18  21 go to the factory and I know Jim is always there. I

19  22 would call him and say, is it worth coming now to see

20  23 the building finished or not? And he would tell me,

21  24 yes, it's finished, or we just finished one, or Jaubert

22  25 finished one submarine or half finished and then I come

23  00140:01 and look at it.

24  02 Q. Do you have any firsthand knowledge -- let

25  03 me step back.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

984

04 Do you have any information or knowledge

05 about the fire on the Golby?

06 A. No. I know it happened, but why -- I

07 understand from Jaubert it was charging and it caught

08 fire, but I don't know. I didn't see the damage or the

09 repair on it.

10 Q. When you said you understand from

11 Mr. Jaubert; Mr. Jaubert told you that it was caused by

12 the charging of the batteries?

13 A. Yes.

14 Q. And your understanding is that it

15 happened -- let me start that again.

16 The boat -- the sub didn't catch fire when

17 it was in the water, correct?

18 A. I don't know. I mean, they were charging,

19 but I have no idea.

20 Q. So you don't really have any knowledge or

21 understanding of the process of charging these

22 batteries on these subs?

23 A. No.

24 Q. Dubai World was considering utilizing these

25 shallow water sub -- these submarines, let me just say

00141:01 submarines for now --

02 A. Yes.

03 Q. -- as a tourist facility in terms of what,

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    04 Atlantis at first?

2    05 A. Yes.

3    06 Q. Didn't Dubai World also have this idea that

4    07 they were going to build some underwater structures?

5    08 A. No, not Dubai World. No. There was some

6    09 investors who promoted an idea of building underwater

7    10 hotel. They wrote about it in the paper. It never

8    11 came really, it never materialized. And not really an

9    12 investment or proposal from Dubai World. There are

10   13 people who -- sub developers who approached us.

11   **CONFIDENTIAL page 38**

12   **Dubai v Seahorse**

13   **74. PAGE 141:14 TO 142:25 (RUNNING 00:01:51.471)**

14   14 Q. What was your involvement in the contractual

15   15 relationship that resulted between Mr. Jaubert and

16   16 Dubai World or a Dubai World subsidiary?

17   17 A. What do you mean contractual relationship?

18   18 Q. Do you have any understanding or knowledge

19   19 of the relationship that ultimately occurred when

20   20 Mr. Jaubert arrived in Dubai in terms of the building

21   21 of submarines and the --

22   22 A. So what's the specific question you're

23   23 asking me?

24   24 Q. I'm asking what's your knowledge. Do you

25   25 know what the relationship was in terms legally,

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   00142:01 contractually, joint venture, what the relationship

2   02 was --

3   03 A. He was working in Palm Marine or Exomos to

4   04 develop and build submarines.

5   05 Q. What's the difference between Exomos and

6   06 Palm Marine?

7   07 A. I think in the beginning it was Exomos and

8   08 then later on we changed it to -- we added, I think,

9   09 Ahmed Butti came -- remember, there was a submarine,

10   10 there was another company making boats called Palm

11   11 Marine. So when there was a decision, not by me again,

12   12 by Ahmed Butti that instead of Palm Marine is utilizing

13   13 something, some other facility where they pay rent,

14   14 they can come and produce it in the same place.

15   15 Q. Now, was Palm Marine developing and

16   16 producing submarines?

17   17 A. No, building boats.

18   18 Q. What did Mr. Jaubert have to do with Palm

19   19 Marine?

20   20 A. I think sharing the same premises.

21   21 Q. But he wasn't an operating officer, he

22   22 wasn't --

23   23 A. I don't remember really what position he had

24   24 with Palm Marine, I can't recall, but we can go back to

25   25 the records.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

**75. PAGE 143:10 TO 146:14 (RUNNING 00:04:10.134)**

10 Q. There were prototype submarines that were

11 being developed, correct?

12 A. Yes.

13 Q. And that was important to Dubai World,

14 wasn't it?

15 A. The whole concept was important not just the

16 prototype. There were submarines that we bought that

17 we needed to operate them and it never operated.

18 Q. Well, there was never any -- are you telling

19 me that you pressured Mr. Jaubert to operate those

20 other submarines or instructed him to operate those

21 other submarines?

22 A. We didn't pressure anybody anything.

23 Jaubert was there to develop, but a lot of the

24 prototype, in my opinion, again, I'm not a salesman,

25 people need to see working submarine before they can

00144:01 buy something. And we never had any operation that was

02 ready, not that cannot be ready, but I haven't seen

03 anything ready.

04 Q. So as far as you're aware, there was no

05 submarine that was operational?

06 A. That we could take customers in, no.

07 Q. So you haven't seen the various brochures --

08 so you're not aware of any film clips or video or

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   09 photographs --

2   **CONFIDENTIAL page 39**

3   **Dubai v Seahorse**

4   10 A. No, but in actual. I've seen photographs

5   11 and Internet and all that. But there were attempts to

6   12 use the submarines for trials, which I understand, I

7   13 haven't seen for my own eyes, I can only rely on what

8   14 people told me, that there were leakage, they were to

9   15 become dangerous for people to use, as I've been told.

10  16 Q. So you were told that, but you don't have

11  17 any independent knowledge of that?

12  18 A. No. But then we actually employed, again,

13  19 Hamed and they brought somebody who knows submarines

14  20 and -- who basically looked at them and they came with

15  21 a document that they're unsafe. Or they are

16  22 uncertifiable by class.

17  23 Q. Or or both?

18  24 A. Unsafe and both, and also can't be

19  25 certified. And, again, I'm not saying that, my people

20  00145:01 say that they have documents for it.

21  02 Q. Right. Because you're not an expert in that

22  03 regard, correct?

23  04 A. No, I'm not.

24  05 Q. And you've never been in one of these

25  06 submarines, correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

989

07 A. No.

08 Q. Do you know where the -- what happened to

09 those original submarines that were transported from

10 Florida to Dubai?

11 A. Again, last time maybe a few years ago when

12 he was there I saw them in the factory. But I haven't

13 been to the factory since.

14 Q. So you don't know -- you don't have any

15 understanding of the condition of those vessels or --

16 A. No. I have no idea.

17 Q. Do you know how big the Exomos facility was,

18 that manufacturing facility?

19 A. In size?

20 Q. Uh-huh.

21 A. I have no idea.

22 Q. Do you have any understanding of who

23 designed the building or any of those incidentals?

24 A. No. It's available, all that information is

25 available, but I myself can't recall which contractor,

00146:01 which architect designed them. Who designed them I

02 have no idea, but we can get --

03 Q. But my understanding of your testimony so

04 far, and correct me if I'm wrong, it just isn't

05 really -- you're the guy on top --

06 A. Yes.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

07 Q. -- and you rely on other people to make

08 those determinations?

09 A. Of course, yes.

10 Q. Now, do you have any understanding of the

11 marketability to -- market ability to purchase

12 materials in the UAE in contrast to the availability of

13 the materials outside the UAE in terms of the building

14 of submarines?

**76. PAGE 146:17 TO 148:07 (RUNNING 00:02:03.000)**

17 THE WITNESS: Can you ask me again?

18 BY MR. HESS:

19 Q. Sure.

20 Do you have any -- is it within your scope

21 of understanding or knowledge the availability of

22 materials that are necessary to build submarines?

23 A. No.

24 Q. So you don't know -- you don't have any

25 understanding or knowledge of what materials are

**CONFIDENTIAL page 40**

**Dubai v Seahorse**

00147:01 available in the UAE for -- and then in comparison

with

02 what materials are available outside the UAE --

03 A. Absolutely not.

04 Q. Do you know how many employees that

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

05 Mr. Jaubert had working under him?

06 A. I don't know. I don't remember.

07 Q. Now, you -- you socialized with Mr. Jaubert,

08 correct?

09 A. Well, not a regular basis, but I met -- when

10 I was not busy, we would see him in the boat show.

11 We went to Djibouti, which is a

12 French-speaking place. And we --

13 Q. It's in Africa, correct?

14 A. Africa. And he went with us once, I think.

15 And then he came to my boat once.

16 Q. What did you do in Djibouti? What was that

17 for? Pleasure?

18 A. No, no, we have a port in Djibouti. We are

19 building a -- we are constructing a port there. And

20 it's a good diving place, so we invite him to dive with

21 us there.

22 Q. Is that your only recollection of what you

23 did in Djibouti, the inspection of the port and the

24 diving --

25 A. And we did diving and fishing, that's all.

00148:01 We were building -- we were constructing a

02 hotel. We were constructing a port at that time. And

03 we stayed briefly, I think, maybe a day or two maximum.

04 Q. Now, do you have any understanding of the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

992

1   05 way that Mr. Jaubert would acquire and pay for items

2   06 through Seahorse Submarines?

3   07 A. No.

4   **77. PAGE 148:19 TO 148:23 (RUNNING 00:00:18.000)**

5   19 Were you aware that Mr. Jaubert, in terms of

6   20 being able to accomplish the construction of the

7   21 submarines, would purchase the items first and then

8   22 would request that he be reimbursed for those items?

9   23 A. I'm not aware of that.

10  **78. PAGE 153:01 TO 153:18 (RUNNING 00:00:48.504)**

11  00153:01 Q. So is your -- my question was: You are

12  02 aware that one of the accusations is is that

13  03 Mr. Jaubert improperly charged the 10 percent service

14  04 and handling charges.

15  05 A. I'm not aware really of the total thing

16  06 against him. If you say this is one of them, I'll take

17  07 your word, but I haven't seen the document that been

18  08 submitted, to be honest with you.

19  09 Q. I don't want you to take my word.

20  10 A. I haven't seen it. And my auditor will have

21  11 actually the list of things that they're accusing him

22  12 of mishandling. They have it.

23  13 Q. So your testimony is is that you just don't

24  14 know that one of the items that they're accusing

25  15 Mr. Jaubert of --

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   16 A. I don't know. It could --

2   17 Q. -- is this 10 percent --

3   18 A. Yeah --

4   **79. PAGE 153:23 TO 154:09 (RUNNING 00:00:43.937)**

5   23 Q. I'm just trying to get a yes or no.

6   24 Right now I know there's a bunch of things,

7   25 but I'm just asking you about one thing. And the only

8   00154:01 thing I'm asking you about is this 10 percent charge.

9   **CONFIDENTIAL page 41**

10  **Dubai v Seahorse**

11  02 You're not aware that Dubai World

12  03 Corporation is accusing -- is saying that that was

13  04 wrong that he received the 10 percent charges?

14  05 A. It could be one of them. I haven't seen

15  06 the...

16  07 Q. Why is it that you haven't been required

17  08 to -- have you been required to account for your

18  09 approving those 10 percent charges?

19  **80. PAGE 154:12 TO 154:12 (RUNNING 00:00:01.508)**

20  12 THE WITNESS: By whom?

21  **81. PAGE 154:15 TO 155:10 (RUNNING 00:00:52.496)**

22  15 Q. By anyone.

23  16 A. I approved the bills, then they do a

24  17 process, as I told you. And they could be -- it could

25  18 happen one day actually somebody puts a request for

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  19 payment, falsifies completely and I would sign it,

2  20 trusting the people who requested it.

3  21 But in the process, they figure it out and

4  22 they will stop it. And they come to me, sorry, we

5  23 stopped it, it was wrong. They do that. So the

6  24 process they do, I don't really.

7  25 Q. Yeah, I'm not asking about falsification,

8  00155:01 because I haven't asked you about that, correct?

9  02 You're not aware that Mr. Jaubert falsified

10  03 any documents, are you?

11  04 A. I am not aware. And I'm not aware not also,

12  05 both ways.

13  06 Q. I'm not asking that.

14  07 What I'm asking is is this 10 percent

15  08 surcharge. Did the auditors come to you and say,

16  09 Sultan, you approved this?

17  10 A. No.

18  **82. PAGE 156:12 TO 156:17 (RUNNING 00:00:13.357)**

19  12 Q. Do you have an e-mail address of

20  13 ssulayem@aol.com?

21  14 A. Yes.

22  15 Q. And that's been your e-mail address for the

23  16 last how many years?

24  17 A. Many years.

25  **83. PAGE 165:24 TO 166:13 (RUNNING 00:00:44.000)**

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   24 Q. When is the last time you talked to

2   25 Mr. Jaubert?

3   00166:01 A. When he was in Dubai. Just before he left.

4   02 Q. Do you recall when that was?

5   03 A. I don't remember the date. But I remember

6   04 he called. He was concerned. And I told him not to

7   05 worry because basically, you know, if he hasn't done

8   06 anything, he shouldn't worry.

9   07 But Mr. Jaubert expected me to do more,

10  08 which is not in my capacity. I'll be honest with you,

11  09 there's no way I can control the police or tell them

12  10 which way to go. That is impossible in Dubai.

13  11 Q. And the auditors?

14  12 A. And the auditor. And if I tell -- they will

15  13 laugh at me.

16      MR. CEDERBERG:  That concludes the testimony, Your

17  Honor.

18      THE COURT:  All right.  Let's take a break.  Take about

19  10 minutes, we'll be back at five of noon.  Take 15, we'll be

20  back at noon.  Because that's what usually ends up happening

21  anyway.

22      (Jury out at 11:45 a.m.)

23      THE COURT:  Be ready with your next presentation, okay?

24      MR. CEDERBERG:  We will, Your Honor.

25      (Brief recess)


**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

996

1          (Jury in at 12:05 p.m.)

2          THE COURT:  Be seated please.  I apologize.  I've been

3     trying to reach Judge Moore on the phone today for three days

4     and I finally got him just as we tried to start again, so I

5     apologize.

6          You may proceed, sir.

7          MR. CEDERBERG:  Dubai World Plaintiffs call as their

8     text witness Tarek Mohamed Ahmed El Shabrawy by deposition, a

9     deposition taken on Thursday, April 1, 2010 in Jebel Ali, Dubai

10    in the United Arab Emirates, I will read the questions and

11    assisting me will be Bill Urquhart to read the answers.

12         THE COURT:  As you know, this one is not video taped so

13    rather than give you the deposition, they're going to try to

14    keep you awake by varying their tone and other things.  But go

15    for it.

16         Reading depositions is one of the most boring things

17    and it's really hard to make it interesting, so I hope you'll do

18    your best.

19         JUROR:  You're keeping us amazed.

20         THE COURT:  I'm sure I am.  You may proceed, sir.

21         (Foregoing deposition read by Mr. Cederberg and Mr.

