UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-14314-CIV-MARTINEZ-BROWN

DUBAI WORLD CORPORATION, and its
subsidiaries, EXOMOS, NAKHEEL and PALM
MARINE,

    Plaintiff,

vs.

HERVE JAUBERT, SEAHORSE
SUBMARINES INTERNATIONAL
INCORPORATED, and Does 1-99,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 50 and 58, and for the reasons stated on the record on February 28, 2011, judgment is entered in favor of Plaintiff Palm Marine and against Defendant Seahorse Submarines International Inc. ("Seahorse") on Count I in the amount of $42,500 plus $6,111 in prejudgment interest with respect to the Stingray Duo Submarine contract; and in the amount of $251,087 plus $36,120 in prejudgment interest with respect to the Discovery Submarine contract; for a total of $335,818. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

Pursuant to Federal Rule of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on February 28, 2011, judgment is entered in favor of Defendant Herve Jaubert and Defendant Seahorse and against Plaintiff Nakheel on the remaining breach of contract claim in Count I; judgment is entered in favor of Defendant Herve Jaubert and Defendant Seahorse and

against Plaintiffs Dubai World Corporation and its subsidiaries Exomos, Nakheel and Palm Marine on Count II, Count III, and Count V[1]; judgment is entered in favor of Defendant Herve Jaubert and against Plaintiffs Dubai World Corporation and its subsidiaries Exomos, Nakheel and Palm Marine on Count IV; and judgment is entered in favor of Plaintiffs/Counterclaim Defendants Dubai World Corporation and its subsidiaries Exomos, Nakheel and Palm Marine and against Defendant/Counterclaim Plaintiff Herve Jaubert on Counterclaim Count II. Accordingly it is

**ADJUDGED** that this case is **CLOSED**, and all pending motions are **DENIED as MOOT**.

DONE AND ORDERED in Open Court at Miami, Florida, this 3 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

---

[1] Plaintiffs previously chose not to prosecute Count VI, for conspiracy to commit fraud.