22    Urquhart)

23         MR. CEDERBERG:  Thank you, Your Honor.

24         Whereupon the aforementioned witness and interpreter

25    were sworn in.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   "Q. Good morning.

2   "A. Good morning.

3   "Q. Tarek what is your name?

4   "A. Tarek Mohamed Shabrawy.

5   "Q. Would you please spell your name for the court reporter in

6   English?

7   "A. It is written here.

8   "Q. Where do you reside?

9   "A. Dubai.

10   "Q. Who do you work for?

11   "A. Chartered Dubai.

12   "Q. I'm sorry, what is that?

13   "A. Chartered Dubai.

14   "Q. Is Chartered Dubai a chartered accountancy?

15   "A. Chartered accountants, financial consultants, court experts

16   and trademark registration.

17   "Q. What is your educational training?

18   "A. Financial education and accounting.

19   "Q. I'd like to mark as Exhibit 1 to your deposition a two page

20   document which is indecipherable to me.  And could you tell me

21   what the document is" --

22        MR. CEDERBERG:  Then the interpreter says, "this is a

23   case file pending investigation.  The parties are scratched out

24   for some reason."

25        Then the question was:

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "Q. What I would like to do is have him -- could you tell us

2    what this is please?

3    "A. It is a document from the public prosecutor.  The first

4    decision of the public prosecutor is to appoint chartered

5    accountants to submit their final reports about the behaviors of

6    --

7            MR. CEDERBERG:  Then the interpreter states "the

8    financial behaviors of?"

9    "A. Accusers.  Here they write the party name Herve Jaubert,

10   the" --

11           MR. CEDERBERG:  Then the interpreter states, "I

12   couldn't read it.  It is highlighted in black, it is Herve

13   Jaubert and the second party is -- it's very difficult to read,

14   it is highlighted in black.

15   A.  Dubai World."

16           MR. CEDERBERG:  The interpreter states "oh, Dubai

17   World." Then the next question is asked.

18   "Q. Could you tell me in your own words what the document, is

19   what Exhibit 1 is?

20   "A. See, this is like a report about the case.  From the

21   computer for the prosecution and here the first decision for the

22   public prosecutor on 16, March, March 16th."

23           MR. CEDERBERG:  Interpreter "16 of March 2008?"

24           THE WITNESS:  "Submit the report by a maximum of 25th

25   of March 2008."

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "Q. So is the prosecutor asking you to submit a report by that

2    date?

3    "A. Asking our auditing firm.

4    "Q. Is your auditing firm considered to be an expert?

5    "A. Yes.  We are registered with the courts or in the courts

6    rather.

7    "Q. What does that mean when you register in the courts as an

8    expert?

9    "A. We are sworn to the courts to submit our reports based upon

10   our background and expertise in financial cases.  Because

11   sometimes the court judge is not a financial guy.  He doesn't

12   know about financial things, core problems, so they refer these

13   cases to certain registered court experts to give the opinion

14   about the documents and the case and the conflict between the

15   parties.

16   "Q. Are your reports supposed to be independent?

17   "A. Yes.

18   "Q. And what does that mean when I say independent?

19   "A. Independent.  I don't work for somebody.  I work for the

20   court immediately, directly.

21   "Q. Have you heard of a company called Exomos?

22   "A. Yes.

23   "Q. Well, yeah, did there come a time when the government

24   prosecutor asked you, your company, to conduct an independent

25   audit of Exomos's books an records.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
1            MR. URQUHART:  He's saying, this -- I'm sorry.

2            MR. CEDERBERG:  This is the interpreter.  "He is saying

3    that this is an official document that requests that the

4    government requested them to conduct the investigation.

5    "Q. And did you have any personal involvement in conducting that

6    investigation?

7    "A. What do you mean by personal?

8    "Q. I mean, what did you do yourself in connection with this

9    investigation?

10   "A. I did the field work for the investigation and I drafted the

11   report.  Also signed by the office owner.

12   "Q. I see you referencing something next to your left hand.

13   What is that?

14   "A. This is copies of our report.

15   "Q. Okay.

16   "A. It is about the behavior of Herve Jaubert and the money that

17   was taken from Exomos company.

18   "Q. What did you look at in terms of coming to the conclusions

19   you did with respect to that report?

20   "A. As I mention in our report, we went through different

21   things.  We mention them all here.  All the documents we

22   attached which we found which supporting our report and at the

23   end, we put our conclusion in the report.

24   "Q. So is it accurate to say that all of the conclusions that

25   you drew in your report are supported by actual documents?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. Yes.

2    "Q. And the documents are located behind the memorandum where

3    you have the conclusions?

4    "A. Everything written in our report is supported by documents.

5    Nothing from our own opinion.

6    "Q. How long did you work on this?  How long was it from the

7    beginning of the assignment until the end of the assignment?

8    "A. 21 to 25 days.

9    "Q. And at the end of your assignment, did you come to any

10   conclusions?

11   "A. Yes.

12   "Q. Did you write them down?

13   "A. Yes.  In the report.

14   "Q. You're pointing to a page in the report?

15   A.  The last page of our report has five points which are our

16   conclusions.

17   "Q. What conclusions did you reach after your report was?

18   "A. We have five points.  I'll read them and you can translate

19   them.  You can read them directly from here.  It is written

20   here.

21        MR. CEDERBERG:  The interpreter says, quote, "Herve

22   Jaubert, he did the following.  Number one, he used the

23   company's account to reach his own beneficial interest without

24   right.  And that was done playing around with the work contract

25   with his work contract and the duties that was appointed to him.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1002

1    And all of that reached the result of all this was taking over

2    140,000 dirham.  Number two", then a question starts.

3    "Q. Can I stop you there for a second.  If I were to look at

4    Exhibit 2, your report, where would I find the documents that

5    support that conclusion?

6    "A. It is the personal expenses but paid by the company on page

7    two of our report.  The cargo expenses for his car, customs on

8    his car, an his wife's car.  Registration fees, port fees and

9    which is in the amount of 49,000.  Then he paid other personal

10    legal expenses amounting to 66,000 dirhams."

11         MR. HESS:  Judge, I'm sorry, just for a moment, it's

12    not being read literally.  It's not being read precisely and I

13    ask the Court this is not the first time.  It's been going on

14    and on.

15         THE COURT:  I have no idea.  I would ask you to object

16    at the time that something happens.

17         MR. HESS:  I will, Judge.

18         THE COURT:  I can deal with it. Whose deposition is

19    this?

20         MR. CEDERBERG:  It's Tarek Mohamed Ahmed Shabrawy.

21         THE COURT:  Where are we?

22         MR. CEDERBERG:  We're on page ten, Your Honor, we just

23    read lines 15 through 20 and we were interrupted.

24         THE COURT:  15 through 20.

25         MR. HESS:  I'd just ask --

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1            THE COURT:  Wait.  Wait.  Let me check.

2            All right.  What do you think he did wrong in the

3       answer?

4            MR. HESS:  It's been happening over and over but for

5       instance what was said on line 18 beginning, it should be

6       "registration fees, port fees and which is amounting to 49,000",

7       and it's just taking the liberty of saying which amount to and

8       things like that.

9            THE COURT:  What he said was registration fees, port

10      fees and which is in the amount of $49,000.  I agree that's

11      which is amounting to $49,000, but doesn't seem like anything to

12      concern ourselves with.

13           MR. HESS:  I'm not suggesting that this time is, but

14      I'm just asking --

15           THE COURT:  Please be careful and don't paraphrase.

16      Read the words as they are written on the deposition.  Questions

17      and answers.  Go ahead.  Proceed.

18           MR. CEDERBERG:  Can you proceed with starting on line

19      18 where that answer was interrupted?

20           MR. URQUHART:  "Registration fees, port fees and which

21      is amounting to 49,000, then he paid other personal legal

22      expenses amounting to 66,000 dirhams.  He transferred 25,900

23      dirhams to his personal lawyer so there is the 140.

24      "Q. Are there company documents that support that in the report?

25      "A. Yes.  Attachment from 125 and number, yeah, here.  These are

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    documents and this is -- and this is his contract of employment.

2    "Q. And those are behind tabs what?

3    "A. It is marked here from number one to number six in our

4    report.

5    "Q. Okay."

6         MR. CEDERBERG:  And then Mr. Mosely says "if I can just

7    clarify for our copies, number nine is the equivalent of your

8    number one there, there are eight other tabs at the beginning

9    that weren't included in this."

10        Then Mr. Urquhart's question is "okay, so?"

11        And then Mr. Hess says "just for my own one through

12   eight, they're not."

13        And Mr. Mosely says, "they're not part of that report.

14   Yes. "

15        Then a question.

16   "Q. What was the second conclusion that you reached."

17        MR. CEDERBERG:  By the interpreter, quote, "he used his

18   position to gain some personal gains and that was done through

19   buying from his own company that he owns and spending 11,876,770

20   dirhams, and that was done against -- there was a relation that

21   was implemented by the group, the Dubai Group."

22        Then Mr. Mosely says, "I think he meant 867,000" and

23   the interpreter says, "867,770."

24        Then Mr. Urquhart says, "are there documents in your

25   report that support this conclusion?"

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    "A. Yes.

2    "Q. Would you please identify them for the record?

3    "A. Yes.  When I went through the documents and Exomos and Dubai

4    World for both the orders and the payments, we did the schedule

5    here showing the full amount indicated.

6    "Q. Can I just stop you for a moment.  You're pointing to a

7    schedule.  Is there a number?

8    "A. It is seven here on the paper, number seven."

9         MR. CEDERBERG:  And then I think you continue on to

10   line 21.

11        MR. URQUHART:  "Okay.  All these purchase orders were

12   done by his personal instructions and approval.  He should buy

13   through the group.  He shouldn't buy directly himself.  But he

14   issued the purchase orders and he proceeded personally without

15   referring to the company.

16   "Q. Are these purchase orders themselves, are they contained in

17   the report as well?

18   "A. No, I just put a summary on them.  But I mentioned all the

19   numbers.  If you want, I can take them back from my company

20   records because it would be like that much (indicating).

21        MR. CEDERBERG:  I believe it's "if you want I can take

22   them back from the company records because it would be like that

23   much (indicating)."

24   "Q. So in other words, there is an actual document?

25   "A. Yes.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1006

1    "Q. In the files, a purchase order that refers to each one of

2    those numbers that are listed on that schedule?

3    "A. Sure.

4    "Q. And how did you come to the conclusion that it was

5    inappropriate Mr. Jaubert to be charging these amounts?

6    "A. Purchasing in Dubai World is centralized so it should go

7    through the proper channels, but he didn't go through the proper

8    channels for purchasing and he ordered directly and all these

9    orders were done through his company in the states which is

10   called submarine.  Seahorse Submarine.

11   "Q. Seahorse Submarine?

12   "A. Okay.

13   "Q. So these were all purchases that were made from

14   Mr. Jaubert's company in the United States called Seahorse

15   Submarine?

16   "A. Yes.

17   "Q. What was the next conclusion that you drew?

18   "A. Embezzling 2.1 dirhams approximately.  These" --

19           MR. CEDERBERG:  Let me stop you right there.  I think

20   you missed a word in line five.  If you could start with the

21   answer again.

22           MR. URQUHART:  I don't know what I missed.  "Embezzling

23   2.1 million dirhams approximately.  The figures mentioned here.

24   Dirhams, 2,140,710 from the money which is owned by Dubai

25   World."

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
 1      "Q. Are there documents in the report?
 2      "A. Yes.  There is two agreements for submarines to buy from his
 3   company Seahorse Submarine and he didn't execute any of them.
 4      "Q. When you say?
 5      "A. He got the money.
 6      "Q. Are you saying that he received the money and he didn't
 7   deliver the goods?
 8      "A. There is no submarines.
 9      "Q. What was the next conclusion you drew from the report?
10      "A. Some orders he did through Seahorse Submarine and nothing
11   came to Dubai World or Exomos.
12      "Q. In other words, the purchase orders were issued?
13      "A. And the payments were done.
14      "Q. Yes, I'm sorry.
15      "A. But there is no goods delivered.
16      "Q. Are there documents in your report that support that?
17      "A. Yes.
18      "Q. Could you show us where those documents are?
19      "A. Nine, ten and 11.  I need to make a calculation.
20      "Q. I think we are waiting for you.
21      "A. No, I told you it is from nine to 11.  The document, the
22   documents supporting what we said in the report.
23      "Q. All right.  Did you draw any other conclusions?
24      "A. Yes.  The last one was working against the company and
25   getting the amount of dirhams 2,567,457.
```

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1008

1   "Q. Can you explain that to me?

2   "A. I'll explain it.  Out of the 1,470,935 commissions and

3   increasing supplier invoices for the amount of 773,210, and

4   another is US 25,004, some thermal system which was not

5   delivered, the development expenses of 25,000, they were not

6   delivered as well, expenses for developing this system, 139,000

7   and there was no system to be developed.

8   "Q. Can I ask you a question, a follow-up question?  You spoke

9   about increasing supplier invoices in the amount of 773,210

10  dirhams.  What do you mean by that?

11  "A. What do I mean by that?  I mean the invoices coming from his

12  company were artificial.  While his company was supposed to be

13  closed, because he sold all the assets of the company to Exomos

14  when he came here.  So when the purchase orders are going to

15  Seahorse Submarine, logically, we should send the first order

16  first then the invoices come.  But the invoices from Seahorse

17  Submarine were issued before the purchase order and the purchase

18  order was copied from the invoice.

19  "Q. Are you saying that the invoices were increased

20  artificially?

21  "A. Yes.

22  "Q. In other words, in your view, Exomos was paying more?

23  "A. He was getting something like consultancy fees.  It is a

24  commission actually.  He is adding sometimes 10 percent,

25  sometimes 15 percent, it depends on what he is getting in each

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1009

1    invoice.  So it was in his benefit that he increased the price

2    of the products he's importing that his commission as well will

3    increase and the difference in the price it is through his

4    company the other one, Seahorse Submarines.

5    "Q. Just so I'm sure that I understand you right, what you're

6    saying is that Exomos issued a purchase order and then Seahorse

7    created an invoice and then added something over and above the

8    cost of the item to the invoice?

9    "A. Yes.

10    "Q. And that is what you're speaking about here as in

11    appropriate charges?

12    "A. Yes.

13    "Q. What documents are in your report that support that

14    conclusion?

15    "A. Attachment number 14.

16    "Q. And attachment number 14 is what?

17    "A. There are 29 pages.

18    "Q. And what are on those 29 pages?

19    "A. There is a comparison between the purchase amount, the

20    purchase order amount, original invoice and the over charge.

21    Then the difference.

22    "Q. And that represents one of the three different categories

23    that you spoke about in your last conclusion?

24    "A. Yes.

25    "Q. What the other two categories?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1010

1    "A. The first one is the commissions he was getting for the

2    companies he is working for.

3    "Q. So what is your conclusion that he wasn't" --

4        MR. CEDERBERG:  "So was it your conclusion that he

5    wasn't entitled to those commissions?"

6    "A. Yes.

7    "Q. And?

8    "A. He was receiving a salary from the company and he shouldn't

9    be receiving a commission.  When he is buying from the company.

10       MR. HESS:  Judge objection, it's not accurate, Judge.

11       THE COURT:  What page are we on?

12       MR. URQUHART:  What's not accurate?.

13       THE COURT:  Why don't you let me talk to him please.

14       MR. CEDERBERG:  Page 18, line 13.

15       THE COURT:  All right.  18, got to get to it.

16           That isn't what was in the thing.  He was receiving a

17   salary from the company.  He shouldn't receive a commission.

18   When he's buying from the company, he should buy as a customer.

19   That's what it's supposed to say.  What was said was he was

20   receiving a salary from the company and he shouldn't be

21   receiving a commission.  When he is buying from the company.

22   Period.  That is not an accurate reading.  It's not a big deal,

23   but it's not an accurate reading.  Please be kind enough to read

24   as accurately as possible.

25           MR. URQUHART:  I'm sorry, Your Honor.  It's kind of

1    hard because of his English.

2           THE COURT:  Well, I understand.

3           MR. URQUHART:  He's an Egyptian.

4           THE COURT:  Just read it and read it accurately please.

5           MR. URQUHART:  Yes, sir.

6           THE COURT: Go ahead.  Move on.

7    "Q. Are these documents in your report" --

8           MR. CEDERBERG:  Well, can you read starting at line 13

9    because we didn't finish the answer, never got fully read into

10   the record.

11          MR. URQUHART:  "He was receiving a salary from the

12   company.  He shouldn't receive a commission.  When he is buying

13   from the company, he should buy as a customer. "

14   "Q. Are these documents in your report?  "

15          THE COURT:  That's not what it says either.

16          MR. CEDERBERG:  "Are there documents in your report

17   that support that conclusion?"

18   "A. Yes.

19   "Q. Can you tell us.

20   "A. Number 13."

21          MR. CEDERBERG:  Then go down to line 24 you start

22   again.

23          MR. URQUHART:  "And there is supporting for each line

24   of this schedule."

25   "Q. Each line of what schedule?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1012

1    "A. Which is showing all the commissions he received.

2    "Q. Okay.  There was a third category so we have what you

3    believe were inappropriate commissions.  We have a category of

4    invoices in which there were, in your view, inappropriate is

5    your charges and what was the last category?

6    "A. Purchasing two items.  One of them is a thermal system.

7    Thermal forwarding system.  I don't know what is -- can you

8    translate it please?"

9         MR. CEDERBERG:  The interpreter says, quote, "thermal

10   imaging system", closed quote.

11   "Q. And these are two items that weren't delivered?

12   "A. I will give you one of the attachments supporting.  Here.

13   The $25,000 which is invoice attachment number 15, here, thermal

14   imaging camera.  And in his handwriting, who wrote on the

15   document deliver and lost.  The second one.

16   "Q. Just to go back, these last two items we're talking about

17   are goods that are ordered which were never received?

18   "A. Yes.

19   "Q. What was the total loss with respect to that?

20   "A. The remaining amount from that two point something in the

21   last conclusion.

22   "Q. Did you, during the course of your audit, discover any

23   expenditures by Mr. Jaubert which were for his personal use

24   rather than for company use, other than is reflected in your

25   reports?

 1      "A. Yes.  We mentioned this before.  On number one, we said that

 2      he spent something like 140,000 dirhams for his personal

 3      benefit.

 4      "Q. Are there any other charges that you found were in

 5      appropriately charged to?

 6      "A. If we found something more"--

 7              MR. HESS:  Sorry.

 8              MR. URQUHART:  "I would put it in my report."

 9              THE COURT:  All right.  Hold on a second.

10              MR. HESS:  Question should be on line 17.

11              THE COURT:  Are there any other items that you found

12      that were inappropriately charge to.

13              MR. HESS:  It was read are there any other charges that

14      you found that were.

15              THE COURT:  All right.  So instead of items, it's

16      charges.

17              MR. HESS:  It should be the other way around.  The

18      transcript the question was read as charges.

19              THE COURT:  You know, you're absolutely right but what

20      the heck difference does that make?

21              MR. HESS:  Judge, I let them go in the beginning but

22      it's worse.

23              THE COURT:  An instinct for the capillary.  Come on.

24      Wait for the jugular.  Just, you know, now you're making them go

25      slower and we're going to be here for three days.

                     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                        TRANSCRIPT PRODUCED BY COMPUTER

1014

```
 1                 MR. HESS:  I don't want to, Judge.

 2                 THE COURT:  Well you are, you are doing it.  Charges

 3       and items, I don't see -- if you tell me that there is a

 4       difference in the context of this trial which you know a lot

 5       better than I do, I will be fine with it.  But to make an

 6       objection for that is just silly.

 7                 Overruled.  You may continue.  Do the best you can.

 8       Feel free to comment on any other ones that you have, don't --

 9       I'm not trying to intimidate you, you go ahead, but you know --

10                 MR. HESS:  I understand, Judge.

11                 THE COURT:  -- pick and choose.

12                 MR. HESS:  I understand.

13                 MR. CEDERBERG:  I'll start again at line 17.

14       "Q. Question, are there any other items that you found that were

15       inappropriately charged to?

16       "A. If we found something more, I would put it in my report.

17       "Q. So far as you know, this is a complete list?

18       "A. Yes.  Up to the best of our knowledge and the documents we

19       examined.

20       "Q. Do you believe that it is accurate?

21       "A. Yes.

22       "Q. Have you ever met Mr. Jaubert?

23       "A. Yes.  Once.

24       "Q. What was the circumstances under which you met Mr. Jaubert?

25       "A. He came to Dubai World and Exomos to reach a settlement and
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    pay back the money.

2    "Q. Was there a meeting?

3    "A. He wanted to pay back the money which is mentioned in the

4    report here.

5    "Q. No, my question is a different way.  Was there a meeting at

6    which --

7    "A. I met him in a meeting in Dubai World when they were based

8    in Jebel Ali.  He came with his lawyer.

9    "Q. Do you remember the lawyer's name?

10   "A. I believe it was Al Matrooshi.

11   "Q. Is that the name of the law firm or is that the name of the

12   person from the law firm?

13   "A. Yes, it is the name of the law firm.  And at the same time,

14   one of the lawyers, the accountant,

15   "Q. So in the meeting was you, Mr. Jaubert, his lawyer.  Was

16   there anybody there from Dubai World?

17   "A. Yes.  AbdulQader.

18   "Q. Was there anybody else there?

19   "A. Yes.  Yasser Jaber from Galaderi and Associates.

20   "Q. Was he representing someone?

21   "A. Dubai world.

22   "Q. Was there anyone else in that meeting?

23   "A. Mr. Abdulla Khamis from fraud prevention.

24   "Q. Can you remember anybody else who was there?

25   "A. Actually, it is almost two years.  I don't remember.  But I

1    remember that I met him in that meeting and he was going to pay

2    back the money for Dubai World.  He said he was going to sell

3    some property which he owns here in Dubai and pay for them.  If

4    the amount is not enough, he's going to settle, schedule a

5    payment for them.  And he asked for something between five and

6    seven days to reach a settlement and collect the money.  Even in

7    one of those, sorry, the first document which we showed here,

8    one of them.

9    "Q. Exhibit 1?

10   "A. Here.  He asked are the public prosecutor also. Sorry. Oh. "

11            MR. CEDERBERG:  Then the interpreter says, quote, "his

12   request has been answered by his lawyer and the defendant should

13   be given until Tuesday the 15th of April 2008 in order to submit

14   all that was required for the service."  Then a question.

15   "Q. Was there a discussion?

16   "A. His lawyer, he submitted some request for public prosecutor

17   to postpone the hearing until he reached a settlement.  And he

18   asked him the settlement should be on my desk by maximum of the

19   15th of February, 2008.

20   "Q. Was there a discussion?

21   "A. That is why he came to Dubai World and why this meeting

22   happened.

23   "Q. Was there any discussion of the amount of the settlement?

24   "A. No.  No.  No.

25   "Q. Do you know the amount that he was going to pay?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. Yes.

2    "Q. How much?

3    "A. The report.  The report was issued.

4    "Q. What is your understanding that this settlement was going to

5    be was it your understanding that the settlement was going to be

6    the full amount that was described in your report or some lesser

7    amount?

8    "A. Yes.

9    "Q. I'm sorry?

10   "A. Yes.  It is my understanding at that time.

11   "Q. Did you speak at the meeting?

12   "A. No.  There is no need for anybody to speak.  He just said to

13   them I will take some time from five to seven days.  I have

14   property in Dubai and I want to sell some villas or apartments.

15   And when I get the money, I will pay it immediately to you.

16   "Q. How long did the meeting last?

17   "A. Between 30, 45 minutes.

18   "Q. Was the what was the atmosphere in the meeting?  Was it

19   pleasant, unpleasant?

20   "A. I believe there was a draft for the settlement agreement and

21   most of the time his lawyer was reading this one and going

22   through, and explaining for him what is written on that one.

23   Then he said okay, we agree on the settlement and we're going to

24   pay.  But just to give him the time to go around and sell his

25   property.  Then I will" --

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
 1          MR. HESS:  Objection, Judge.  Again there's no around

 2    in there.  I don't want to make a big deal about it, but the

 3    reason is, Judge, I don't want the perception to be that he's

 4    got a bunch of property that he's going a around and trying to

 5    say.

 6          THE COURT:  What is it supposed to say just to give him

 7    the time to go and sell his property.

 8          MR. HESS:  Yes, instead of go around and sell his

 9    property.

10          THE COURT:  Can we get -- you know, why don't we put

11    two of the young people that do this, they read better than we

12    do.  They have better eyes and then we can just move on.  I

13    don't think it really matters who does this reading, but let's

14    be more accurate.

15          MR. URQUHART:  I would be happy to give up this desk.

16          THE COURT:  I don't think that you're being -- I don't

17    think you're being compensated extra for this.  Just try it.

18          MR. URQUHART:  Your whole life you're correcting

19    English.

20          THE COURT:  It is very hard.  I've done it.  Come on up

21    here.

22          MR. URQUHART:  See if you can do any better.

23          MR. MOSELY:  May I approach?

24          THE COURT:  No age discrimination intended.

25          Go back to that line 16.  Okay.  We'll start with the
```

1    what was the atmosphere in the meeting, was it pleasant,

2    unpleasant?

3         (Foregoing answers read by Mr. Mosely)

4    "A. I believe there was a draft for the settlement agreement and

5    most of the time his lawyer was reading this one and going

6    through and explaining for him what is written on that one.

7    Then they said okay, we agree on the settlement and we are going

8    to pay.  But just to give him the time to go and sell his

9    property.  Then I will read this one and if there is any

10   modification, then I will come back to you.  If there is any

11   modification, or corrections on the settlement agreement, he

12   will come back to Dubai World and the lawyers.

13   "Q. Have you ever seen or heard from Mr. Jaubert since that

14   meeting?

15   "A. No.  It was the first and last time I have seen him.

16        MR. CEDERBERG:  Then the examination by Mr. Hess.

17   "Q. Mr. Ahmed, is it your testimony that when you have reviewed

18   all of the documentation of Exomos, is it your testimony that

19   you have reviewed all of the documentation of Exomos invoicing

20   regarding Mr. Jaubert?

21   "A. I don't understand.  No.  (Speaking Arabic).  No, I was just

22   checking the invoices and the purchase orders which is sign by

23   Mr. Jaubert."

24        THE COURT:  The way I understand it that speaking

25   Arabic means that at that point he said something in Arabic that

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
1    was not typed up because the court reporter couldn't read it.

2    So just go ahead.

3    "Q. So who provided you with the documentation that you were to

4    review?

5    "A. The accounting department.

6    "Q. Of who?

7    "A. Dubai World.  With Exomos.  Where the accounts are kept.

8    "Q. Did you request documents?

9    "A. Yes.

10   "Q. What documents did you request?

11   "A. Purchase orders, the commissions actually there was a report

12   from the internal audit department of Dubai World and they found

13   out that matter.  Then they filed the case against him in the

14   police station.  Then we were appointed by the public

15   prosecutor, so we went through the investigation.  We

16   investigate only the case we are appointed.  We don't go through

17   all the accounts, we don't care if they make profit or loss on

18   anything else.  It is a special assignment.

19   "Q. Did you agree with all the conclusions of the internal

20   audit?

21   "A. No.  I just tried and I got an overview about the whole

22   matter, but I did investigation myself and I got documents

23   myself from the accounts and attached them in my report.

24   "Q. You reviewed the internal audit, though, the one that was

25   conducted by Dubai World?
```

1   "A. They are one party.  The internal auditing department, and

2   I'm independent.  I should look for my own point of view and

3   documents what I see.

4   "Q. Of course, I understand.  But did you review that audit?

5   Did you review the --

6   "A. Their audit?

7   "Q. Their audit.

8   "A. No.

9   "Q. You never looked at it?

10  "A. I just read the report but --

11  "Q. Okay.  So you did read the audit report.

12  "A. Yes.

13  "Q. Did you agree with the conclusions?

14  "A. At that time.

15  "Q. At that time?

16  "A. I don't put an opinion when I read any report.  When I see

17  the documents, and when I --

18      MR. HESS:  I'd like to go back.  It should -- on line

19  eight the answer should be to the question after at that time,

20  my question on line nine should be not at that time, it should

21  be at any time.

22  "Q. At any time?

23  "A. I don't put an opinion when I read any report.  When I see

24  the documents and when I investigate myself, I put an opinion.

25  "Q. Okay.  At any time after reading the report, after

1    conducting your investigation, did you agree with the

2    conclusions of the internal audit?

3    "A. I didn't want to have pre idea and pre conclusion.

4              MR. MOSELY:  "Speaking Arabic.  That is why."

5              MR. CEDERBERG:  Then the interpreter states quote, "he

6    just came and he came with his own conclusion right in this

7    report", closed quote.  Question by the lawyer.

8    "Q. I understand but what were the conclusions of the internal

9    audit?

10   "A. I don't know.  You can get from the --

11   "Q. You don't recall?

12             MR. MOSELY:  "Shaking head negatively.  If I use this

13   document I should have attached it here in our report."

14   "Q. Mr. Ahmed, I'm not saying that you used their report to

15   reach their conclusions, I'm asking you after you conducted all

16   of your investigations, if you agreed with, with the internal

17   audit correct?  Was the internal audit correct?

18   "A. I was not appointed to agree or disagree with their report.

19   I was appointed to investigate a special case and I investigated

20   and I put my reports and my conclusions.

21   "Q. Was the internal audit correct?

22   "A. I don't know.

23   "Q. What was the process that you engaged in in assembling the

24   documentation that you reviewed?

25   "A. I was going to the company, I'm checking the documents which

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    are signed by Mr. Herve Jaubert and --

2    "Q. Which company?

3    "A. Exomos.

4    "Q. Okay.

5    "A. Where the accounts are kept in Dubai World and Jebel Ali.

6    I'm going through the documents one by one, all the files,

7    opening the files, checking the documents, wherever I see his

8    signature or his approval of something, I look for it.  I follow

9    the transaction, I trace it from A to zed.  If I found something

10   irregular or in violation of the rules and regulations of Dubai

11   world, I take a copy and I included it in my report.

12   "Q. The accumulations of documents that you looked at, how did

13   that?

14   "A. I can't remember.  It is almost two years ago.

15   "Q. How did that come about though?  Were they segregated for

16   you or did you have access to all of the Exomos documents?

17   "A. No.  I got the Exomos documents relating to Exomos and

18   Mr. Herve Jaubert.

19   "Q. Is it correct that you requested of Exomos all documents

20   that relate to Mr. Jaubert?

21   "A. Yes.

22   "Q. Is that accurate?

23   "A. Yes.

24   "Q. Okay.  And did you get all documents from Exomos that?

25   "A. Yes.  Some documents were not relating to him and they were

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    in between and so I put them aside.

2    "Q. Okay.  So you're comfortable that you received from Exomos

3    all documents relating to Herve Jaubert?

4    "A. Yes.  Even they didn't submit all but the documents which

5    are included here, there is a violation and.

6    "Q. Okay.  As far as you know?

7    "A. Yes.  To the best of my knowledge, I got everything relating

8    to each transaction mentioned in our report.

9    "Q. But you --

10   "A. According to the general principals of every transactions,

11   like a person's order okay, or goods received, I get the voucher

12   from the store, I get the purchase order, I get the payment and

13   in specifics documents, that is the normal process of purchases

14   which all the auditors know and all the accountants know about.

15   "Q. So you trace from the invoicing by Exomos, correct?  Exomos

16   invoice for items, correct?

17   "A. No.

18   "Q. Exomos purchase orders were issued by Exomos, correct?

19   "A. It was not invoicing anything.  Exomos was buying,

20   purchasing.

21   "Q. Purchasing.  I'm sorry.  Right.  You're correct.

22   "A. I went through the purchasing, almost all of them.

23   "Q. Right.  So Exomos issues a purchase order, correct?

24   "A. Yes.

25   "Q. Is that correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. Right.

2    "Q. Okay.  And you traced that purchase order to the invoice

3    that corresponded to the purchase order, correct?

4    "A. First of all, they made some documents, they prepared some

5    documents called purchase acquisition, material requisition form

6    or something like this.  Then --

7    "Q. That is your number.  What number is that in your report?

8    "A. 14 by 19.

9    "Q. May I see that?  On that material requisition form, who was

10   that requisition approved by?

11   "A. I don't remember right now.

12   "Q. Well, can you see the name right here?

13   "A. Sultan Ahmed Bin Sulayem.

14   "Q. And he approved that?

15   "A. Yes, but this form is for the customers free zone operation

16   so the purchasing is centralized.  Do you get the point?  The

17   date is 15, October, 2005.  This is a starting of the purchasing

18   process.  Then we would issue a purchase order to the supplier,

19   then the supplier will deliver the goods or will ask for payment

20   first, then together with the invoice, but actually the invoice

21   of this item from Seahorse Submarine, it was 13 October, 13th of

22   October before requesting the materials.

23   "Q. And who was that approved by?  What page number is that?

24   "A. The next one.

25   "Q. What page do you have it marked as though?

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1      "A. 14 by 20.

2      "Q. Let's go back to that.  Fourteen, did you say?

3      "A. Yes.  Fourteen by 20.

4      "Q. Okay.  Now, is that requisition approved by anyone?  I mean

5      is that invoice approved by anyone from Exomos or from any?

6      "A. I don't know.  There is some signature and there is some

7      name but Seahorse Submarine is Mr. Jaubert's company.

8      "Q. Now when you went through these invoices, the ones that you

9      conclude were over charges, concluded over charges, did you look

10     for approvals from Exomos or from any Dubai World corporation?

11             Question again, what I'm asking is is it a general

12     question, it is a general question and I'm not going to limit it

13     right now.  The question is when you conducted your

14     investigation, and you testified that you looked at all of the

15     invoices from Seahorse Submarines, correct?

16     "A. Yes.

17     "Q. As part of your duties, did you look to see if any of the

18     invoices were approved by anyone from Dubai World or any

19     corporation owned by Dubai world?

20     "A. They were not.

21     "Q. They were not.  None of them were?

22     "A. No.

23     "Q. Okay.

24     "A. The invoice is coming from Seahorse Submarine.  Who would

25     approve it in Dubai World.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1027

1   "Q. Or any corporation of Dubai World.

2   "A. They would approve the purchase order.  They would not

3   approve the invoices.

4   "Q. Okay.  Who paid Seahorse Submarines?  Who paid those

5   invoices?  What company?  Any of the invoices?  Was Dubai World?

6   "A. The payments are all through Dubai World.

7   "Q. So they invoiced to Exomos, correct?

8   "A. Yes.

9   "Q. And Dubai World paid for them?

10   "A. And Jaubert approved the invoice.  Exomos, and he requested

11   for the payment from Dubai World.

12   "Q. Okay.  Why not payment from Exomos?  Do you know?

13   "A. It is a system of the group.

14   "Q. So Exomos didn't even have a bank account, correct?

15   "A. No, they have several bank accounts but they don't have

16   approval for that bank account.

17   "Q. So Exomos did have a separate bank account?

18   "A. They had.

19   "Q. You know that for a fact?

20   "A. No, I cannot be sure.

21   "Q. You don't know, correct?

22   "A. No, because all the payments are were done by Dubai World,

23   so an acquisition form to pay for a certain supplier for

24   employee.

25   "Q. Did you investigate whether or not the cost of the items

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   purchased from Seahorse Submarines was lessor more than the cost

2   would be by purchasing from another vendor in the Emirate of

3   Dubai or elsewhere?

4   "A. Yes.  Through the internet, we check some suppliers for the

5   same items mention in the purchase orders and they were less.

6   And we had the schedule which we put the difference.

7   "Q. Which page is that schedule?

8   "A. 14-1 and 14-2.

9   "Q. I'm sorry, you said?

10  "A. 14 by one and 14 by two.  Purchase orders, original amounts

11  and the overcharge.

12  "Q. So is that how you determined the over charge?

13  "A. Yes.

14  "Q. Is the determination of overcharges the overcharging in

15  terms of the invoicing by Seahorse Submarines?

16  "A. Nods head affirmatively.

17  "Q. Is that termination based on the differential in costs in

18  terms of purchasing from Seahorse Submarines an other vendors?

19  "A. Yes.

20  "Q. Okay.  Is that the determination that was resulted in your

21  conclusion that there was a which amount of money does that

22  which conclusion is that in terms of the evaluation of the cost

23  differential, between purchasing from Seahorse Submarines and

24  from a vendor in Dubai or elsewhere?

25  "A. 773.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1029

1    "Q. Now does that 773,000 dirham figure, does that also included

2    the commissions that were allegedly charge?

3    "A. The commissions were 1,470,955.

4    "Q. So the 773,210, is exclusively the differential between

5    purchasing it from another vendor other than Seahorse?

6    "A. Nods head affirmatively.

7    "Q. And you said you did that, you said you reached that

8    determination by conducting an evaluation by going on the

9    internet and comparing prices?

10   "A. Yes.

11   "Q. Did you maintain those documents?

12   "A. I don't remember.

13   "Q. They're not included in your report though, correct?

14   "A. No.

15   "Q. The 1.4 plus million in commissions, those are made up of

16   percentages that were charged to perform the invoicing and

17   purchasing of goods, correct?

18   "A. No.  On the purchasing, he was adding some percentage.  He

19   put it in different ways.  Sometimes he is saying attendance

20   fees, sometimes he is mentioning consultancy fees, sometimes he

21   is mentioning development costs, legal fees, maintenance fees,

22   adjustments, in different ways he would they came to this amount

23   and we gathered them all and some table which is number 15 in

24   our reports.

25   "Q. The 4.1 million is the total, correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. 1.1.

2              MR. MOSELY:  1.4.

3              MR. CEDERBERG:  Excuse me.  "The 1.4 million is the

4    total, correct? "

5    "A. Correct.

6    "Q.  Is that correct, the 1.4 million is the total amount of the

7    overcharges?  What is 1.4 million?

8    "A. Of commissions.

9    "Q. Of commissions.

10   "A. Which was put in different names.  Different titles.

11   "Q. What do you mean by different titles?

12   "A. Sometimes he was not saying commissions directly, he was

13   saying he was not mentioning attendance fees, consultancy fees,

14   development fees.

15   "Q. Now the thermal system that wasn't delivered, that was

16   $25,000, United States dollars?

17   "A. Thermal system $25,000?  Just a second.  It is number 15 in

18   our report.  No, it says delivered and lost.

19   "Q. How do you know it was delivered and lost?

20   "A. It says right here, it says it right here.

21   "Q. Do you know what happened to the item other than the

22   handwriting on that paper?  Do you have any personal knowledge

23   of what happened to that item?

24   "A. No.

25   "Q. No?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1031

1    "A. Shakes head negatively.

2    "Q. I'm sorry.  You have to speak.

3    "A. No, I don't know.

4    "Q. Okay.

5    "A. But Herve Jaubert wrote on the document delivered and lost.

6    'Q. And the -- and at 25,000 US dollars for developing systems,

7    what are you speaking of there?

8    "A. 16.  He purchased some items as well for a thermal imaging

9    camera to develop it but there was no thermal imaging camera, it

10   is lost and he bought it after the purchasing of the thermal

11   camera.

12   "Q. So the 25,000 US dollars developing system items, that was

13   --

14   "A. There is no system for why he is buying something to develop

15   it.  The system is lost.  And he then later on he purchased that

16   one to develop the system.

17   "Q. And the 139,000, I think this is dirhams, correct?

18   "A. Yes.

19   "Q. What is that?  What does that speak of?

20   "A. Expenses to develop the system.

21   "Q. What system?

22   "A. I have to tell you because it is in Arabic here."

23       MR. CEDERBERG:  Then the interpreter says quote, "the

24   driving system", closed quote.

25   "A. Steering a simply is not received as no documents developed.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "Q. So the steering assembly and there were no -- what was your

2    conclusion?

3    "A. My conclusion was this money, nothing.  There is an e-mail

4    from Shamsudeen Ali as balance here I checked my records and

5    items here number four development and manufacturing of Customs

6    360 SA is not received as no documents are available in file.

7    "Q. And that is on your page?

8    "A. It is starting from 17-1 up to 21 and-2.  These are the

9    items.

10        MR. CEDERBERG:  Then Mr. Mosely states "Bates number

11   DW000223", and Mr. Hess says "thank you."

12        Then Mr. Hess resumes questioning.

13   "Q. When you concluded in your second of the five conclusions

14   that he had a personal gain of 11,860,000.

15        MR. MOSELY:  67,000.

16   "Q. 11,867,000 plus dirhams, does that included the other items

17   also, any other items for instance, does that included the 1.4

18   million in commissions or the 773 or 773,210?

19   "A. It includes everything.

20   "Q. So this is the total amount, correct?

21   "A. Yes.  But we calculated them according to the category of

22   behavior.

23   "Q. Did you conclude that the use of Seahorse Submarines by

24   Mr. Jaubert to make purchases?

25   "A. No, I don't care about that in my report.  He can purchase

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    from wherever he likes but he should follow the procedures

2    properly.

3    "Q. Okay.  So there was nothing wrong about purchasing from

4    Seahorse Submarines in and of itself.  It is just what you

5    allege to be over charges and the commission.  Those are the

6    problems, correct?

7    "A. Yes.

8         MR. CEDERBERG:  And then Mr. Urquhart makes an

9    objection, "object to the form of the question, calls for a

10   legal conclusion."

11        And Mr. Hess asks the following question.

12   "Q. Well, you conducted an investigation whether or not it was

13   one of the things you look at is whether or not it was

14   appropriate or permissible for Mr. Jaubert to purchase items

15   through Seahorse Submarines, correct?

16   "A. I don't understand.

17        MR. CEDERBERG:  The transcript shows the interpreter

18   conferring with the witness and the interpreter says quote "no,

19   it wasn't the subject of the investigation whether or not

20   Seahorse should be used as a vendor or not", closed quote.

21        Mr.  Hess asks the next question.

22   "Q. Okay.  That was not a subject of the investigation?

23   "A. I didn't care about that.  I cared about the procedure of

24   purchasing and following the rules and regulations of the group

25   of companies.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1  "Q. Did your review of the invoices by Seahorse Submarines and

2  payments to Seahorse Submarines, were there items that were

3  other than items to be used in the construction of the

4  submarines or the other vessels that he was employed to

5  construct."

6         MR. CEDERBERG:  Then Mr. Hess asks.

7  "Q. I'm asking the converse of that question.  Were there any

8  items that you became aware of in your review of the invoices

9  that were for other than the construction or manufacture or

10  development of the submarines or other watercraft?

11  "A. We mentioned something like that here for the thermal system

12  and developing the system.  The thermal system is lost so what

13  to order?  Development, something to develop the system?  There

14  is no system to develop.

15  "Q. So there was nothing in your review of the documents that

16  reveal to you that Mr. Jaubert purchased items that were for

17  instance furniture or cars or anything other than items for the

18  construction, development of submarines or watercraft other than

19  the thermal?

20  "A. I'm financial.  I'm not an engineering looking at this.

21  Able to understand this.

22  "Q. So you didn't look at that?

23  "A. Why should I?

24  "Q. You just purely look at purchases, the amounts and whether

25  let me ask you again, it wasn't part of the scope of work to

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1035

1    look at what the items were to be used for?

2    "A. No, it was not.

3    "Q. Okay.  We talked a little bit, we talked about it a bit but

4    the source of the funds that were used to pay the invoices, were

5    they always the same entity?  Was it Dubai World?  Was it

6    Nakheel?  Was it Palm Marine?  Palm submarines?  Did they

7    differ?

8    "A. The payment is made from Dubai World.

9    "Q. When you conduct your investigation, did you look at

10   documentation or did you look at computer resources?

11   "A. Both.

12   "Q. What exactly did Mr. Jaubert tell you about the invoicing or

13   any other items that you discussed today?

14   "A. I mentioned before my initial with Mr. Jaubert, just one

15   meeting which happened for the settlement.  That's all.  I

16   didn't talk to him later or any other previous times.

17   "Q. What did he say specifically?  Do you recall?

18   "A. As I remember, to the best of my knowledge right now, that

19   he said that he had some property, visual what and apartment and

20   he wants to sell both of them and he's going to pay cash, the

21   cash to Dubai World, sign with them a settlement and if the

22   money is not enough, he is going to schedule more payments."

23        MR. CEDERBERG:  That's some payments.

24        MR. MOSELY:  Some payments, sorry.

25   "Q. As you said, he didn't, the amount of money that was it was

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1036

1   no amount discussed, correct?

2   "A. At the beginning of the meeting, as we showed him that

3   report and his lawyer explained for him what is inside.

4   "Q. But in terms of the settlement that you have discussed

5   today, there was no number?

6   "A. I understood at that time that he agreed on what is in our

7   report.  That is why he didn't discuss figures and he was ready

8   for payment.

9   "Q. Did he tell you that?  Did he say quote, 'I'm going to pay

10  the entire amount', closed quote?

11  "A. Yes.

12  "Q. So he said that?

13  "A. He didn't say for me exactly, he said for all the people who

14  were sitting.

15  "Q. So did he tell you then?  So your testimony?

16  "A. I was one of them.

17  "Q. Your testimony is when you sat there at that meeting, the

18  only time you met Mr. Jaubert, correct?

19  "A. Yes.

20  "Q. He spoke of a number that he was going to provide to Dubai

21  World, number of dollars?

22  "A. I don't remember.

23  "Q. Okay.  So there was never an amount of money that was, you

24  know, expressly, that was actually talk about, correct?

25  "A. I told you, his lawyer showed him the report and he

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1037

1    explained for him something about the report then he said quote,

2    'okay.  I'll pay.  But just give me five to seven days.  I will

3    sell some villas, sell some apartments and I'll give the cash to

4    Dubai World and if there is a shortage in the payment, I will

5    schedule it', closed quote.

6    "Q. Okay.  When was that meeting?

7    "A. Last week of March or beginning of April.  I can't remember

8    it exactly.

9    "Q. Of what year?

10   "A. 2008.

11   "Q. 2008?

12   "A. Yes.

13   "Q. Were you aware of any circumstances that Mr. Jaubert was

14   facing regarding whether he had his passport at that time or

15   whether he was free to leave the country?  Are you aware of any

16   of those things?

17   "A. My mission finished when I submitted that report.  And the

18   last thing I had the meeting for settlement.  I don't know

19   anything later on.

20   "Q. I'm talking about at that meeting, settlement meeting that

21   you discussed that was in March or April of 2008.  You sure it

22   was in March or April of 2008?

23   "A. March or April, yes.

24   "Q. Okay.  Were you aware, did Mr. Jaubert have his passport?

25   A.  I don't, maybe one week later, maybe one week before, I

1    don't remember exactly.

2    "Q. That's fine.  I understand.  March, April, 2008.  Did

3    Mr. Jaubert have his passport, were you aware?

4    "A. I don't know.

5    "Q. You don't know?

6    "A. I'm not a policeman to ask for his passport.

7    "Q. Were you aware of any duress that Mr. Jaubert was under at

8    that time?

9    "A. I'm not at the time.  I don't know.

10   "Q. Were you aware of any other investigations of Mr. Jaubert

11   prior to your investigation?

12   "A. I don't understand the question.

13   "Q. Do you know of any other investigation that were being

14   conducted or had been conducted regarding Mr. Jaubert during or

15   prior your investigations?

16   "A. I believe he had some investigation with the internal audit

17   department here and there was some documents" --

18           MR. MOSELY:  Sorry.  Let me repeat that.

19           "I believe he had some investigation with the

20   internal audit department here and there was some documents

21   signed by him."

22   "Q. Were you aware of an investigation regarding --

23   "A. What?

24   "Q. Were you aware of an investigation regarding munitions?

25   Bullets, no?  Oh."

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1039

```
1              MR. CEDERBERG:  Interpreter conferring with witness,
2      "no."
3              MR. MOSELY:  "Shakes head negatively."
4      "Q. Could you answer that, were you aware of any investigation
5      regarding munitions, bullets?
6      "A. No.
7      "Q. Initially when you spoke of conclusion one, you testified
8      that it was your conclusion that Mr. Jaubert used the company's
9      account inappropriately, correct?
10     "A. The company's money.
11     "Q. The company's money?
12     "A. Nods head affirmatively.
13     "Q. Okay.  I thought you said quote 'account', closed quote.
14     Which account?
15     "A. Exomos.
16     "Q. That portion of your conclusion deals only with the 140,000
17     "dirham?
18     "A. Yes.
19     "Q. Yes?
20     "A. Yes.
21     "Q. Why is it that you concluded that it was inappropriate for
22     Mr. Jaubert to be reimbursed for the expenses of the car
23     transport to Dubai?
24     "A. According to his employment contract.
25     "Q. So it was the employment contract that guided you?
```

1    "A. His car only.  Not his wife's car.

2    "Q. Did you, in your investigation, look at the timing between

3    the payment for his, the transportation of his wife's car and

4    the conclusion was that it was inappropriate for Dubai World to

5    have paid for that, how many years did it take to reach that

6    conclusion?

7    "A. I don't remember.  The documents are here, but it was not

8    part of my assignment to look at the difference in dates.

9    "Q. Okay.

10   "A. I look at if the payment taken place or not.

11   "Q. Okay.  Now you said that it was Exomos's money in

12   conclusion.  The first of the conclusions, the 400, 100, 140,000

13   dirham.  Why is that Exomos' money there?

14   "A. I want to explain something.  When I say Exomos' money which

15   was paid by Dubai World because Exomos was one of the companies

16   of Dubai World.  So when I'm talking about the money of Exomos,

17   I'm talking about the money of Dubai World as well.

18   "Q. But it was more accurate to say that."

19        MR. CEDERBERG:  Then Mr. Urquhart says "please don't

20   interrupt him, finish what you were saying. "

21   "A. Yes, I will say when we mentioned the words accounts of the

22   company, we mentioned the money of the company, we mean the

23   money of the company and the money of Dubai World.

24   "Q. So it is not Exomos money, it is Dubai World money, correct?

25   "A. Exomos is owned by Dubai World.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "Q. I understand that.  But it's Dubai World money that we're

2    talking about, not Exomos money."

3         MR. CEDERBERG:  Then Mr. Urquhart says "objection,

4    calls for a legal conclusion."

5    "A. Both are the same for me.

6    "Q. The meeting that was conducted in March or April 2008, where

7    did that take place?

8    "A. Again please.

9    "Q. Where did the meeting in March or April of 2008 take place?

10   "A. I told you, I don't remember.

11   "Q. And you don't know where it was?

12   "A. Taken place in Jebel Ali.  They had an office in Jebel Ali

13   free zone.

14   "Q. Was it in the free zone corporation?  Was it Dubai World?

15   Which was the or what was the I'll withdraw that question.  Let

16   me start again.

17        Whose offices did the meeting take place in?  What

18   company?

19   "A. Local outside was Dubai World.

20   "Q. Was it part of your scope of work to understand the

21   corporate structure of Dubai World?

22   "A. Yes.

23   "Q. It was?  So you understand all of the subsidiaries of Dubai

24   World as they relate to Exomos and Palm Marine and Nakheel?  You

25   can answer?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. Okay.  I care the ownership of the company in preparing the

2    report, Exomos.  Exomos is owned Istithmar.  There is a document

3    here showing that.

4    "Q. Let me ask you again.  So your scope of work did -- included

5    understanding the corporate structure of Exomos?

6    "A. I actually understand it.  That was for my investigation.

7    "Q. If you can relate to me the corporate structure from Exomos

8    to Dubai World, your understanding of it?

9    "A. We have attachment number 18 in our report.  It is a

10   certificate from Istithmar World stating Exomos Free Zone

11   establishment is wholly owned directly by Istithmar World

12   Holding LLC, that Istithmar World Holding is wholly owned by

13   Dubai World Corporation.

14   "Q. That is how you derived your understanding of the structure?

15   "A. I asked this, I should understand the structure to whom I

16   will.

17   "Q. Okay.  You didn't no -- I'm sorry, I didn't mean to

18   interrupt you.

19        MR. MOSELY:  "You did no".  I'm sorry.

20   "Q. You did no independent investigation of the corporate

21   structure?

22   "A. I don't understand the question.

23   "Q. You relied on that letter, correct?

24   "A. No.  I checked on the economic department also.

25   "Q. Okay.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    "A. I checked on the economic department of Dubai.

2    "Q. Now, in the entire time that you have been involved in the

3    investigation, that you've testified to today, right through

4    today, when we're sitting here, well, when were you engaged?

5    When did you begin your investigation?  Was it with that --

6    "A. Our report is signed on March 8, 2008.

7    "Q. When did you begin?

8    "A. 15 to 25 days earlier.

9    "Q. Okay.  Who did you speak with at Dubai World or Exomos or

10   any company owned by Dubai World during the course of your

11   investigation?

12   "A. I don't remember exactly.

13   "Q. Obviously you did speak with people?

14   "A. Of course I talk with people.  But I don't remember the

15   names.

16   "Q. Do you remember their capacity?  Were they internal

17   auditors?

18   "A. I didn't care about that.  I cared about the documents.  I

19   was investigating and I wanted to get documents and I got them

20   and attached them to my report.  I don't care who is -- who are

21   given.

22   "Q. Okay.  Did you ever speak with Mr. Jaubert about any of the

23   items that you serrated other than the discussions you had

24   already you have relayed already today?

25   "A. I answered this question three times now.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1044

1  "Q. Other than --

2  "A. The first and last time it was a settlement meeting.

3  "Q. Why is it that you decided not to discuss any of the

4  accusations or the investigations with Mr. Jaubert?

5  "A. There was no reason to discuss it.

6  "Q. For instance, wouldn't it be relevant to you if he knew or

7  if he could give you more information about why it is that the

8  thermal system was not delivered?

9  "A. Again please.

10  "Q. Wouldn't it be helpful if you knew or if you talk to

11  Mr. Jaubert about the thermal systems and why it wasn't

12  delivered or what the specifics were?

13  "A. I don't think so.

14  "Q. It wouldn't be helpful to understand the invoicing amount,

15  the discussion with Mr. Jaubert about that?

16  "A. You mean it would be helpful to discuss with him?

17  "Q. Wouldn't it be?

18  "A. No.

19  "Q. Did you ever conduct a physical audit of Exomos?

20  "A. What do you mean by physical audit.

21  "Q. Did you ever conduct an audit of the actual items that were

22  in the facility of Exomos, physical items, submarines, submarine

23  parts, items that were purchased through Seahorse Submarines?

24  "A. I went there and looked through the stores and everywhere in

25  the company.

1     "Q. So you went to the stores and did you actually conduct an

2     audit of the stores?  What items?

3     "A. I checked.

4     "Q. Was there were there?

5     "A. The items which were not delivered."

6            MR. CEDERBERG:  And then there's a colloquy which the

7     Court has permitted.

8            Mr. Urquhart, "you have to let him finish."

9            Mr. Hess, "did you finish your answer?"

10           Mr. Urquhart, "no, no, you were interrupting him.  It

11    is creating a jumbled record.  Ask your question.  Pause, let

12    him answer your question and let him answer the next one.  She's

13    not going to be able to get this down."

14           Mr. Hess states "Bill, you know as well as I do that he

15    stops testifying as if he is done testifying and that is why I

16    continue another question to help him."

17           So Mr. Dalton says "are we off the record?"

18           The court reporter says "no".

19           Mr. Dalton says "can we go off the record?"

20           Then there is a discussion off the record and Mr. Hess

21    says "when I say physical audit of Exomos, do you understand

22    what I mean?

23    "A. Actually no.

24    "Q. Okay.  If we could have this -- if you would do me this

25    favor.  If you don't understand a question that I ask you, if

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    you'll just let me know, okay?

2    "A. Okay.

3    "Q. Thank you.  Did you actually go to Exomos, their store, and

4    inventory each and every item that was contained there."

5         MR. CEDERBERG:  Then Mr. Urquhart, "objection it is

6    vague and ambiguous, impossibly broad."

7         Mr. Hess, "you can answer the question?"

8    "A. Yeah.  I went there but what I checked is the items included

9    in the purchase orders which I put in my investigation.

10   "Q. Okay.  Do you understand what I mean by when I say stores,

11   does that mean the warehouse to you?

12   "A. From I understand about the store, the warehouse, they

13   basically keep the items.

14   "Q. The physical audit that you just testified to, is that

15   discussed in your report?

16   "A. There is one statement here, please if you can translate

17   this to them."

18        MR. CEDERBERG:  Then the interpreter states quote, "the

19   source of information and the facts regarding what came in this

20   report, the information has been gathered from Dubai World and

21   Exomos and Palm Marine from the original documentation which are

22   copied from this documentation was attached to support each item

23   that was mentioned truthfully and clearly.  We also would like

24   to let you know that this report was prepared under what was

25   provided to us from documentation until this date and we were

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    able to obtain this documentation to a process of reviewing and

2    inspecting this documentation.  In order to support our report,

3    we have reviewed the accounts of the company and the reports of

4    the auditor of the internal auditors from Dubai World Group",

5    closed quote.

6    "A. That's it, yes."

7            MR. CEDERBERG:  Mr. Hess again.

8    "Q. Did you personally go to the Exomos warehouse storage and

9    inspect the items that were stored there?

10   "A. I believe, yes, and took some pictures of some submarines

11   and such.

12   "Q. Some photos --

13           MR. CEDERBERG:  "Some photos of some submarines."

14           MR. MOSELY:  Sorry.  "Some photos of some submarines

15   and such."

16   "Q. Because I didn't hear in what you just read to me by the

17   translator anything discussing your physical review of items,

18   the actual physical items?

19   "A. I do not think it is important to mention here while the

20   documents are signed by Mr. Jaubert himself.  That the items are

21   lost.  That the items are not installed.  All of these approvals

22   with his handwriting are enough for me.

23   "Q. Okay.  Did you so you didn't rely on the physical?

24   "A. No, I did the physical to assure myself that I'm going the

25   proper way.  But at the same time, it didn't mean a lot to me.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   "Q. Okay.  Well, did you conclude by that okay, well, what did

2   you conclude by that physical audit?  Was there anything that

3   you concluded specifically by your review of the items that were

4   stored in Exomos?

5   "A. No, I didn't comment to that because there were no items

6   with the signature of Mr. Jaubert as I said before.

7   "Q. So there were no items other than what you've talked about

8   today, the thermal imaging system that we're missing?

9   "A. Yes.

10  "Q. Correct?  "

11         MR. CEDERBERG:  Then Mr. Urquhart, "objection, this is

12  impossibly broad, this is a comprehensive report with hundreds

13  and hundreds of different line items and this is ridiculous. "

14         Mr. Hess, "your objection is broad?"

15         Mr. Urquhart "it is way overbroad."

16         Mr. Hess, "I appreciate it".

17         Mr. Hess, "then does a" -- question, "I forgot my

18  question."

19  "Q. You testified today of one item that was not delivered that

20  was missing, correct?

21  "A. According to the documents, yes.

22  "Q. Right.  And that was the thermal imaging system, correct?

23  "A. The thermal imaging camera.

24  "Q. Camera?

25  "A. Yes.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "Q. Were there other items that were missing?

2    "A. Missing from what.

3    "Q. Any other items that your investigation revealed were either

4    not revealed or not in the company's store or not in a vessel

5    somewhere?

6    "A. As I told you before, I checked the items which included the

7    purchase orders done by his own approval and I listed them, I

8    wrote everything in our report.  All of what we did, we did it

9    with our report.  But I didn't understand the question in

10   different ways.

11   "Q. Let me try again.  Does your report included items that were

12   not delivered or not accounted for?

13   "A. Here?

14   "Q. Yes.

15   "A. My report included a lot of items, okay?  What was not

16   delivered we put a note next to that item that was not

17   delivered.  What was delivered we said was delivered?

18   "A. I did not go through all these items, it's more than 2,000,

19   3,000 items.

20   "Q. So every item that is not delivered or is not accounted for

21   is listed in your report?

22   "A. Everything in our report listed under the attachments are

23   shown in this.

24   "Q. How did you conclude that the item was not delivered or not

25   accounted for?

1    "A. According to the documents.

2    "Q. In reaching that conclusion as you said, it was according to

3    the documents.  Not your independent physical audit."

4         THE COURT:  Reread that question.

5    "Q. In reaching that conclusion agency you said, it was

6    according to the documents, not your independent physical audit,

7    correct?

8    "A. Both.

9    "Q. Was there any difference between the two?

10   "A. No, but each one of them was supporting the other.

11   "Q. I'm just going to ask you a couple of more questions and I

12   won't go long.

13        Did you know that personally yourself."

14        THE COURT:  No, read that again.

15   "Q. I'm just going to ask you a couple of more questions and I

16   won't go long.

17        Did you did you do that personally yourself?

18   "A. Yes.

19   "Q. And were you accompanied by anyone else?

20   "A. No.  Me, myself.

21   "Q. Just so you know we're almost done.  I just want to ask you

22   a couple of more things.  Your item three where you said you

23   concluded that Mr. Jaubert embezzled 2.1 plus million?

24   "A. Yes, we mentioned that.

25   "Q. We labeled that as embezzling?

1    "A. Yes.

2    "Q. What does embezzling mean to you?  What does that term mean

3    to you?

4    "A. Taking commissions while he is not authorized to get the

5    commissions.  He is not entitled for that.

6    "Q. Okay.  Well, because you used the word commissions on that,

7    were they commissions or was that money he received from the

8    purchase or for the sale of" --

9        THE COURT:  Read that again please.

10   "Q. Okay.  Well, because you used the word commissions on that,

11   were they commissions or was that money he received for the

12   purchase or for the sale of submarines?

13   "A. Both amounts.  For both amounts.  For commissions and for

14   increasing supplies invoices, we call this embezzlement.

15   "Q. I understand.  How?

16   "A. The thermal system, the thermal camera and the steering

17   assembly.

18   "Q. Okay.

19   "A. Both these items we call embezzling.

20   "Q. All right.  I'm speaking of specifically your item three.

21   Your conclusion three of the five and that was about 2 million

22   plus where you said that Mr. Jaubert received money and did not

23   deliver goods?

24   "A. Actually, I didn't use the expression embezzlement, I used

25   the expression he got this money without any right to get it.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1052

1    "Q. All right.  So that wasn't embezzlement."

2         MR. CEDERBERG:  Then the interpreter conferring with

3    the witness.  The interpreter says quote, "'Istella,

4    I-S-T-E-E-L-A', closed quote "is taking control of."

5    "A. Getting this money for his personal benefit without any

6    right or any entitlement for that money.

7    "Q. Okay.  The item three is that conclusion deals exclusively

8    with the allegation or your conclusion that the submarines were

9    not delivered.

10   "A. No, item three was for commissions, increasing the invoices

11   of suppliers.  The thermal camera, development of thermal camera

12   and development of steering assembly.

13   "Q. I must have written it down incorrectly then.  Which item

14   corresponds to the one or to the 2.1 million dirham?

15   "A. 1.47 commissions.

16   "Q. Right.

17   "A. 773.  The increasing suppliers invoices plus number seven, I

18   already said which is that 25,000 for the camera.  25,000 for

19   developing.

20   "Q. Okay.

21   "A. And 139,000 dirhams for --

22   Q.  Okay.  I misunderstood then.  So did you included in your

23   report any conclusions regarding the purchase or receipt of

24   whole submarines?

25   "A. Yeah, I included in my --

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
 1    "Q. Where is that?  Where is that?

 2    "A. Two submarines.

 3    "Q. Which item is that in your conclusions?

 4    "A. Just a second.  I need to figure out something.  Number

 5    four.  The conclusion.

 6    "Q. What page is that?

 7    "A. The last page in our conclusion.  Item number four.  Is the

 8    two submarines and there is two contracts for these submarines

 9    attached here.

10    "Q. Okay.  What pages would the document?

11    "A. I'll go to that.

12    "Q. Please?

13    "A. Attachment number nine, ten, nine and ten.  And number 11 is

14    showing the amounts paid against those.

15    "Q. What were those amounts?

16    "A. For the first one, 1,545,000.  It is for Discovery one.

17    Discovery submarine.  And for the other submarines, the first

18    submarine was 277,000, the second submarine was 1,545,000.

19    "Q. And those are listed in the attachments nine, ten and 11?

20    "A. Nine, ten and 11.

21    "Q. Okay.  And the names of those two submarines, did you

22    mention those?

23    "A. Yes.  Those are attached.  One is Discovery and the other is

24    --

25    "Q. Stingray?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    "A. January 2004 Stingray.  2004.

2    "Q. How is that you know that those were not delivered?  Do you

3    know they weren't delivered?

4    "A. They delivered just the body.  The body of the submarines.

5    "Q. Both submarines?

6    "A. There was no equipment inside.  It is just fiberglass body.

7    "Q. And how is that -- how is it that you know that?

8    "A. I saw them.

9    "Q. Just a few preliminary questions I should have asked you

10   coming in.

11        How long have you been at your current employment?

12   "A. Sorry.

13   "Q. How long have you been employed in the company with the

14   company that you are employed with now?

15   "A. Since 2004.

16   "Q. And then prior to that?

17   "A. Other auditing firms.  I was working at other firms since I

18   graduated.

19   "Q. When did you graduate?

20   "A. 1990.

21   "Q. And since 1990, you've been doing what?

22   "A. Audit, fraud investigation.

23   "Q. Okay.  And then between the time just for the sake of

24   because we didn't get your answer, I was too in a rush to ask

25   you the next question, prior to be employed by charter Dubai you

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    worked at other accounting firms?

2    "A. Yes.

3    "Q. Did you ever have any association or employment with Dubai

4    World or any Dubai World corporations?

5    "A. What do you mean by association?

6    "Q. Did you ever work for Dubai World or any of its

7    corporations?

8    "A. No.

9    "Q. Other than this case, did you ever conduct work for Dubai

10   World?

11   "A. What do you mean conduct work for Dubai World.

12   "Q. Were you ever employed by Dubai World?

13   "A. I have never been an employee of Dubai World.

14   "Q. Okay."

15          MR. CEDERBERG:  That concludes the deposition, Your

16   Honor.

17          THE COURT:  All right.  What else you got?

18          MR. CEDERBERG:  I've got Exhibit 134 which was Ms.

19   Yip's report and the only part we showed to the jury was her

20   summary of damages, and I've agreed with counsel to just put in

21   the summary of the damages.

22          MR. HESS:  No objection.

23          MR. CEDERBERG:  As an exhibit?

24          THE COURT:  Okay.

25          (Plaintiffs' 134 in evidence)

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1         MR. CEDERBERG:  And I would offer Exhibits 1 and 2 to

2    Tarek Mohamed Ahmed El Shabrawy's deposition which are trial

3    exhibits.

4         THE COURT:  What trial exhibit numbers are they?

5         MR. CEDERBERG:  245 and 100.

6         THE COURT:  So you're offering 100 and 245?

7         MR. CEDERBERG:  Correct.

8         THE COURT:  Any objection?

9         MR. HESS:  Hearsay, Judge.

10        THE COURT:  All right.  I will overrule that objection.

11   What is today the 18th?  Yeah.  100 and what is the other one?

12        MR. CEDERBERG:  245.

13        THE COURT:  And 245 are admitted in evidence over

14   objection.

15        (Plaintiffs' 100 & 245 in evidence)

16        THE COURT:  All right.  Wasn't there another

17   deposition, Saxon?

18        MR. CEDERBERG:  We decided not to use that one, Your

19   Honor.

20        THE COURT:  Okay.  All right.  What else you got?

21        MR. CEDERBERG:  Subject to confirming that our exhibit

22   list matches the Court's list the, Dubai World Plaintiffs rest.

23        THE COURT:  All right.  Do you want to accept that or

24   do you want them to make sure and check any exhibits?

25        MR. HESS:  I accept that, Judge.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1           THE COURT:  Okay.  What do you got?

2           MR. HESS:  Judge, I just have a motion if we could

3    excuse the jury for a moment.

4           THE COURT:  All right.  Well, you got a witness ready

5    to go?

6           MR. HESS:  I do, Judge.

7           THE COURT:  Why don't we take your motion up Monday

8    morning at 9:30, preserving all of your rights.  Is that

9    acceptable?

10          MR. HESS:  It's acceptable, Judge.

11          THE COURT:  Does everybody agree with that?

12          MR. CEDERBERG:  Monday, is a Court holiday.

13          THE COURT:  I'm sorry.  Tuesday morning.  Because we

14   have to start late because of a juror.  So maybe we could start

15   at 9:30 and let the jurors be here at 10.

16          MR. CEDERBERG:  That's fine.  I just would ask Mr. Hess

17   give us the grounds for the motion?

18          MR. HESS:  It's a Rule 50 motion, Judge.

19          MR. CEDERBERG:  I understand that, but the grounds of

20   the motion so we can be prepare at 9:30.

21          THE COURT:  We can talk about that after 2:00 when

22   we're ready to quit.  I just want to try to use our time as

23   efficiently as we can and the jury is here now, and while I'm

24   not going to be here for long after they're gone, I'm willing to

25   wait for a couple minutes so we can find out.  Is that

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

 1    acceptable to everybody.

 2              MR. CEDERBERG:  Yes.

 3              THE COURT:  Mr. Hess?

 4              MR. HESS:  Judge, yes, Judge.

 5              THE COURT:  Okay.  All right.  Then proceed.

 6              MR. HESS:  Thank you, Judge.  At this time, Mr. Jaubert

 7    and Seahorse Submarines, International, Inc.  call Ms.  Helen

 8    Jaubert to the stand.

 9              THE COURT:  All right.  And we're going to go until

10    maybe a couple of minutes until 2:00 and then we'll break.

11              MR. HESS:  Fine, Judge.

12              THE COURT:  Do you anticipate how long she'll be on the

13    stand?

14              MR. HESS:  Probably a couple hours, Judge.

15              THE COURT:  Okay.  So we'll just take a half hour of

16    it.

17              MR. HESS:  Thank you.

18              THE COURT:  Hopefully Wanda will be back on Monday and

19    she can take care of all of the exhibits.

20              Please come in.  Up to the witness box, please remain

21    standing, raise your right hand.

22              HELEN JAUBERT, DEFENSE WITNESS, SWORN.

23              THE COURT:  Please be seated.  Tell us your name and

24    spell it and speak up loudly.  You sound like you have a tiny

25    voice.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1         THE WITNESS:  Helen Jaubert, H E L E N, J A U B E R T.

2         THE COURT:  All right.  You may proceed, sir.

3         MR. HESS:  Thank you, Judge.

4                    DIRECT EXAMINATION

5    BY MR. HESS:

6    Q.  Mrs. Jaubert, you are the wife of Mr. Jaubert, correct?

7    A.  Yes.

8    Q.  And how long have you known Mr. Jaubert?

9    A.  17 years.  Since 1993.

10   Q.  And you reside with Mr. Jaubert?

11   A.  Yes.

12   Q.  You have children together?

13   A.  Yes.

14   Q.  And your children are?

15   A.  Two boys, 16, one is 11.

16   Q.  Their names?

17   A.  The little one is Lucien and the big one is Sebastian.

18   Q.  You didn't expect to be testifying today, did you?

19   A.  No.  I'm kind of shaken.  I don't know if my hair is put

20   together.

21        THE COURT:  Your hair is exactly where it belongs, on

22   the top of your head.  Done worry about it.

23        THE WITNESS:  I was surprised.

24        THE COURT:  There are many of us in the courtroom that

25   would wish that we had.  Go ahead.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
 1                THE WITNESS:  Thank you.  I'm sorry.

 2    BY MR. HESS:

 3    Q.  You did expect to testify in this case, correct?

 4    A.  Yeah, but not so fast.

 5    Q.  Okay.

 6    A.  Like that.

 7    Q.  Now, you mentioned that you've known Mr. Jaubert for years.

 8    How is it that you met Mr. Jaubert?

 9    A.  We met at a covert operation convention exposition in

10    Baltimore.  I was a hostess.

11    Q.  When was that?

12    A.  That was in 1993.  I was on furlough from my flight

13    attendant job.  I was a flight attendant for World Airways,

14    you're probably familiar with that, that's a military charter

15    and they put me on furlough and I was -- I took on a temporary

16    job as a hostess as a convention for spies.

17    Q.  You said the name of that -- are you nervous today?

18    A.  Yeah.

19    Q.  Okay.

20    A.  I'm sorry.  Yes.

21    Q.  Okay.  Take your time.

22    A.  Yes.

23    Q.  Okay.

24    A.  The name of the convention is Copex.

25    Q.  And that's C O P E X?
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

```
 1   A.   E X.

 2   Q.   Had you ever heard of Copex before that day in 1993 that you

 3   took that temporary position?

 4   A.   No, that was a surprise, no.  I didn't even know it was

 5   existed.

 6   Q.   Where was Copex, where was it conducted?

 7   A.   At the Sheraton Convention Center in Baltimore, Maryland.

 8   Q.   If you could describe for the jury briefly what was the --

 9   how big was the convention?

10   A.   People-wise as far as the attendants?  The convention center

11   in Baltimore is fairly big.  I was one of the hostesses for a

12   booth for a lady who had written a magazine called *For*

13   *Government Security*, and she was -- we were promoting her

14   magazine on articles on government security systems for the

15   airports.

16   Q.   And how long were you in -- how long did that convention

17   last?

18   A.   The convention show itself lasted five days and I worked for

19   the entire five days.  From 10:00 in the morning until 4:00 in

20   the afternoon.

21   Q.   Okay.  You walked around the convention briefly?

22   A.   Yeah.  I had to put magazines in my arms and we had to walk

23   around promoting the magazine.

24   Q.   What kind of things did you see there?

25   A.   People selling security systems, there were arms, alarms,
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    different type of devices, anything that had to do with

2    security, foreign there were foreigners there, lots of

3    foreigners because they were invited, engineers and militaries.

4    Q.   And you mentioned that you met Herve there, correct?  Your

5    husband?

6    A.   Yes.

7    Q.   And what were the circumstances of your meeting?

8    A.   Well, I was standing behind the table and we were having a

9    drawing and I had to ask him for a business card to put inside

10   this bowl for a drawing to win a bottle of champagne and a free

11   subscription.  And he thought I was trying to hit on him and it

12   wasn't that.  It was I needed his business card for the drawing,

13   and he didn't believe me and I said just give me your business

14   card and just put in it the bowl.  So at the end of the day when

15   they call your name, you might have a chance to win the bottle

16   of champagne and a free year subscription to the magazine that

17   we were promoting.

18          And he didn't speak a word of English, he didn't

19   understand me.  So I saw him open up his jacket and he pulled

20   out a dictionary and he I didn't understand him.  He said do you

21   have, and he looked up the word, husband?  He said do you have a

22   boyfriend?  I didn't understand the word, but somehow we

23   communicated and that's how the conversation continued on from

24   that point.

25   Q.   Without saying what he said, did he tell you why he was

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    there?

2    A.  He said he was there to collect information, or how I

3    understood it.  Because I saw a bunch of magazines in his hand

4    and he had bags of brochures and collecting information and the

5    business card itself, I knew he was in France because the

6    business card was in French.  And had a foreign phone number on

7    it.

8    Q.  And how did that evolve into your marriage and children?

9    A.  Well, he had to go because he was only in Baltimore for four

10   days, then the convention was only for five.  So I had to work

11   the extra day.

12          So he had to leave early.  He gave me a business card

13   but I wasn't going to call France, that phone call is too

14   expensive.  And I lived with my grandmother at the time and I

15   was still on furlough, so I wasn't, you know, looking forward to

16   that.

17          But apparently he had written a letter to me, back then

18   there was no internet, so we actually had to write letters.  So

19   he wrote a letter to my airline where I was working at the time

20   asking if he could meet me.  And I said okay, meet me at the

21   hotel where my crew is going to be for my next trip.  And I

22   didn't think he would come through and lo and behold there he

23   was.  He asked me out for dinner and we went from there.

24   Q.  And you said you were flying the -- World Airways was a

25   military transportation?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1   A.   Military charter.

2   Q.   Charter?

3   A.   Yes.

4   Q.   Okay.  So where did you meet Herve?

5   A.   It was at the Frankfurt hotel, Intercontinental hotel and I

6   wanted it to be a safe place because I wasn't sure who he was.

7   So I thought okay, if I can meet him there with my crew, at

8   least my girlfriends can kind of like size him down like, okay,

9   what kind of person he would be.

10          But they like him because he was very -- from the time

11   that I met him again to the time that we had met originally, he

12   had learned a lots of English from that point.  So we carried

13   out better conversation, but he still had the dictionary handy.

14   So that's how we kind of communicated.

15   Q.   Okay.  Then this is just still in 1993?

16   A.   Yes.  Still 1993.

17   Q.   And again, briefly, just to give the jury background, what

18   was the next time you saw Mr. Jaubert and how did it evolve into

19   your current relationship?

20   A.   After I took my first working trip back to work, and then we

21   met at the hotel then I finish up my trip he went back to Paris.

22   I finished out my trip, went back to the United States and we

23   communicated by letters and then eventually I gave him my

24   grandmother's number.  So he called me when I was back in

25   Baltimore and he came to see me one more other time around

1    Christmas in 1993.  He came to fly out to see me.

2    Q.  And where did he come to see you at?  Where did that meeting

3    take place?

4    A.  At the Sheraton hotel in Baltimore.

5    Q.  Back in the states.

6    A.  Yes.

7    Q.  Now, in terms of your experience internationally, where did

8    your occupation with World Airlines take you?

9    A.  Well, being a military charter, we had to deploy soldiers to

10   a lot of the military bases all over the world.  So my trips

11   lasted anywhere from 15 to 28 days and we would deploy, pick up

12   soldiers from, let's say Mogadishu, bring them back to Killeen,

13   Texas, pick up a new batch of soldiers, take them out to,

14   Alaska, Frankfurt, Berlin, just all over the world.

15          Sometimes I would be out 28 days and if they needed

16   more people, I would stay on for 30 days at a time.  I would be

17   on constant trips and sometimes we would have three, four day

18   layovers.  I remember going into Samoa, I didn't even know where

19   Samoa was.  I had to look that one up on the map.  My mother

20   wanted to call me for Christmas and I spent Christmas in Samoa,

21   and we were waiting for the next crew to come in for the new

22   pilots and the new airplanes.  Back then it was an MD 11 and we

23   stayed in Samoa for a week.

24   Q.  Where were you born?

25   A.  And want Puerto Rico.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1  Q.  You're a United States citizen, correct?

2  A.  Yes.

3  Q.  And how is it that you became -- did you become interested

4  in international travel or how is it that you chose to be

5  employed and occupy yourself at World Airways?

6  A.  It kind of happened sort of by accident.  I always liked to

7  travel and somehow a girlfriend of mine said well, look, they're

8  interviewing for flight attendants at Western Virginia, and it

9  was a career enter type of thing.  So I went to the career fair

10  and there were representatives for the airline, ut I had no idea

11  that World Airways traveled so extensively.  I knew they

12  traveled internationally, but I had no idea it was military, I

13  didn't realize that until after they chose me to go into

14  training.

15       So they chose 100 girls for the interview.  Once the

16  interview process started filtering out, so out of the hundred

17  they narrowed it down to 30 and out of the 30 they could only

18  pick 15 for the training so I was one of the 15.  And the

19  training was about nine weeks long in Philadelphia.

20  Q.  Now, early on in your relationship, well, let's say in 1993

21  and when you met Herve at the Copex trade show, were you under

22  the impression, did you have any understanding of Herve's

23  background?

24  A.  No.  He told me he was a technical director.  That's what it

25  said on his business card.  And a technical director to me is a

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    technical director.  Maybe fix computers, change a light bulb

2    maybe, that's my understanding.  I had no idea.

3    Q.  And now you -- how does this -- when he visited you again at

4    your grandmother's place in Baltimore, what was the next step in

5    terms of, you know, getting closer to today and your

6    relationship with Mr. -- actually closer to your enterprise in

7    Puerto Rico?

8    A.  Well, as the years -- when he asked me, he had asked me to

9    come live with him in Paris.  Then at that point, I wasn't sure

10   as to the stability financially, so I had told him okay, so if I

11   come to live with you in Paris, what are we going to do

12   financially.

13          So I continued to fly for about six months after I

14   started living in Paris.  And then World Airways went again and

15   furloughed me.  This time for about a year.  And so I decided to

16   fly out to Paris to see Herve, and we decided to get close.

17   Then from there, World Airways called me back, but I decided not

18   to go back to work because I found a job as a teacher in Paris

19   as a translator.  Because I learned French.

20          From there --

21   Q.  Did you speak French prior to -- well you said that you

22   hadn't spoken French prior to meeting Herve?

23   A.  No, I picked it up because I had the desire to learn another

24   language and French was the language that I really wanted to

25   learn.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    Q.  What year are we talking about now when you resided in Paris

2    and you were teaching or you were teaching?

3    A.  Between '94 and '95.

4    Q.  Okay.  What was the next -- when was it soon thereafter that

5    you were married or --

6    A.  Yes.  We were.  In fact, we got married in 1996 in Puerto

7    Rico.  We decided to go to Puerto Rico because I missed my

8    family and we had visited, we had gone to Puerto Rico on

9    vacation in '95.  So in '96 we decided to move there was because

10   he said it would be nice to build a business, I said what kind

11   of business.  He said that he got his idea through something

12   that he saw in the sky or in the water.  He's always liked

13   anything that had to do with water.  And I asked him, I said

14   what are you going to do?  He already started building like

15   little mock-up submarines in our house in Paris.  I had no idea

16   that he had these skills and he basically took scraps from a

17   garages and anything that we had in the basement and the garage

18   and just started putting -- and out of that conglomerate of

19   trash he made something really neat.  I'm like wow, that might

20   work in the United States.

21        I said, let's go to Puerto Rico and live with my family

22   until we can get ourselves settled and situated.  So we lived

23   with my mother for about eight months to a year.

24   Q.  I presume together, what did you do?

25   A.  We started collecting information, started talking to the

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    Coast Guard, getting permissions, finding out what it is that

2    was necessary or required as far as the safety regulations.

3    Q.   To do what?

4    A.   To build a submarine business.

5    Q.   And whose idea was that?

6    A.   It was his.

7    Q.   Okay.  Were you -- what was your initial reaction to that?

8    A.   I thought he was joking.  I thought -- it was like no.  Who

9    is going to want to go into a submarine?  Well, like, you know,

10   I barely go into the ocean as it is, and if it is, it's because

11   I have to.  But who is going to do that.  A submarine?  Nobody

12   has seen it before.  And it was something that you only see in

13   movies, let's say like Avatar or something like that.  Out of

14   fantasy.

15   Q.   Now, we're talking the years for the jury?

16   A.   '96, '97, '98 and then between '97 and '98, that's when

17   things started getting serious.  Then there was the submarine.

18   Q.   I'm sorry.  Let me slow you down just a little bit, okay?

19   A.   Okay.

20   Q.   You're in Puerto Rico, you're living with your mother,

21   correct?

22   A.   Yes.

23   Q.   And the eight months are transpiring and you're engaged in

24   this initial evaluation of a some sort of a submarine business,

25   correct?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    A.  Yes.

2    Q.  Did you have a submarine?  Did Herve have a submarine at

3    that time?

4    A.  No, not yet.

5    Q.  What -- so you're making these inquiries, what was the --

6    when was it that you actually or how is it that you actually

7    acquired a submersible?

8    A.  Well, he told me he knew how to build them from fiberglass,

9    chemicals, I saw him put together a motor, tubes and things of

10   that nature.  And we started -- he started finding out through

11   the computer where he could buy supplies, other suppliers, other

12   people who make submarines, any other submarine manufacturers to

13   find out what other information we would need to know or what he

14   needed to know to try to get permissions and start building a

15   factory, or at least build a submarine at least even if it was

16   in the garage, and that's what he did.

17   Q.  Was it literally in your mom's garage that he began this

18   process?

19   A.  Yeah.  She didn't like the mess.  She said the fiberglass

20   floated all over the house and match her itch.

21   Q.  The fiberglass?

22   A.  Yeah, because whenever he would use it, the particles would

23   float up in the air and it would go all over the floor and she's

24   a neat freak, so everything we get all over the place.  She

25   would start yelling at us because of the fiberglass all over the

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    floor.

2    Q.  And the little --

3    A.  Yeah.

4    Q.  -- threads of fiberglass?

5    A.  Yeah.  When it gets into your skin, no matter how much you

6    itch, it still stays there.  So if you take a really, really hot

7    shower, all the fiberglass falls out of your skin.

8    Q.  Was this Herve's full-time inspiration, occupation at that

9    time?

10   A.  He was so focused, it was -- that was what he wanted to do.

11   Q.  So could you describe, let's say in the early days, can you

12   describe a typical day, you know, prior to the time when he's

13   engaged in your mom's garage in the initial start-up period,

14   what was the typical day of Herve Jaubert?

15   A.  Typical day.  Sometimes he would just sit and just read

16   information on Coast Guard regulations.  Because the book he

17   came home with must have been about 2,000 pages long.  And then

18   in Puerto Rico, you had to have certain permissions to be on the

19   beach.  He investigated that.  So basically a lot of the work he

20   was doing was mostly like footwork, as far as going to the

21   governmental agency in Puerto Rico for the ocean,

22   transportation.  The engineer, the corps of engineers.  He was

23   inquiring about that.  Then he would get recommendations from

24   other people as to where and what he should do and where he

25   should go.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    And now as far as the physical construction of what he

2 was doing, he acquired Goby basically from another manufacturer

3 but it wasn't as elaborate as he made it.  He redesigned it

4 somehow where it would be accessible for tourists on a beach.

5 It was so neat.  He even added another color, he put a design,

6 he opened it up, he put a bubble for people to have more viewing

7 pleasure for the submarine.  But it weighed a lot.  He had like

8 a 500 -- I think it was an 800 pound battery so that was a major

9 issue.  So he was trying to figure out how he was going to build

10 or -- actually once this thing was built or redesigned, how we

11 would transport to it the beach.  He would have to get

12 permissions for the trailer, the transport.

13 Q.  Do you remember the day -- first you got -- your mom has an

14 empty garage or a garage that soon became empty when you arrived

15 there, then there was a day that there was a submarine in it?

16 A.  Yeah.  There was a submarine and then my mom said, you're

17 going to have to leave now because the house got too messy.  So

18 we had to go and start renting an apartment.  I got a job and

19 then we started renting an apartment or actually it was a house.

20 Q.  What year is this now when you moved -- he's acquired the

21 submarine, it was in your mom's garage, your mom says you're

22 going to have to find another place, what year are we at now?

23 A.  '97.  She said it got really messy.  She didn't like the

24 smell of the glue that he was using.

25 Q.  The fiberglass resins?

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    A.   The resins, the glue, she said it was stinky, smelled like a

2    factory at her house and she didn't like the dust that was

3    accumulating at home.

4    Q.   So what was your -- you didn't have a job initially, while

5    you weren't working, were you helping Herve with his?

6    A.   Yes, because see, he didn't speak Spanish, yes, and all the

7    documents that we got from the Coast Guard had to be translated.

8    So I served as his translator.  Yes.

9    Q.   Okay.  So you moved out of the house, you found another

10   place to live and did you find a facility or something to

11   conduct?

12   A.   Just a house.  Another house.  With a bigger garage.

13   Q.   Okay.  And you transported -- did I get that right, did you

14   have the Goby or the initial Goby at your mom's house first?

15   A.   No, it was another submarine he was working on at my mom's

16   house and the Goby came at the house rental we had.

17   Q.   Okay.  Let's slow down.  Let's go back to that then.  So

18   you're at your mom's house, I just want to catch up.  When I say

19   briefly, I don't want to speed you up, I just don't want to take

20   up all the time of the jury, I just want to give them an idea of

21   the early years.

22           So you're at your mom's house, the initial submersible

23   was what type?  What was it?

24   A.   It looked like my mascara.  He said that he got the idea

25   from my mascara.  The actual cylindrical type of shape.  He got

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1    the idea from my mascara tubes.  It looked like that.  Kind of

2    looked like a really tiny one-man spaceship.

3    Q.  Okay.  And how much time did he spend on that submersible, I

4    mean, days-wise or months or how much time went by before you

5    left your mom's house after you got that first one?

6    A.  I would say we were there, he was going at it, I'd say,

7    anywhere between four to six hours a day.

8    Q.  And how long transpired months, days, weeks?

9    A.  It would be months, and then we had to leave my mom's house

10   but then between working on his submarine, we had to do a lot of

11   the paperwork also before we can be able to transport it because

12   we needed the licenses for the trailer.

13   Q.  So you move out, you move into your new -- a new house,

14   correct?  Not new, but another house?

15   A.  Another rent, yeah, just a house.

16   Q.  And how many vessels did you have?  Initially you had one?

17   A.  Yeah.

18   Q.  What happened then.  You're in a new house, new garage?

19   A.  At the new house, then he decided there was an ad in the

20   paper that there was a man building submarines, I think in Utah,

21   I'm not sure, one of the western states on the west side.  And

22   it was really rare to find that.  So he wanted to see what this

23   other submarine was, called it a submersible.

24        And he ordered it and it was -- we called it the Goby

25   because it looked kind of like a fish, one of those underwater

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1075

```
 1    fishes.  He redesigned that.  And made it his own.
 2    Q.  Let's talk about that.  So --
 3    A.  Yes.
 4    Q.  How did he acquire, what was the process, did you
 5    participate with him in acquiring the Goby?
 6    A.  I did because he wanted to ask me my opinion as to whether
 7    he should get that or not.  And it was a fairly good price.
 8    Then the man that we were buying it from, he knew, I should say
 9    he indirectly knew him.  Because he was a fellow manufacturer.
10    Q.  Do you recall how much you paid -- that you both spent or he
11    spent for that, if you recall?
12    A.  I don't remember.
13    Q.  Okay.  Do you remember what --
14    A.  It was cheap though.  Because it was used so it was an old
15    one.
16    Q.  Okay.  Was it functional when it arrived?
17    A.  No.  It wasn't functional.  We had -- he had to buy a
18    separate battery for it.
19    Q.  How was it transported to Puerto Rico?
20    A.  It was transported by plane, I think.  I don't remember.
21    Q.  If you know.  Okay.
22    A.  I don't remember.
23    Q.  Do you remember picking up the submersible when it arrived
24    in Puerto Rico?
25    A.  Yeah.  When we picked it up, it was at the pier in this big
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    huge wooden crate, and surrounded by bubble wrap.  Pretty much
2    like when you get a sweater for Christmas.
3    Q.  This is 1997?
4    A.  1997, yeah.
5    Q.  You took it home?
6    A.  Yeah, we transported.  You just hook it up to the back of
7    the car you transported like you would a boat.  That's how small
8    it was.
9    Q.  Okay.  Now with the Goby, what was Herve doing with that?  I
10   mean, it arrived.  You did -- you literally tow it to your
11   house?
12   A.  Yes.  We towed it, he put it on a trailer and we went
13   straight to the house.  After that then, you know, he started
14   asking around who is the permission that we needed to ask as far
15   as, you know, the mayor of the city that we lived in in order
16   for us to try and get tourists together.  Then that's when I got
17   the job at the hotel, at the Doreta Beach.  So we can use their
18   tourists to try to do the tourism business.
19   Q.  Now, were you surprised with Herve's knowledge in that
20   regard?
21   A.  Well, I was more surprised with his drive.  He really truly
22   felt that he could be successful at that and he was very
23   confident with his technical abilities.  I was surprised.  I
24   didn't know he had that kind of advanced engineering that he
25   did.  I remember he had lots of blueprints at home and drawings.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    He would draw on napkins whenever we went out.  He would draw on

2    anywhere and on anything that he could find.

3    Q.  Were these drawings?

4    A.  Different sorts of submarines, he had a submarine that

5    almost looked like a lizard.  His ideas just went beyond

6    anything you can imagine back in '97.  Looked like something you

7    would see today in movies.

8    Q.  Now, did there come a time that Herve or you and Herve

9    decided to put the Goby to use and actually utilize it in some

10   sort of a business --

11   A.  Yes.

12   Q.  -- Venture?

13   A.  Between '97 and '98, once we got all the paperwork and all

14   the permissions put together, and when we got the permission

15   from the mayor itself in the city that we lived in to go ahead

16   and start conducting this business, he wanted to conduct the

17   tourism business pretty much like the Atlantis, I guess, in

18   Jamaica is it?  Because we would be taking one or two passengers

19   out at a time rather than 20 like in the other one.

20          But we were -- that was his inspiration was basically

21   to do the tourism business in Puerto Rico.  It had never been

22   done before.

23   Q.  You know that because you investigated it?

24   A.  Yes.  We researched it, we got all the permissions, we had

25   spoken to various Coast Guard people, even the department of

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1   tourism in Puerto Rico encouraged us and told us yes, this would

2   be great, this would be fantastic.  And they asked us to let

3   them know when that business would be set up so that they can

4   recommend us for future tourism possibilities.

5   Q.  I'm going to show you what's been marked as 923.38.

6        MR. HESS:  Judge, this may be a good time to take a

7   break because my other computer is going to have to hook in

8   there.  I expected to use the other resources but I guess we're

9   not going to be able to today.

10        THE COURT:  All right.  Why don't we recess for the

11   weekend.  We'll see you guys Tuesday morning at 10:00.

12        Oh no, not so fast.  I got to read this to you.

13        Ladies and gentlemen of the jury, you're reminded that

14   you're not to discuss this case with anyone or permit anyone to

15   discuss it with you.  Until you retire to the jury room at the

16   end of the case to deliberate on your verdict, you're simply not

17   to talk about this case.

18        Also remember that you're not to read or listen to

19   anything touching on this case in any way.  If anyone should try

20   to talk to you about it, bring it to my attention promptly.

21        Keep in mind you must not do any research or make any

22   investigation about the case on your own.  The only evidence in

23   this case which you may consider is the testimony of the

24   witnesses that you hear in the courtroom, the evidence that is

25   introduced during the official proceedings in the courtroom.

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

1        Also remember, you must not have any contact with the

2   attorneys, parties or witnesses in the case.  If you should see

3   them, keep in mind they're not being rude to you, they're

4   required to avoid any contact with you and they're not permitted

5   to talk to you just as you are not permitted to talk to them.

6        Finally remember you must not form any opinion about

7   this case until all the evidence is in.  You are required to

8   keep an open mind until you start your deliberations at the end

9   of the case.

10       I want to thank you all for your attention so far, hope

11  you have a nice weekend, drive carefully, be safe and we'll see

12  you back here at 10:00 on Tuesday morning.  Thank you.

13       COURT SECURITY OFFICER:  All rise for the jury.

14       (Jury out at 2 p.m.)

15       THE COURT:  All right.  We'll be in recess until

16  Tuesday.  Why don't we meet at about 9:30 and we'll have the

17  arguments.

18       What else do you need?  Do you have something?

19       MR. CEDERBERG:  We have the same admonition for this

20  witness.

21       THE COURT:  Yes.  Please, because you are on the stand,

22  you're not permitted to discuss your testimony in this case with

23  anyone, even your the lawyers that called you or anyone else.

24  Because you're on the stand, you're in the middle of your

25  testimony.  All right?  See you Tuesday morning.

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1080

 1        MR. CEDERBERG:  Your Honor, may I also just inquire

 2    that I find out the subject matter of the motion to dismiss so

 3    we can be prepared to argue on Tuesday?

 4        THE COURT:  No.  You wouldn't have had the chance to do

 5    that today, so I don't know of any reason why they need to tell

 6    you.  I suppose you better be trying to figure out if there's

 7    any weakness.  No.  I mean, ordinarily I would have had them do

 8    it today.  I don't see any reason why they need to tip you off

 9    as to why.

10        MR. CEDERBERG:  May I have the Court's indulgence to

11    ask defense counsel to tell me who his witnesses will be

12    Tuesday?

13        THE COURT:  Yeah.  Whatever agreements that you're

14    going to tell them and you're going to give them the exhibits

15    and that is fine.

16        MR. CEDERBERG:  Because we didn't find out these

17    witnesses until 6 this morning.  That's why.

18        MR. HESS:  Let me --

19        THE COURT:  I don't care about that because we weren't

20    sure that we were going to reach him today.  But he now knows

21    that we are going to reach him and we're going to have most of

22    Tuesday, so I need him to tell you who the witnesses are and

23    what exhibits are going to be introduced.

24        MR. HESS:  We'll certainly do that, Judge.

25        I did want to say for the record however that I

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1081

```
 1    explained to counsel, I e-mailed --

 2            THE COURT:  No, I don't want to get into the middle of

 3    a spitting contest.  I end up wet and nobody is really any

 4    better off.  So we'll avoid that.  All right?  We're done with

 5    that.  I didn't take it in a bad way, and therefore you don't

 6    need to defend yourself.  Okay?

 7            Anything else that we need to talk about?

 8            MR. CEDERBERG:  Nothing, Your Honor.

 9            THE COURT:  All right.  Thank you.  Then we'll be in

10    recess until Tuesday at 10 a.m., Monday being a federal holiday.

11    You think your case will be over Wednesday?

12            MR. HESS:  Judge, I really think we're going to go into

13    Thursday.

14            THE COURT:  No, we can't do that.

15            MR. HESS:  I have -- I'll do everything I can, Judge.

16            THE COURT:  Okay.

17            MR. HESS:  I'll do everything I can.

18            THE COURT:  Okay.  Just do the best you can.

19            How many witnesses?

20            MR. HESS:  I'm eager to get back.

21            THE COURT:  How many witnesses do you have planned now?

22            MR. HESS:  Four more.

23            THE COURT:  Four more?  Okay.  We'll do our best.

24            MR. HESS:  Sorry.  Five more, Judge, five more.

25            THE COURT:  I'm trying to think.  I teach Wednesday
```

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1    nights in Miami and I'm wondering if I can quit a little early

2    Wednesday, drive down and then come back up right afterward

3    because I already got a substitute for this week, and I don't

4    make very much money, but they hired me, they didn't hire my

5    substitute.

6         MR. HESS:  May I inquire what time would -- because you

7    know, some of my witnesses are available on different days.  I'd

8    love to --

9         THE COURT:  Well, if I can't, I can't.  So I will tell

10   you Tuesday we can talk about it, but if I were to do that, I

11   would want to break at about 2, 2:30 on Wednesday so I could

12   drive down and be there in time to teach my class which starts

13   at I believe 6:30.

14        MR. HESS:  I understand, Judge.

15        THE COURT:  I can actually jump out of the car, do it,

16   then jump back because it only is for a couple hours.  But I

17   just hate having people substitute for me when I'm supposedly

18   making the big bucks.  As you well know, we're not allowed to

19   make very much money.  Okay.  Anything else?  No, we're limited.

20   We can't have side jobs.

21        MR. HESS:  I understand.

22        THE COURT:  Anyway, so we'll be in recess until Tuesday

23   at 10 -- at 9:30.

24        MR. CEDERBERG:  Thank you, Your Honor.

25        THE COURT:  Good day to you.


**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**

1          (See Volume 10, page 1084 for continuation)

2

3                         * * * * *

4                   C E R T I F I C A T E
I certify that the foregoing is a correct transcript from the
5  record of proceedings in the above-entitled matter.

6

   _____        /s/ Dawn M. Whitmarsh
7  Date                     DAWN M. WHITMARSH, RPR

8                       I N D E X

9                         WITNESSES

10  For Plaintiff:                                    Page

11  Sultan Ahmed Bin Sulayem
     Examination by Video deposition played in open court 886:14
12
    Tarek Mohamed Ahmed El Shabrawy
13   Examination by Deposition read to jury in open court 996:21

14  For Defense:                                      Page

15  Helen Jaubert
     Direct Examination by Mr. Hess              1059:5
16
                         EXHIBITS
17
    For Plaintiffs':
18
    134
19   In evidence                                   1056:1

20  100 & 245
     In Evidence                                   1056:16
21

22

23

24

25

**PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY**
**TRANSCRIPT PRODUCED BY COMPUTER**